RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2006 APR 14 A 10:50

Bernard Rodell Mixon 219783
Full name and prison number
of plaintiff(s)

v.

State of Alabama
Co: Steven B Conty
: Bay Pryor
Sgt. Hullet
Warden Bozelli

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:06CV 342-mht
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

2

3. Docket number _____

4. Name of judge to whom case was assigned _____

   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Easterling Correctional Facility 200 Wallace Drive Clio, AL 36017

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Easterling Correctional Facility.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                          ADDRESS
1. Gwendolyn Mosely          "ECF" 200 Wallace Drive Clio AL 36017
2. SGt. Hillet               "ECF" 200 Wallace Drive Clio AL 36017
3. CO Steven B. Canty        "ECF" 200 Wallace Drive Clio AL 36017
4. CO Pryor                  "ECF" 200 Wallace Drive Clio AL 36017
5. State of Alabama          "ECF" 200 Wallace Drive Clio AL 36017
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 5-27-2005; 1-10-2006;

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Assault and Battery of the State committed by its employee's for injury acting within scope of employment and in the discharge of his duties, 5-27-05; 1-10-2006.

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

The claim is for Assault and battery of the State committed by its employees: "Gwendolyn Mosely," Sgt. Hullett, "Steven Canty", Correctional officer Pryor. Claimant was [inmate] injured while acting within scope of employment, discharge of duties on May 27, 2005; 1-10-2006;

GROUND TWO: Protection under the Eighth Amendment to be free from assault is grounded by Amendment [8] [14]

SUPPORTING FACTS: Prison administrators indifference to brutal behavior by guards toward inmate's [is] sufficient to state an 8th Amendment claim. Co. off. Steven Canty beat inmate in head, kicked him in the face with several Mental health Personnel, Lt. Sherry Lee witness Assault, battery abuse; 1-10-06 Co. off. Pryor hit inmate in the head caused stitches, pain, suffering, contrary to AR 403.

GROUND THREE: 6A CJS Assault + battery § 27 "[A]n officer may not claim justification for an assault exceeds

SUPPORTING FACTS: Our Supreme Court has stated that "[A]n Assault consists of an intentional, unlawful offer to touch the person of another in a rude or angry manner under such circumstances as to create in the mind of the party alleging the assault a well founded fear of an imminent battery, coupled with the apparent present ability to effectuate the attempt, if not prevented." Wright V. Wright 654 So. 2d 542, 544 (Ala. 95). Ground 1 through three provides substantial evidence that an assault occurred.

3

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

That Arrest Warrants be issued, Mixon Prays for damages against All defendants for Pain, Suffering, Mental Anguish, No event less than $500,000 together with Costs, additional and Prior.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _____
(Date)

Pursuant to 28 U.S.C. 1746
18 U.S.C. § 1621-1623
Declared

Bernard Montez Mixon 219783
Signature of plaintiff(s)