RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
2006 APR 14 A 10:20 DIVISION

Bernard Rontez Mixon 219783

_____
_____
_____
                Plaintiff(s)

v.                                      2:06CV342-mht

State of Alabama
Co: Steven B. Canty
Co: Pryor
S.H. Hullet
                Defendant(s)

## MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff(s) Bernard Rontez Mixon #219783

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

Bernard M. Mixon
Plaintiff(s) signature

I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being

RECEIVED

2006 APR 14 A 10:20

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
*IN FORMA PAUPERIS*

I, Bernard Monte Thiken 219783, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees and costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?  YES ( )  NO (✓)

    A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    B. If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received within the past 12 months any money from any of the following sources?

    A. Business, profession, or form of self-employment?  YES ( )  NO (✓)

    B. Rent payments, interest, or dividends?  YES ( )  NO (✓)

    C. Pensions, annuities, or life insurance payments?  YES ( )  NO (✓)

    D. Gifts or inheritances?  YES ( )  NO (✓)

    E. Any other sources?  YES ( )  NO (✓)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past 12 months. _____

3. Do you own cash, or do you have money in a checking/savings account?  YES ( )   NO (✓)

   If the answer is YES, state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?   YES ( )   NO (✓)

   If the answer is YES, describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____

_Bernard Montez Mixon 219783_
Plaintiff

STATE OF ALABAMA
COUNTY OF _____

Subscribed and sworn to before me on this __11__ day of __April__, 2006, at _ECF Clio_, Alabama.

__28 U.S.C. § 1746__
NOTARY PUBLIC in and for said County, in said State

(SEAL)

My commission expires _____

OR

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.

_Bernard Montez Mixon 219783_
Plaintiff

3-27-06

Prison Funds Account Clerk
Myra Peters:

    Requesting Statement of Institutional Accounts.

    Signed    Bernard M. Mixon

RECEIVED
2006 MAR 30 A 9: 4[1]
U.S. DISTRICT COURT
MIDDLE [DIST. ALA.]

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                 EASTERLING CORR FACILITY
                                                    RECEIVED
AIS #: 219783     NAME: MIXON, BERNARD MONTEZ       AS OF: 03/27/2006
                                                    2006 MAR 30  A 9:41
```

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| MAR | 4 | $0.09 | $0.00 |
| APR | 30 | $13.51 | $50.00 |
| MAY | 31 | $0.36 | $0.00 |
| JUN | 30 | $0.36 | $0.00 |
| JUL | 31 | $0.36 | $0.00 |
| AUG | 31 | $7.32 | $30.00 |
| SEP | 30 | $6.36 | $0.00 |
| OCT | 31 | $6.36 | $0.00 |
| NOV | 30 | $6.26 | $0.00 |
| DEC | 31 | $0.94 | $0.00 |
| JAN | 31 | $0.34 | $0.00 |
| FEB | 28 | $0.00 | $0.00 |
| MAR | 27 | $19.29 | $20.05 |