IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNARD MONTEZ MIXON ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | |
| ) | 2:06-CV-342-MHT |
| STATE OF ALABAMA, ET AL. ) | |
| ) | |
| Defendant(s). ) | |
| ) | |
| ) | |

## ANSWER

Come now the Defendants Gwendolyn Mosley, Lewis Hulett, Steven Canty and John Pryor, by and though counsel, to file their answer to the complaint.

1. Regarding paragraph I of the complaint, the defendants are without sufficient information to form a response.

2. Regarding paragraph II of the complaint, admit.

3. Regarding paragraph III of the complaint, admit.

4. Regarding paragraph IV of the complaint, admit.

5. Regarding paragraph V of the complaint, deny.

6. Regarding paragraph VI of the complaint, this is the prayer for relief and no response is necessary.

7. The Defendants deny each and every material allegation of the complaint not otherwise admitted or denied and demand strict proof thereof.

## AFFIRMATIVE DEFENSES

1. The complaint fails to state a claim for which relief can be granted.

2. The court lacks subject matter jurisdiction.

3. Defendants deny the use of excessive force.

4. Defendants deny that they were deliberately indifferent to the alleged use of excessive force against the plaintiff.

5. Defendants assert that the Correctional Officers only used the necessary amount of force against plaintiff in good faith to restore order and maintain discipline.

6. The Plaintiff failed to state a claim upon which relief can be granted pursuant to 42 USC §1983 or any other cause of action.

7. Defendants assert that there is no evidence to support plaintiff's claims.

8. Defendants asserts that the plaintiff suffered only de minimus injuries.

9. Defendants assert Plaintiff has failed to show there is any genuine issue of material fact in this case.

10. Defendants deny that any of Plaintiff's constitutional rights have been violated.

11. Defendants assert the defenses of sovereign immunity and qualified immunity.

12. Under 42 U.S.C. 1983 respondeat superior is not available to find an individual liable.

13. Defendants assert immunity pursuant to Article 1, Section 14 of the Constitution of Alabama 1901.

14. Defendants assert immunity pursuant to the Eleventh Amendment to the United States Constitution.

15. Defendants assert State discretionary function immunity.

16. Defendant asserts immunity pursuant to § 6-5-338 of the Code of Alabama.

Respectfully submitted on this the 30th day of May, 2006.

                    TROY KING
                    Attorney General

                    /s/ Jack Wallace, Jr.
                    Jack Wallace, Jr.
                    Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 30th day of May, 2006, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Bernard Montez Mixon, AIS 219783
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017-2615

                    /s/ Jack Wallace, Jr.
                    Jack Wallace, Jr.
                    Assistant Attorney General