IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BERNARD MIXON,  #219783        )
                              )
        Plaintiff             )
                              )
Vs.                           )      CIVIL ACTION NO. 2:06-342-MHT
                              )
GWENDOLYN MOSLEY, et.al       )
                              )
        Defendants.           )

AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Gwendolyn C. Mosley, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is, Gwendolyn C. Mosley, and I am presently employed as a Correctional Warden III, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Dr., Clio, AL, 36017. I am over twenty-one (21) years of age.

Inmate Bernard Mixon was assigned to Easterling Correctional Facility on August 9, 2004. Since his arrival, he has constantly violated the rules and procedures. Inmate Mixon has also received several disciplinaries for assault on persons associated with the ADOC; threats; and failure to obey a direct order (Exb. #1).

On March 2, 2006, I received a hand-written note from inmate Mixon (Exb.#2) stating that he was having altercations with Sgt. Hulett, Officer Pryor, and Officer Campbell. I have found no evidence to support inmate Mixon's complaint.

Affidavit-Gwendolyn C. Mosley
Civil Action No. 02:06-342-MHT
Page 2

I have found no evidence that inmate Mixon received unwarranted treatment by any Easterling Correctional Facility Employees.

I have not violated any of inmate Mixon's constitutional rights.

_Gwen C. Mosly_
Gwendolyn C. Mosley, Warden III

SWORN TO AND SUBSCRIBED TO before me this the 11th day of May, 2006.

_Linda E. Teal_
NOTARY PUBLIC

My Commission Expires: 7-15-07

ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT

ENTERED APR 0 6 2006

DISC. #06-192

1. **INMATE** : **Bernard Mixon**          CUSTODY:  **Close**          AIS NO.: **B/219783**

2. FACILITY: **Easterling Correctional Facility**

3. The above named inmate is being charged by **Officer John Pryor** with violation of rule **#29** specifically **Assault on an ALDOC Official** from regulation # **403**, which occurred on or about **March 6, 2006** at (time) **approximately 2:20 P.M.** (am / pm), Location: **Segregation Unit, Cell 5A-01.**  A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: You, Inmate Bernard Mixon, B/219783, did spit on Officer John Pryor's left arm.

5.  _8 Mar 06_                                              _Pryor John / CO I_
    Date                                                   Arresting Officer / Signature / Rank
                                                           **COI John Pryor**

6. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the _8_ day of _March_____, 2006, at (time) _2:05_ (am/pm).

7.  _Larry Perry    COI_                    _Refused to Sign  LP  COI_
    Serving Officer / Signature / Rank          Inmate's Signature / AIS Number    _3-8-06_

8. Witnesses desired?    NO _Refused to Sign LP 3-8-06_ YES _____
                            Inmate's Signature                  Inmate's Signature

9. If yes, list: _____

10. Hearing Date _3-27-06_     Time _7:10 pm_     Place _Segregation Lobby Office_

11. Inmate must be present in Hearing Room.  If he is not present explain in detail on additional page and attach.

12. A finding is made that inmate (is / is not) capable of representing himself.

    _____                    _Linda Olsen CO_
                                         Signature / Hearing Officer

13. Plea: _Refused to Attend Hearing_ Not Guilty _____ Guilty

14. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

                                         _Linda Olsen CO_
                                         Signature / Hearing Officer

15. Arresting Officer's testimony (at the hearing): **I was Segregation Officer.  Upon serving chow and pouring Inmate Bernard Mixon some juice, Inmate Mixon threw the juice back through the tray hole door on to me.  I backed away from the cell and ordered Inmate Mixon to back away from the door so I could close it.  I walked back to the tray door to close it and Inmate Mixon spit out of the tray hole on my left arm.**

Annex C to AR 403 ( Page 1 of 3 pages )

16. Inmate's Testimony:    *(Inmate Bernard Mixon refused to attend the hearing).

_____

_____

_____

Witness: __N/A__          Substance of Testimony: __N/A__

Witness: _____    Substance of Testimony: _____

Witness: _____    Substance of Testimony: _____

17. The Inmate was allowed to submit written question to all witnesses. Copy of questions and answers are attached.

_____
Signature / Hearing Officer

18. The Following witnesses were not called    -    reason not called
    1. __N/A__                                   __N/A__
    2. _____
    3. _____

19. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
The Hearing Officer finds that : __On 03/06/06, at approixmately 2:20 PM, in the Segregation Unit, Cell 5A-1, Inmate Bernard Mixon, B/219783, did spit on Officer John Pryor's left arm.  Therefore, Inmate Mixon was in violation of Rule #29—Assault On An ADOC Official.__

20. Basis for Finding of Fact:    __Officer John Pryor stated under oath that he served Inmate Mixon some juice and Inmate Mixon threw the juice out his tray hole door on to him. Inmate Mixon also spit out the tray hole on to Officer Pryor's left arm.  Inmate Mixon refused to attend the hearing and defend himself.__

21. Hearing Officer's Decision:    __XX__ Guilty
                                   _____ Not Guilty

22. Recommendation of Hearing Officer: __Hearing officer recommends 45 days Disciplinary Segregation and 45 days loss of all privileges.__
__*Inmate is prohibited from earning good time.__

_____
Signature / Hearing Officer

__Linda Glenn, COI__
Typed Name and Title

23. Warden's Action – Date  __04 APRIL 06__
    (Approved)  Carter F. Davenford
    Disapproved  _____
    Other (specify)  _____

    Reason if more then 30 calendar days delay in action.  _____

25. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above Named inmate on this the __06__ day of __April__ __2005__, at (time) __7.35__ (am / pm).
    2006

_____ COI                    __Refused to Sign__ ____ COI
Signature / Serving Officer / Title              Inmate's Signature and AIS Number

ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT

DISC. #06-184

ENTERED MAR 3 1 2006

1. INMATE: **Bernard Mixon**    CUSTODY: **Close**    AIS NO.: **B/219783**

2. FACILITY: **Easterling Correctional Facility**

3. The above named inmate is being charged by **Joel Tew, COI** with violation of rule **#29** specifically **Assault on an ALDOC official**, from regulation **# 403**, which occurred on or about **March 3, 2006** at (time) **9:50 AM**. Location: **Segregation,cell 5A-01**.    A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: You, Inmate Bernard Mixon, B/219783, did attempt to strike Officer Tew with your fist, through your cell tray door.  You also spit in his right eye and face.

5. 3-10-06
Date

Joel Tew COI
Arresting Officer / Signature / Rank
Joel Tew, COI

6. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the _11_ day of _march_, 2006, at (time) _12:30_ (am/pm).

7. D. Jasper, COI
Serving Officer / Signature / Rank

REFUSED TO SIGN  D. Jasper, COI
Inmate's Signature / AIS Number

8. Witnesses desired?    NO REFUSED TO SIGN  D. Jasper, CO    YES _____
Inmate's Signature                          Inmate's Signature

9. If yes, list: _____

10. Hearing Date 3/27/06    Time 9:15 AM    Place Segregation

11. Inmate must be present in Hearing Room.  If he is not present explain in detail on additional page and attach.

12. A finding is made that inmate (is) is not) capable of representing himself.

Angela Brown, COI
Signature / Hearing Officer

13. Plea: Bernard Mixon AIS.219783    Not Guilty _____ Guilty

14. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

Angela Brown, COI
Signature / Hearing Officer

15. Arresting Officer's testimony (at the hearing): **I was issuing Inmate Mixon his sack lunch, and he requested to see the Captain.  Inmate Mixon was upset because he didn't see the Captain.  As I was issuing Mixon his sack lunch, he attempted to strike me with his fist through his cell tray door.  Inmate Mixon also spit in my right eye and face.**

Annex C to AR 403  ( Page  1 of 3  pages )

16.    Inmate's Testimony:  **(See  tached testimony).  I was on a  nger strike and I wasn't on my medication.**

Witness:  **N/A**          Substance of Testimony:  **N/A**

Witness:               Substance of Testimony:

Witness:               Substance of Testimony:

17.    The Inmate was allowed to submit written question to all witnesses.  Copy of questions and answers are attached.

*Angela Brown, COI*
Signature / Hearing Officer

18.    The Following witnesses were not called  -   reason not called
1.  **N/A**               **N/A**
2.
3.

19.    After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
The Hearing Officer finds that :  **On 03/03/06, at approximately 9:50 AM, in Segregation, Cell 5A-01, Inmate Bernard Mixon, B/219783, did attempt to strike Officer Tew with his fist through his cell tray door.  Inmate Mixon also spit in Officer Tew's right eye, and face.  Therefore, Inmate Mixon was in violation of Rule #29-Assault On An ADOC Official.**

20.    Basis for Finding of Fact:  **Officer Joel Tew stated under oath that Inmate Mixon did attempt to strike Officer Tew with his fist through his cell tray door.  Inmate Mixon also spit in Officer Tew's right eye and face.  Inmate Mixon did willfully attempt to inflict injury upon Officer Tew, giving Officer Tew reason to fear or**

21.    Hearing Officer's Decision:    **XXX**  Guilty **expect immediate bodily harm.**
                             Not Guilty

22.    Recommendation of Hearing Officer:  **45 Days Disciplinary Segregation and loss of all privileges.**
**\*Prohibited from earning good time.**

*Angela Brown, COI*
Signature / Hearing Officer

**Angela Brown, COI**
Typed Name and Title

23.    Warden's Action – Date  **29 MARCH 2006**
    Approved  *Carter F. Davenport*
    Disapproved
    Other (specify)

Reason if more then 30 calendar days delay in action.

25.    I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above
Named inmate on this the  **30**  day of  **march**  200**6** at (time)  **12:46** (am / pm).

_____ COI                REFUSED TO SIGN
Signature / Serving Officer / Title         Inmate's Signature and AIS Number

ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT
ENTERED APR 0 4 2006

ALDOC 225B                                                        ECF-06-

**DISC. #06-193**

1.   INMATE:  **Bernard Mixon**         CUSTODY:  **Max**         AIS NO.:  **219783**

2.   FACILITY: **Easterling Correctional Facility**

3.   The above named inmate is being charged by **Officer John Pryor** with violation of rule **#29** specifically **Assault on a DOC Official** from regulation # **403**, which occurred on or about **March 3, 2006** at (time) **approximately 3:30 PM** (am / pm), Location: **Segregtion Unit Cell 5A-1.**  A hearing on this charge will be held after 24 hours from service.

4.   Circumstances of the violation(s) are as follows:  **You, Inmate Bernard Mixon, B/219783, did throw juice onto Officer Pryor, after you were served the juice by Officer Pryor during chow.**

5.   ___9 Mar 06___                                    ___Pryor John / ___ / COI___
     Date                                              Arresting Officer / Signature / Rank
                                                       **COI John Pryor**

6.   I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the __10__ day of __may__, 2006, at (time) __3:22__ (am/pm).

7.   _COI Munchie Keeton_                _Inmate refuses to sign, Munchie Keeton COI_
     Serving Officer / Signature / Rank        Inmate's Signature / AIS Number

8.   Witnesses desired?   NO _Munchie Keeton_ _Inmate refused to sign_ YES
                              Inmate's Signature              Inmate's Signature

9.   If yes, list: _____

10.  Hearing Date __3-27-06__   Time __6:55 pm__   Place __Segregation Lobby Office__

11.  Inmate must be present in Hearing Room.  If he is not present explain in detail on additional page and attach.

12.  A finding is made that inmate (is / is not) capable of representing himself.
                                         ___Linda Glen COI___
                                         Signature / Hearing Officer

13.  Plea: _Refused to Attend Hearing_ _LG_ ___ Not Guilty _____ Guilty

14.  The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.
                                         ___Linda Glen COI___
                                         Signature / Hearing Officer

15.  Arresting Officer's testimony (at the hearing):  **I was a rover in SEG and we were serving chow. When I approached Inmate Mixon's cell to pour him some juice, I poured the juice and he took it inside the cell, then poured it back out through the tray door on me.**

Annex C to AR 403  (Page 1 of 3 pages)

16.   Inmate's Testimony:   **(Inmate Mixon refused to attend hearing).**

Witness:   **N/A**                    Substance of Testimony:   **N/A**

Witness:   _____          Substance of Testimony:   _____

Witness:   _____          Substance of Testimony:   _____

17.   The Inmate was allowed to submit written question to all witnesses.  Copy of questions and answers are attached.

*Linda Glen C6I*
Signature / Hearing Officer

18.   The Following witnesses were not called      -      reason not called
   1.   **N/A**                                        **N/A**
   2.   _____
   3.   _____

19.   After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
   The Hearing Officer finds that :   On 03/03/06, at approximately 3:30 PM, in the Segregation Unit, Cell 5A-1, Inmate Bernard Mixon, B/219783, did throw juice on to Officer John Pryor after Officer Pryor served him juice during chow.  Therefore, Inmate Mixon was in violation of Rule #29-Assault On An ADOC Official.

20.   Basis for Finding of Fact:   Officer John Pryor stated under oath that he served Inmate Mixon juice during chow, and Inmate Mixon threw the juice back out of the tray hole door on to Officer Pryor.  Inmate Mixon refused to attend the hearing and defend himself.

21.   Hearing Officer's Decision:      **XX**   Guilty
                                    _____   Not Guilty

22.   Recommendation of Hearing Officer:   Hearing officer recommends 30 days Disciplinary Segregation and 30 days loss of all privileges.
*Inmate is prohibited from earning good time.

*Linda Glen C6I*
Signature / Hearing Officer
**Linda Glenn, COI**
Typed Name and Title

23.   Warden's Action - Date **31 MARCH 2006**
   ☑ Approved   *Carter H. Daven Jr.*
   Disapproved   _____
   Other (specify)   _____

   Reason if more then 30 calendar days delay in
   action.   _____

25.   I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above
   Named inmate on this the **1st** day of **April** 2006, at (time) **1:05** (am/pm)

*Darrell Ballcoz*                    (Refused to sign) JP. Ballcoz
Signature / Serving Officer / Title          Inmate's Signature and AIS Number

ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT

DISC. #06-172

ENTERED MAR 3 1 2006

1. INMATE : **Bernard Mixon**    CUSTODY: ~~Maximum~~ CLOSE    AIS NO.: **B/219783**

2. FACILITY: **Easterling Correctional Facility**

3. The above named inmate is being charged by **Officer John Ivey** with violation of rule **#56** specifically **Failure to obey a direct order of an ALDOC Official** from regulation # **403**, which occurred on or about **March 1, 2006** at (time) **approximately 9:44 A.M.** (am / pm), Location: **Segregation Unit, Cell 5A-01.**   A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: You, Inmate Bernard Mixon, B/219783, did not give Officer Ivey the handcuffs and handcuff keys, that you snatched from him, after he ordered you to several times.

5. _3/8/06_                    _John Ivey COI_
   Date                        Arresting Officer / Signature / Rank
                               **COI John Ivey**

6. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the _8_ day of _MARCH_ , 2006, at (time) _1:30_ (am/pm).

7. _ Varr Taylor COI_              _Refused to sign Wm Taylor COI_
   Serving Officer / Signature / Rank        Inmate's Signature / AIS Number
                                          _D. Jarr (w)_

8. Witnesses desired?    NO _REFUSED TO SIGN_ _D. Jarr (w)_ YES _____
                            Inmate's Signature              Inmate's Signature

9. If yes, list: _____

10. Hearing Date _3/22/06_    Time _8:55 AM_    Place _Segregation_

11. Inmate must be present in Hearing Room.  If he is not present explain in detail on additional page and attach.

12. A finding is made that inmate (is/ is not) capable of representing himself.

    _Angela Brown, COI_
    Signature / Hearing Officer
    _PIS# 21979_

13. Plea: _____ Not Guilty _Bernard Mixon PIS# 21979_ Guilty

14. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

    _Angela Brown, COI_
    Signature / Hearing Officer

15. Arresting Officer's testimony (at the hearing): **Officer Tew and I had placed Inmate Mixon back in his cell. Inmate Mixon placed his hand through the tray door so I could take the handcuffs off. When I took one of the handcuffs off, Mixon snatched his hands back in the cell with the handcuffs and handcuff keys. I ordered Inmate Mixon, several times, to give me the handcuffs and handcuff keys. Inmate Mixon did not comply with the order.**

Annex C to AR 403 ( Page 1 of 3 pages )

16.  Inmate's Testimony:  That **ay all this occurred, I was on a hunger strike. I was on medication and it wasn' the right medication. That sam .ay, I refused to take my medication, so I wasn't in my right mind. Dr. Brun did not come to see me on any of these disciplinaries.

Witness:  **N/A**                           Substance of Testimony:  **N/A**

Witness:                                     Substance of Testimony:

Witness:                                     Substance of Testimony:

17.  The Inmate was allowed to submit written question to all witnesses.  Copy of questions and answers are attached.

_Angela Brown, COT_
Signature / Hearing Officer

18.  The Following witnesses were not called     -     reason not called
     1.  **N/A**                                      **N/A**
     2.
     3.

19.  After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
     The Hearing Officer finds that :  **On 03/01/06, at approximately 9:44 AM, in the Segregation Unit, Cell 5A-01, Inmate Bernard Mixon, B/219783, did not give Officer Ivey the handcuffs and handcuff keys that he snatched from him, after Officer Ivey had ordered him several times to do so.  Therefore, Inmate Mixon was in violation of Rule # 56-Failure to Obey a Direct Order of an ADOC Official.**

20.  Basis for Finding of Fact:  **Officer John Ivey stated under oath that Inmate Mixon did not give him the handcuffs and handcuff keys that Inmate Mixon snatched from him, after he ordered him several times to do so.  Inmate Mixon did not comply with the order issued.  The hearing officer accepted Inmate Mixon's guilty plea.**

21.  Hearing Officer's Decision:     **XX**   Guilty
                                              Not Guilty

22.  Recommendation of Hearing Officer:  **45 Days Disciplinary Segregation and loss of all privileges.**
     **\*Prohibited from earning good time.**

_Angela Brown, COT_
Signature / Hearing Officer
**Angela Brown, COI**
Typed Name and Title

23.  Warden's Action  Date  **28 MARCH 2006**
     Approved  _Carlton Flanagan_
     Disapproved
     Other (specify)

     Reason if more then 30 calendar days delay in action.

25.  I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above Named inmate on this the **30** day of **MARCH** 200**6**, at (time) **1:00** (am/pm).

_Dan Faye_, COI                              REFUSED TO SIGN  D. Faye
Signature / Serving Officer / Title          Inmate's Signature and AIS Number

ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT

DISC. #06-179

ENTERED MAR 3 1 2006

1.  INMATE: **Bernard Mixon**          CUSTODY: **Maximum** *CLOSE*   AIS NO.: **B/219783**

2.  FACILITY: **Easterling Correctional Facility**

3.  The above named inmate is being charged by **Officer John Ivey** with violation of rule **#57** specifically **Insubordination** from regulation # **403.** which occurred on or about **March 1, 2006** at (time) **approximately 9:44 A.M.** (am / pm), Location: **Segregation Unit, Cell 5A-01.**   A hearing on this charge will be held after 24 hours from service.

4.  Circumstances of the violation(s) are as follows: You, Inmate Bernard Mixon, B/219783, did state to Officer Ivey, "I got you now, you motherfucker.  I ain't giving nothing back.  I want to see the Captain."

5.  _3/8/06_                                  _John Ivey COI_
    Date                                     Arresting Officer / Signature / Rank
                                             **COI John Ivey**

6.. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the _8_ day of _MARCH_ , 2006, at (time) _1:37_ ~~am / pm~~ ).

7.  _N. Jurgen, COI_                   _REFUSED TO SIGN N. Jurgen COI_
    Serving Officer / Signature / Rank       Inmate's Signature / AIS Number

8.  Witnesses desired?    NO _REFUSED TO SIGN_ _P. Jurgen_ YES _____
                             Inmate's Signature              Inmate's Signature

9.  If yes, list: _____

10. Hearing Date _3/22/06_     Time _8:45 AM_     Place _Segregation_

11. Inmate must be present in Hearing Room.  If he is not present explain in detail on additional page and attach.

12. A finding is made that inmate (is / is not) capable of representing himself.

                                         _Angela Brown, COT_
                                         Signature / Hearing Officer
                                         AIS# 219783
13. Plea: _AB Been_        Not Guilty   _Bernard Mixon_ ✗ Guilty

14. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

                                         _Angela Brown, COT_
                                         Signature / Hearing Officer

15. Arresting Officer's testimony (at the hearing): **Inmate Bernard Mixon did state to me, "I got you now you motherfucker.  I ain't giving nothing back.  I want to see the Captain."**

Annex C to AR 403  ( Page 1 of 3 pages )

16. Inmate's Testimony: __(See attached testimony).  Guilty.__

Witness: __N/A__                               Substance of Testimony: __N/A__

Witness: _____               Substance of Testimony: _____

Witness: _____               Substance of Testimony: _____

17. The Inmate was allowed to submit written question to all witnesses.  Copy of questions and answers are attached.

_Angela Brown, COI_
Signature / Hearing Officer

18. The Following witnesses were not called    -    reason not called
    1. __N/A__                                  __N/A__
    2. _____                         _____
    3. _____                         _____

19. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
    The Hearing Officer finds that : __On 03/01/06, at approximately 9:44 AM, in the Segregation Unit, Inmate Bernard Mixon, B/219783, did state to Officer Ivey, "I got you now you motherfucker.  I ain't giving nothing back.  I want to see the Captain."  Therefore, Inmate Mixon was in violation of Rule #57-Insubordination.__

20. Basis for Finding of Fact: __Officer John Ivey stated under oath that Inmate Mixon did state to him, "I got you now you motherfucker.  I ain't giving nothing back.  I want to see the Captain."  Inmate Mixon did make a statement to Officer Ivey which was disrespectful to Officer Ivey.  The hearing officer accepted Inmate Mixon's__

21. Hearing Officer's Decision: __XXXXX__ Guilty                     __guilty plea.__
                                        Not Guilty

22. Recommendation of Hearing Officer: __30 Days Disciplinary Segregation and loss of all privileges.__
    __*Prohibited from earning good time.__

_Angela Brown, COI_
Signature / Hearing Officer

__Angela Brown, COI__
Typed Name and Title

23. Warden's Action – Date __28 MARCH 2006__
    ~~Approved~~ _Carter F. Davenport_
    Disapproved
    Other (specify) _____

    Reason if more then 30 calendar days delay in action. _____

25. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above Named inmate on this the __3r__ day of __march__ 2006, at (time) __1:00__ (~~am~~ / pm).

_____ COI                    _REFUSED TO SIGN_ ____
Signature / Serving Officer / Title       Inmate's Signature and AIS Number

DISC. #06-154

ALABAMA DEPARTMENT OF CORRECTION
DISCIPLINARY REPORT

ENTERED MAR 2 0 2006

1. INMATE : **Bernard Mixon**          CUSTODY: **Close**          AIS NO.: **B/219783**

2. FACILITY: **Easterling Correctional Facility** *Sgt.*

3. The above named inmate is being charged by **Officer Lewis Hulett** with violation of rule **#29** specifically **Assault on an ALDOC Official** from regulation # **403**, which occurred on or about **January 10, 2006** at (time) **approximately 4:30 P.M.** (am / pm), Location: **Pill call area outside of the Health Care Unit.**   A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: You, Inmate Bernard Mixon, B/219783, did bite the thumb of Sgt. Hulett's left hand, causing a deep laceration, when Sgt. Hulett and Officer Matthew Campbell attempted to restrain you.

5. *January 13, 2006*
   Date
   
   *Lewis Hulett COII*
   Arresting Officer / Signature / Rank
   **Lewis Hulett, COII**

6. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the **1** day of **MARCH**, 2006, at (time) **1:00** (am/pm).

7. *Durr Faycor, COI*
   Serving Officer / Signature / Rank
   
   *REFUSED TO SIGN D. Faycor*
   Inmate's Signature / AIS Number

8. Witnesses desired?        NO _____        YES *REFUSED TO SIGN D. Faycor*
   Inmate's Signature                    Inmate's Signature

9. If yes, list: *CAPT. KNOX, NURSE MCDANIEL*

10. Hearing Date **3/10/06**    Time **10:35 AM**    Place *Segregation*

11. Inmate must be present in Hearing Room.  If he is not present explain in detail on additional page and attach.

12. A finding is made that inmate (is) is not) capable of representing himself.

    *A-I-S# 219783*
    *Angela Brown, COI*
    Signature / Hearing Officer

13. Plea: *Bernard M Mixon* ___ Not Guilty    _____ Guilty

14. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

    *Angela Brown, COI*
    Signature / Hearing Officer

15. Arresting Officer's testimony  (at the hearing):  **Sgt. Hager and I were escorting Inmate Mixon from the Health Care Unit.  Inmate Mixon saw Captain Knox walking by the gym.  Inmate Mixon yelled, "Captain Knox, I need to see you."  Inmate Mixon started walking toward Captain Knox.  Officer Campbell was the pill call officer.  He grasped Inmate Mixon's right arm and ordered him to stop.  Inmate Mixon continued walking towards Captain Knox.  I grasped Inmate Mixon's left arm to assist Officer Campbell.  Inmate Mixon turned toward me and attempted to spit on me.  I placed my left hand behind Inmate Mixon's head and attempted to place Mixon on the ground.  My hand slipped off Inmate Mixon's head.  My thumb entered Inmate Mixon's mouth and he bit down on my thumb.**

Annex C to AR 403  ( Page 1 of 3 pages )

16. Inmate's Testimony: **(See attached testimony.)** QBHO: Why did you bite Sgt. Hulett's thumb. A: I don't remember biting Sgt. Hulett's thumb. QBHO: Did you make the statement that Sgt. H tt had no business having his h d near your mouth or throat? A: Yes, but I don't remember biting his thumb.

Witness: _(signature)_                        Substance of Testimony: **(See attached**
**questions).**

Witness: _(signature)_                        Substance of Testimony: **(See attached**
**questions).**

Witness: **N/A**                               Substance of Testimony: **N/A**

17. The Inmate was allowed to submit written question to all witnesses. Copy of questions and answers are attached.

_Angela Brown, COI_
Signature / Hearing Officer

18. The Following witnesses were not called      -      reason not called
    1. **N/A**                                          **N/A**
    2. _____           _____
    3. _____           _____

19. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
    The Hearing Officer finds that : On 01/10/06, at approximately 4:30 PM, in the Pill Call Area Outside of the Health Care Unit, Inmate Bernard Mixon, B/219783, did bite the thumb of Sgt. Hulett's left hand, causing a deep laceration, when Sgt. Hulett and Officer Matthew Campbell attempted to restrain him. Therefore, Inmate Mixon was in violation of Rule #29-Assault On an ADOC Official.

20. Basis for Finding of Fact: Sgt. Lewis Hulett stated under oath that Inmate Mixon did bite the thumb of Sgt. Hulett's left hand, causing a deep laceration, when Sgt. Hulett and Officer Campbell attempted to restrain him. Inmate Mixon did willfully attempt to inflict injury upon Sgt. Hulett, giving him reason to fear or expect immediate bodily harm.

21. Hearing Officer's Decision: __XX__ Guilty
                                _____ Not Guilty

22. Recommendation of Hearing Officer: 45 Days Disciplinary Segregation and loss of all privileges.
    *Prohibited from earning good time.
    *NOTE: Inmate Mixon was assigned to the Stabilization Unit at Donaldson Correctional Facility from 01/13/06 to 02/27/06.

_Angela Brown, COI_
Signature / Hearing Officer
Angela Brown, COI
Typed Name and Title

23. Warden's Action – Date  15 MARCH 2006
    Approved  _(signature)_
    Disapproved
    Other (specify) _____

    Reason if more then 30 calendar days delay in action.

25. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above Named inmate on this the __17__ day of __March__ 2006 at (time) __9.01__ (am / pm)

_(signature)_ COI                          REFUSED TO SIGN   _(signature)_ KOI
Signature Serving Officer / Title          Inmate's Signature and AIS Number

ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT

ENTERED MAR 2 0 2006

DISC. #06-153

1. INMATE : **Bernard Mixon**        CUSTODY: **Medium**    AIS NO.: **B/219783**

2. FACILITY: **Easterling Correctional Facility**

3. The above named inmate is being charged by **Officer Joel Tew** with violation of rule **#56** specifically **Failure to obey a direct order of an ADOC official** from regulation # **403**, which occurred on or about **January 9, 2006** at (time) **approximately 9:00 A.M.** (am / pm), Location: **Segregation, A-side**.   A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: You, Inmate Bernard Mixon, B/219783, did refuse to enter your assigned cell after being ordered to several times.  Freeze Plus P had to be used to make you comply with the order.

5. _1-10-2006_          _Noel Tew COI_
   Date                                    Arresting Officer / Signature / Rank
                                           **COI Joel Tew**

6. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the _11_ day of _January_, 2006, at (time) _9:25_ (am/pm).

7. _James will-COI_                    _Refused To sign  J will - COI_
   Serving Officer / Signature / Rank        Inmate's Signature / AIS Number

8. Witnesses desired? (NO) _Refused To Sign_            YES _____
                          Inmate's Signature _J will - COI_  Inmate's Signature

9. If yes, list: _____

10. Hearing Date _3/10/06_        Time _1:20 PM_        Place _Segregation_

11. Inmate must be present in Hearing Room.  If he is not present explain in detail on additional page and attach.

12. A finding is made that inmate (is / is not) capable of representing himself.

    _a.I.S# 219783_              _Angela Brown, COT_
                                 Signature / Hearing Officer

13. Plea: _Bernard Mixon_ ___ Not Guilty _____ Guilty

14. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

    _Angela Brown, COT_
    Signature / Hearing Officer

15. Arresting Officer's testimony (at the hearing): We were returning Inmate Mixon to his cell. Inmate Mixon was walking toward the exit door.  I ordered Inmate Mixon several times to go in his cell.  Inmate Mixon refused to comply with the order.  Sgt. Hulett gave me permission to use the Freeze +P on Inmate Mixon to make him comply with the order.

Inmate's testimony: I have no knowledge of this incident. I plead under the 14th Amendment.

Witness: **N/A**                    Substance of Testimony: **N/A**

Witness: _____        Substance of Testimony: _____

Witness: _____        Substance of Testimony: _____

17. The Inmate was allowed to submit written question to all witnesses. Copy of questions and answers are attached.

Signature / Hearing Officer *Angela Brown, COI*

18. The Following witnesses were not called
1. **N/A**                          reason not called
2. _____              **N/A**
3. _____

19. After hearing all testimony, the Hearing Officer makes the following findings of fact. (Be Specific)
The Hearing Officer finds that : **On 01/09/06, at approximately 9:00 AM, in Segregation, A-Side, Inmate Bernard Mixon, B/219783, did refuse to enter his assigned cell after being ordered to do so several times. Freeze +P had to be used to make him comply with the order. Therefore, Inmate Mixon was in violation of Rule #56-Failure to Obey a Direct Order of an ADOC Official.**

20. Basis for Finding of Fact: **Officer Joel Tew stated under oath that Inmate Mixon did refuse to enter his assigned cell after being ordered to do so several times. Freeze +P had to be used to make him comply with the order. Inmate Mixon did not compl with the order, therefore, he is guilty of R/V#56-Failure to Obey a Direct**

21. Hearing Officer's Decision:     **XX**   Guilty **Order of an ADOC Official.**
_____ Not Guilty

22. Recommendation of Hearing Officer: **45 Days Disciplinary Segregation and loss of all privileges.**
**\*Prohibited from earning good time.**
**\*NOTE: Inmate Mixon was assigned to the Stabilization Unit at Donaldson Correctional Facility from 01/13/06 to 02/27/06.**

Signature / Hearing Officer *Angela Brown, COI*
Angela Brown, COI
Typed Name and Title

23. Warden's Action – Date **15 MARCH 2006**
(Approved) _____
Disapproved
Other (specify)

Reason if more then 30 calendar days delay in action. _____

25. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above Named inmate on this the **17** day of **march** 200**8**, at (time) **9:00** (am / pm).

Signature / Serving Officer / Title *___ Frazer, COI*           Inmate's Signature and AIS Number *Refused to sign  D. Frazier, COI*

ALDOC Form 225B

**DISCIPLINARY REPORT**

ENTERED DEC 0 8 2005

CF-05-

**DISC. #05-834**

1. INMATE : <u>Bernard Mixon</u>   CUSTODY: <u>MEDIUM</u>   AIS NO.: <u>B/219783</u>

2. FACILITY: **Easterling Correctional Facility**

3. The above named inmate is being charged by <u>Sgt. Lewis Hulett</u> with violation of rule # **56** specifically **Failure to obey a direct order of a ALDOC official** from regulation # **403**, which occurred on or about <u>November 18</u>, 2005 at (time) <u>4:23 PM</u> (am / pm), Location: <u>Segregation, Cell 5A-01</u> A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: You, Inmate Bernard Mixon, B/219783, did refuse the order given by Sgt. Hulett, to move your arm and jumpsuit from your tray door so that it could be secured. Force had to be used to make you comply.

5. _Nov. 28, 2005_   _Lewis Hulett COII_
   Date   Arresting Officer / Signature / Rank

6. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the <u>28</u> day of <u>Nov.</u>, 2005, at (time) <u>8:10</u> (am/pm).

7. _James n. will - COI_   _Refused To Sign J. will - COI_
   Serving Officer / Signature / Rank   Inmate's Signature / AIS Number

8. Witnesses desired?  (NO) _Refused To Sign J. will - COI_   YES - COI
   Inmate's Signature   Inmate's Signature

9. If yes, list: _____

10. Hearing Date _11/30/05_   Time _8:17 Am_   Place _Segregation_

11. Inmate must be present in Hearing Room. If he is not present explain in detail on additional page and attach.

12. A finding is made that inmate (is) is not) capable of representing himself.

    _Angela Brown, COI_
    Signature / Hearing Officer

    _Inmate Mixon refused to attend the hearing._

13. Plea _Angela Brown, COI_ Not Guilty _____ Guilty

14. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

    _Angela Brown, COI_
    Signature / Hearing Officer

15. Arresting Officer's testimony (at the hearing): **Officer Campbell reported to me that Inmate Mixon had his jumpsuit tied around his cell tray door, and refused to remove the jumpsuit. I entered the unit on B-Side, and approached Inmate Mixon's cell, 5A-01, and gave Inmate Mixon a direct order to remove his jumpsuit and arm from his tray door. Inmate Mixon refused the order. Force had to be used to make Inmate Mixon comply with the order.**

Annex C to AR 403 ( Page 1 of 3 pages)

16.  Inmate's Testimony:  (Inmate Mixon  refused to attend the hearing)

Witness:  **N/A** _____  Substance of Testimony:  **N/A** _____

Witness: _____  Substance of Testimony: _____

Witness: _____  Substance of Testimony: _____

17.  The Inmate was allowed to submit written question to all witnesses.  Copy of questions and answers are attached.

*Angela Brown, COI*
Signature / Hearing Officer

18.  The Following witnesses were not called  -  Reason not called
1.  **N/A** _____  **N/A** _____
2. _____ _____
3. _____ _____

19.  After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
The Hearing Officer finds that :  On 11/18/05, at approximately 4:23 PM, in the Segregation Unit, Cell 5A-01, Inmate Bernard Mixon, B/219783, did refuse the order given by Sgt. Hulett to move his arm and jumpsuit from his tray door, so that it could be secured. Therfore, Inmate Mixon was in violation of Rule #56—Failure to Obey a Direct Order of an ADOC Official.

20.  Basis for Finding of Fact:  Sgt. Lewis Hulett stated under oath that Inmate Mixon did refuse the order given by him to move his arm and jumpsuit from his tray door, so that it could be secured.  Force had to be used to make him comply.  Inmate Mixon did not comply with the order given, therefore, he is guilty of R/V#56.

21.  Hearing Officer's Decision:  __X__ Guilty  _____ Not Guilty

22.  Recommendation of Hearing Officer:  45 Days Disciplinary Segregation and loss of all privileges.
**\*Prohibited from earning good time.**

*Angela Brown, COI*
Signature / Hearing Officer
**Angela Brown, COI**
Typed Name and Title

23.  Warden's Action – Date  *O6 DEC 2005*
Approved  *Curtis Flanagan*
Disapproved
Other (specify) _____

Reason if more then 30 calendar days delay in action. _____

25.  I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above Named inmate on this the __7__ day of __DEC__ 2005, at (time)  _12:00_ (am / pm).

*Darin Faye*, COI  _____  *REFUSED TO SIGN* D. Faye, COI
Signature / Serving Officer / Title  Inmate's Signature and AIS Number

Annex C of AR 403 (page 2 of 3 pages)

AR 403 January 30, 2003

93

ALABAMA DEPARTMENT OF CORRECTION
DISCIPLINARY REPORT

DISC. #05-826

ENTERED DEC 0 7 2005

1. INMATE : **Bernard Mixon**          CUSTODY: **Medium**          AIS NO.: **B/219783**

2. FACILITY: Easterling Correctional Facility
   The above named inmate is being charged by **Officer Noah Richardson** with violation of rule **#57** specifically **Insubordination** from regulation # **403**, which occurred on or about **November 12, 2005** at (time) **5:51 AM** (am)/~~pm~~), Location: **Admin Holding Cell.** A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows:You, Inmate Bernard Mixon, B/219783, did state, "Suck my dick!", several times to Officer Richardson.

5. _____November 19, 2005_____          _Noah Richardson CO2_
   Date                                             Arresting Officer / Signature / Rank
                                                    Noah Richardson, COI

6. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the _20_ day of _NOVEMBER_, 2005, at (time) _8:23_ (am/pm).

7. _Quinn Duff COI_                    _REFUSE TO SIGN Quinn Duff COI_
   Serving Officer / Signature / Rank    Inmate's Signature / AIS Number

8. Witnesses desired?    NO _REFUSE TO SIGN Quinn Duff COI_ YES _____
                            Inmate's Signature                Inmate's Signature

9. If yes, list: _____

10. Hearing Date _11-28-05_          Time _1:45 PM_          Place _Seg office_

11. Inmate must be present in Hearing Room. If he is not present explain in detail on additional page and attach.

12. A finding is made that inmate (is)/ is not) capable of representing himself.

    _A-I S# 219183_          _Marcia C. Scott, COI_
    _Bernard Mixon_                 Signature / Hearing Officer

13. Plea _Bernard Mixon_          Not Guilty _____ Guilty

14. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

    _Marcia C. Scott, COI_
    Signature / Hearing Officer

15. Arresting Officer's testimony (at the hearing): **I ordered Inmate Mixon to slide his food tray out of the holding cell. He refused and stated to me, "Suck my dick!"**

Annex C to AR 403 ( Page 1 of 3 pages )

16.  Inmate's Testimony:  __This is my first time ever seeing this officer. The night he's__
__talking about this happened, I don't remember. I beg the court's mercy to be lenient__
__on me due to the fact that I don't know what he's talking about.__

Witness:  _N/A_                                 Substance of Testimony:  __N/A__

Witness:  _N/A_                                 Substance of Testimony:

Witness:  _N/A_                                 Substance of Testimony:

17.  The Inmate was allowed to submit written question to all witnesses.  Copy of questions and answers are
     attached.

                                        _Marcia C Scott, CoI_
                                        Signature / Hearing Officer

18.  The Following witnesses were not called          -    reason not called
     1.  __N/A__                                           __N/A__
     2.       _N/A_
     3.  _____

19.  After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
     The Hearing Officer finds that :  __On 11/12/05, at approximatley 5:51 AM, in the ADMIN Hold-__
__ing Cell, Inmate Bernard Mixon, B/219783, was insubordinate by stating, "Suck my dick!"__
__to Officer Richardson. Therefore, Inmate Mixon was in violation of Rule #57-Insubordin-__
__ation.__

20.  Basis for Finding of Fact:  __Officer Noah Richardson stated under oath that Inmate Mixon__
__stated to him, "Suck my dick!" after he ordered him several times to slide his food__
__tray out of the cell. Hearing officer does not find Inmate Mixon's testimony to be__
__believable.__

21.  Hearing Officer's Decision:             __X__   Guilty
                                                   Not Guilty

22.  Recommendation of Hearing Officer:  __45 Days Disciplinary Segregation to run C/S with__
__other sanctions.__
__*Prohibited from earning good time.__

                                        _Marcia C. Scott, CoI_
                                        Signature / Hearing Officer
                                        __Marcia C. Scott, COI__
                                        Typed Name and Title

23.  Warden's Action – Date  _29 NOV 05_
     ~~Approved~~  _Carl J Dargut_
     Disapproved
     Other (specify)  _____

     Reason if more then 30 calendar days delay in
     action.  _____

25.  I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above
     Named inmate on this the  ___/___ day of  _DEC_  2005, at (time)  _12:01_  (~~am~~ / pm).

_Carr Faysor  COI_                      _REFUSED TO SIGN D. Faysor, CO_
Signature / Serving Officer / Title     Inmate's Signature and AIS Number

ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT

DISC. #05-821

ENTERED DEC 0 7 2005

1.    INMATE : **Bernard Mixon**          CUSTODY:  **Medium**          AIS NO.:  **B/219783**

2.    FACILITY: Easterling Correctional Facility
      The above named inmate is being charged by **Officer Noah Richardson**   with violation of rule **#56**
      specifically **Failure to Obey a Direct Order of an ALDOC Official** from regulation # **403**, which occurred on
      or about **November 12, 2005** at (time) **5:51 AM** (am / pm), Location: **Admin Holding Cell.**  A hearing on this
      charge will be held after 24 hours from service.

4.    Circumstances of the violation(s) are as follows:You, Inmate Bernard Mixon, B/219783, did fail to slide your
      food tray out of the  holding cell when ordered to do so several times by Officer Richardson.

5.    _____November 19, 2005_____          _Noah Richardson COI_
      Date                                 Arresting Officer / Signature / Rank
                                           Noah Richardson, COI

6.    I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I
      informed inmate of his right to present a written or oral statement at the hearing and to present written questions
      for the witnesses on this the ___20___ day of _NOVEMBER_ , 2005, at (time) _8:23_ (am/pm).

7.    _Jim Diffe COI_          _REFUSE TO SIGN Jim Diffe COI_
      Serving Officer / Signature / Rank          Inmate's Signature / AIS Number

8.    Witnesses desired?   NO _REFUSE TO SIGN Jim Diff COI_  YES _____
                           Inmate's Signature                     Inmate's Signature

9.    If yes, list: _____

10.   Hearing Date _11-28-05_          Time _8:40 Am_          Place _Seg office_

11.   Inmate must be present in Hearing Room.  If he is not present explain in detail on additional page and attach.

12.   A finding is made that inmate (is)/ is not) capable of representing himself.

      _Bernard Mixon A.I.S.# 219783_          _Marcia C Scott, CSI_
                                              Signature / Hearing Officer

13.   Plea: _B Mixon_ _____ Not Guilty _____ Guilty

14.   The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

      _Marcia C. Scott, COI_
      Signature / Hearing Officer

15.   Arresting Officer's testimony  (at the hearing): **I was called by the Shift Clerk to go and remove
Inmate Mixon's food tray from his cell in the ADMIN Building.  I opened the tray door and
told Inmate Mixon to hand his food tray out.  He refused to do so.  I ordered him several
more times to hand out his food tray, and he refused.**

Annex C to AR 403 ( Page  1 of 3  pages )

16. Inmate's Testimony: This is my first time even seeing this officer. The night he's talking about this happened, I don't remember. I beg the court's mercy to have leniency on me due to the fact that I don't know what he's talking about.

Witness: N/A          Substance of Testimony: N/A

Witness: N/A          Substance of Testimony:

Witness: N/A          Substance of Testimony:

17. The Inmate was allowed to submit written question to all witnesses. Copy of questions and answers are attached.

*Marcia C. Scott, COI*
Signature / Hearing Officer

18. The Following witnesses were not called    —    reason not called
   1. N/A                                            N/A
   2.
   3.

19. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
   The Hearing Officer finds that : On 11/12/05, at approximately 5:51 AM, in the ADMIN Holding Cell, Inmate Bernard Mixon, B/219783, did fail to obey a direct order of an ADOC Official, by refusing to slide his food tray out of the holding cell when ordered to do so several times by Officer Richardson. Therefore, Inmate Mixon was in violation of Rule #56-Failure to Obey a Direct Order of an ADOC Official.

20. Basis for Finding of Fact:  Officer Noah Richardson stated under oath that he ordered Inmate Bernard Mixon, several times, to slide his food tray out of the cell door. Inmate Mixon refused. Hearing officer does not find Inmate Mixon's testimony to be believable.

21. Hearing Officer's Decision:        X   Guilty
                                           Not Guilty

22. Recommendation of Hearing Officer: 45 Days Disciplinary Segregation to run C/S with other sanctions.
*Prohibited from earning good time.*

*Marcia C. Scott, COI*
Signature / Hearing Officer
Marcia C. Scott, COI
Typed Name and Title

23. Warden's Action – Date  29 NOV 05
   Approved  *Carter W. Davenport*
   Disapproved
   Other (specify)

   Reason if more then 30 calendar days delay in action.

25. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above Named inmate on this the ___1___ day of _DEC_ 2005, at (time) _12:00_ (am / pm).

   *Jason Fuqua, COI*                    REFUSED TO SIGN  D. Fuqua, COI
   Signature / Serving Officer / Title    Inmate's Signature and AIS Number

ENTERED AUG 2 3 2005

ALDOC Form 225B

**DISC. #05-541**

ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT

1. Inmate: __Bernard Mixon__    Custody: __Close__    AIS __B/219783__

2. Facility: __Easterling Correctional Facility__

3. The above inmate is being charged by __Officer Kenneth Drake__ with a violation of Rule Number
   __57__ specifically __Insubordination__

   from regulation # __403__ which occurred on or about __August 14__ 20 __05__ at (time)
   __4:25__ XXX/pm), Location: __Segregation Unit, Cell 5A-20__
   A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the incident are as follows: __You, Inmate Bernard Mixon, B/219783, did__
   __state to Officer Drake, "Suck my dick, you stupid ass bitch! You ain't nothing but a__
   __fuck nigger! I fucked your Momma and cummed in her mouth!"__

5. __8/16/05__    __Kenneth Drake, COI__
   Date    Arresting Officer/Signature/Rank    Kenneth Drake, COI

6. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed
   inmate of his/her right to present a written or oral statement at the hearing and to present written questions for the
   witnesses on this the __16__ day of __August__ 20 __05__, at (time) __7:50__ (am/pm).

7. _M. Ogden_    _refuse to sign A.M. Ogden cet_
   Serving Officer/Signature/Rank    Inmate's Signature/AIS Number

8. Witnesses desired? NO _refuse to sign, A.M. Ogden_ YES_____
   Inmate's Signature    Inmate's Signature

9. If yes, list _____

10. Hearing Date __8-18-05__ Time __8:20 pm__ Place __Segregation Bldg Office__

11. Inmate must be present in Hearing Room. If he/she is not present explain in detail on a additional page and attach.

12. A finding is made that inmate (is/is not) capable of representing him/herself.
    _Linda Odom COI_
    Signature/Hearing Officer

13. Plea: _refused to answer_ Not Guilty _____ Guilty
    Signature/Hearing Officer

14. The Arresting Officer, inmate, and all witnesses were sworn to tell the truth.
    _Linda Odom COI_
    Signature/Hearing Officer

15. Arresting Officers testimony (at the hearing): __On the above date and time, Inmate Bernard Mixon,__
    __B/219783, stated to me, "Suck my dick, you stupid ass bitch! You ain't nothing but__
    __a fuck nigger! I fucked your Momma and cummed in her mouth!"__

Annex C to AR 403 (Page 1 of 3)

16. Inmate's Testimony: Inmate Mixon was not allowed to attend hearing because of disruptive behavior such as blurting out, being loud, and refusing to listen to disciplinary hearing officer while hearing officer continued to try and conduct disciplinary hearing before this one. Inmate Mixon continuously talked and kept getting louder as if to drown XXXXXX hearing officer out, and XXXXXXXXXXXXXXXXXXX refused to answer questions asked by hearing officer in previous hearing.

Witness: N/A _____ Substance of Testimony: N/A _____

Witness: _____ Substance of Testimony: _____

17. The inmate was allowed to submit written questions to all witnesses. Copy of questions and answers are attached.

_Linda Glenn COI_
Signature/Hearing Officer

18. The following witnesses were not called - Reason not called
   1. N/A                          N/A
   2. _____      _____
   3. _____      _____

19. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific) the Hearing Officer finds that: On 08/14/05, at approximately 4:25 PM, in the Segregation Unit, Cell 5A-20, Inmate Bernard Mixon, B/219783, did state to Officer Drake, "Suck my dick, you stupid ass bitch! You ain't nothing but a fuck nigger! I fucked your Momma and cummed in her mouth!" Therefore, Inmate Mixon was in violation of Rule #57-Insubordination.

20. Basis for Findings of Fact: Officer Kenneth Drake stated under oath that Inmate Bernard Mixon stated to him, "Suck my dick, you stupid ass bitch! You ain't nothing but a fuck nigger! I fucked your Momma and cummed in her mouth!" Inmate Mixon was not allowed to attend this hearing because of disruptive actions and disorderly conduct in previous

21. Hearing Officer's Decision: __X__ Guilty ____ Not Guilty hearing. Inmate Mixon was loud and unruly,

22. Recommendation of Hearing Officer: /refused to answer questions asked by hearing officer. I find Inmate Mixon guilty./
Hearing officer recommends 45 days Disciplinary Segregation and 45 days loss of all privileges to run C/S.
*Inmate prohibited from earning good time.

_Linda Glenn COI_
Signature/Hearing Officer

_Linda Glenn, COI_
Type Name and Title

3. Warden's Action – Date  8-19-05
   Approved      _Brenda Morgan COII_
   Disapproved
   Other (Specify) _____

Reason if more than 30 calendar days delay in action. _____

I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate on this 22 day of August 20 05, at time, 1:17 (am/pm).

_Anthony Ellis COI_
Signature/Serving Officer/Title

refused to sign _Anthony Ellis COI_
Inmate's Signature/AIS Number

ENTERED 27 2005

A LDOC Form 225B

**DISC.#05-486**

## ALABAMA DEPARTMENT OF CORRECTIONS
### DISCIPLINARY REPORT

1.  Inmate: **Bernard Mixon**                    Custody: **Medium**            AIS **B/219783**

2.  Facility:   **Easterling Correctional Facility**

3.  The above inmate is being charged by  **Officer Joann Gibson**            with a violation of Rule Number
    **57** specifically   **Insubordination**

    from  regulation  #  **403**   which  occurred  on  or  about   **July 9**      20  **05**      at   (time)
    **9:00**          XXXXpm),  Location: **Health Care Unit Isolation Cell**
    A hearing on this charge will be held after 24 hours from service.

4.  Circumstances  of  the  incident  are  as  follows:  **You, Inmate Bernard Mixon, B/219783, did**
    **state to Officer Gibson, "You stupid bitch, now write that up!"**

5.  ___7/18/05___                    _Joann Gibson COI_
    Date                          Arresting Officer/Signature/Rank **Joann Gibson, COI**

6.  I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed
    inmate of his/her right to present a written or oral statement at the hearing and to present written questions for the
    witnesses on this the  __18__  day of __July__ 20 __05__ , at (time) __9:36 (am)__

7.  __Joel Jew COI__                          _refused to sign Joel Jew COI_
    Serving Officer/Signature/Rank                Inmate's Signature/AIS Number

8.  Witnesses desired? NO __refused to sign Joel Jew COI__ YES _____
                        Inmate's Signature                Inmate's Signature

9.  If yes, list _____

10. Hearing Date __7/19/05__ Time __10:15am__ Place __Segregation__

11. Inmate must be present in Hearing Room. If he/she is not present explain in detail on an additional page and attach.

12. A finding is made that inmate (is/is not) capable of representing him/herself.
    _219783_                          _Angela Brown, COI_
13. Plea: _Ber Mixon_ Not Guilty _____ Guilty    Signature/Hearing Officer

14. The Arresting Officer, inmate, and all witnesses were sworn to tell the truth.
                                              _Angela Brown COI_
                                              Signature/Hearing Officer

15. Arresting Officers testimony (at the hearing): **Inmate Mixon did state to me, "You stupid bitch,**
    **now write that up!"**

_____

Annex C to AR 403 (Page 1 of 3)

Page 18 of 23

AR 403 January 30, 2003

16. Inmate's Testimony: __On this day, I didn't say what she say I said.  The statement that I made, I asked her to get a supervisor at first.  She told me she ain't getting nobody.  The reason we got into it was because she had been outside in the sun.  Therefore, it was a problem, she wrote me up to hurt me.  She never did write me up for putting wastes on the wall, and pissing on the floor.  She had her husband, Lt. Gibson to come in and harrass me when this should have been left alone.  She working against the state instead of for the state.  QBHO:  Did you get insubordinate to Officer Gibson?  A: Yes, I did.  I get very nasty when I get insubordinate.__

Witness: __N/A__                    Substance of Testimony: __N/A__

17. The inmate was allowed to submit written questions to all witnesses. Copy of questions and answers are attached.

_Angela Brown, COI_
Signature/Hearing Officer

18. The following witnesses were not called - Reason not called
    1. __N/A__                    __N/A__
    2. _____
    3. _____

19. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific) the Hearing Officer finds that: __On 07/09/05, at approximately 9:00 PM, in the Health Care Unit, Isola-tion Cell, Inmate Bernard Mixon, B/219783, did state to Officer Gibson, "You stupid bitch, now write that up!"  Therefore, Inmate Mixon was in violation of Rule #57-Insubordination.__

20. Basis for Findings of Fact: __Officer Joann Gibson stated under oath that Inmate Mixon did state to Officer Gibson, "you stupid bitch, now write that up."  Inmate Mixon did make a statement which was disrespectful to Officer Gibson, therefore, he is guilty of Rule Violation #57-Insubordination.  The hearing officer did believe the arresting officer's__
21. Hearing Officer's Decision: __X__ Guilty _____ Not Guilty __testimony.__
22. Recommendation of Hearing Officer: __45 Days Disciplinary Segregation and loss of all privileges.__
   __*Prohibited from earning good time.__

_Angela Brown, COI_
Signature/Hearing Officer
__Angela Brown, COI__
Type Name and Title

23. Warden's Action – Date       _7. 25-05_
    Approved      _Kenneth Jones COSI_
    Disapproved _____
    Other (Specify) _____

24. Reason if more than 30 calendar days delay in action._____

25. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate on this __25__ day of __July__ 20__05__, at time) __12:30__ (am/pm)

_Anthony Ellis COI_                    _refused to sign  Anthony Ellis COI_
Signature/Serving Officer/Title              Inmate's Signature/AIS Number

Annex C to AR 403 (Page 2 of 3)

AR 403 January 30, 2003

(PTW)

ENTERED JUL 2 7 2005

ALDOC Form 225B

**DISC. #05-488**

ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT

1.  Inmate: **Bernard Mixon**                    Custody: **Medium**           AIS **B/219783**

2.  Facility: **Easterling Correctional Facility**

3.  The above inmate is being charged by **Officer Joann Gibson**
    **57** specifically **Insubordination**                          with a violation of Rule Number

    from regulation # **403** which occurred on or about **July 10**
    **2:05** **XXX**/pm), Location: **Health Care Unit, Isolation Cell**     20 **05**        at (time).
    A hearing on this charge will be held after 24 hours from service.

4.  Circumstances of the incident are as follows: **You, Inmate Bernard Mixon, B/219783, did state**
    **to Officer Gibson, "I'm going to get you moved out of here bitch!**
    **know why you are writing me up, Warden Mosley won't let it stick because I'm on**
    **Mental Health Watch you stinking bitch!"**

5.  **7/18/05**
    Date                    _Joann Gibson COI_
                            Arresting Officer/Signature/Rank    **Joann Gibson, COI**

6.  I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed
    inmate of his/her right to present a written or oral statement at the hearing and to present written questions for the
    witnesses on this the **18** day of **July** 20 **05**, at (time) **9:37 (am)**

7.  _Joel Jw_
    Serving Officer/Signature/Rank                    refused to sign _Joel Sew COI_
                                                      Inmate's Signature/AIS Number

8.  Witnesses desired? NO refused to sign _Joel Sew COI_ YES
                            Inmate's Signature                    Inmate's Signature

9.  If yes, list

10. Hearing Date **7/19/05** Time **10:25 Am** Place **Segregation**

11. Inmate must be present in Hearing Room. If he/she is not present explain in detail on a additional page and attach.

12. A finding is made that inmate (is/is not) capable of representing him/herself.
    **219783**

13. Plea: **B. Mixon** Not Guilty                    Guilty
                                                      _Angela Brown COI_
                                                      Signature/Hearing Officer

14. The Arresting Officer, inmate, and all witnesses were sworn to tell the truth.
                                                      _Angela Brown COI_
                                                      Signature/Hearing Officer

15. Arresting Officers testimony (at the hearing): **Inmate Mixon did state to me, "I'm going to get**
    **you moved out of here bitch! You whore, I don't know why you are writing me up,**
    **Warden Mosley won't let it stick because I'm on Mental Health Watch, you stinking**
    **bitch!"**

Annex C to AR 403 (Page 1 of 3)

16. Inmate's Testimony: **Why did I say Warden Mosley will not approve this insubordination when she approves all of the other disciplinaries on insubordination. Mental Health Inmates also received disciplinaries. I did get insubordinate with her but I didn't say what she said I did. She came in on July 10th and wrote me up for something that happened on the 9th of July. She had Lt. Gibson to come in and question me about getting insubordinate with her.**

Witness: **N/A** _____ Substance of Testimony: **N/A** _____

_____ _____

Witness: _____ Substance of Testimony: _____

_____ _____

17. The inmate was allowed to submit written questions to all witnesses. Copy of questions and answers are attached.

*Angela Brown, COI*
Signature/Hearing Officer

18. The following witnesses were not called - Reason not called

  1. **N/A** _____ **N/A** _____

  2. _____ _____

  3. _____ _____

19. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific) the Hearing Officer finds that: **On 07/10/05, at approximately 2:05 PM, in the Health Care Unit Isolation Cell, Inmate Bernard Mixon, B/219783, did state to Officer Gibson, "I'm going to get you moved out of here bitch! You whore, I don't know why you are writing me up, Warden Mosley won't let it stick because I'm on Mental Health Watch, you stinking bitch!" Therefore, Inmate Mixon was in violation of Rule #57-Insubordination.**

20. Basis for Findings of Fact: **Officer Joann Gibson stated under oath that Inmate Bernard Mixon did state to her, "I'm going to get you moved out of here bitch! You whore, I don't know why you are writing me up, Warden Mosley won't let it stick because I'm on Mental Health Watch, you stinking bitch!" Inmate Mixon did make a statement which was disrespectful**

21. Hearing Officer's Decision: **X** Guilty _____ Not Guilty **to Officer Gibson.**

22. Recommendation of Hearing Officer: **45 Days Disciplinary Segregation and loss of all privileges.**
**\*Prohibited from earning good time.**

*Angela Brown, COI*
Signature/Hearing Officer

**Angela Brown, COI**
Type Name and Title

3. Warden's Action – Date **7·25·05**

  Approved *Kennita Songer, COSII*
  Disapproved _____
  Other (Specify) _____

4. Reason if more than 30 calendar days delay in action. _____

5. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate on this **25** day of **July** 20**05**, at time: **12:25** (am/**pm**).

*Anthony Ellis COS*     *refused to sign Anthony Ellis COS*
Signature/Serving Officer/Title     Inmate's Signature/AIS Number

ALDOC Form 225B

ENTERED AUG 0 2 2005

DISC. #05-495

# ALABAMA DEPARTMENT OF CORRECTIONS
## DISCIPLINARY REPORT

1.  Inmate: __Bernard Mixon__    Custody: __Maximum__    AIS __B/219783__

2.  Facility: __Easterling Correctional Facility__

3.  The above inmate is being charged by __Anthony Ellis, COI__ with a violation of Rule Number __56__ specifically __Failure to Obey a Direct Order of ALDOC Official__

    from regulation # __403__ which occurred on or about __July 12__, 20 __05__ at (time) __6:30__ (am/~~pm~~), Location: __Segregation Unit, Cell 5A-20__
    A hearing on this charge will be held after 24 hours from service.

4.  Circumstances of the incident are as follows: __You, Inmate Bernard Mixon, B/219783, did__ __refuse to place your mattress outside of your cell when ordered to do so by Officer__ __Ellis.__

    __7/16/05__    __Anthony Ellis, COI__
    Date    Arresting Officer/Signature/Rank/Anthony Ellis, COI

5.  I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his/her right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the __16__ day of __July__ 20 __05__, at (time) __10:40__ (am/~~pm~~).

    __Bobby Lino COI__    __Refused To Sign B. Lino COI__
    Serving Officer/Signature/Rank    Inmate's Signature/AIS Number

6.  Witnesses desired? NO __Refused To Sign B. Lino__ YES _____
    Inmate's Signature    Inmate's Signature

7.  If yes, list _____

8.  Hearing Date __7/19/05__ Time __8:50 Am__ Place __Segregation__

9.  Inmate must be present in Hearing Room. If he/she is not present explain in detail on a additional page and attach.

10. A finding is made that inmate (is/is not) capable of representing him/herself.

    __Angela Brown, COI__
    Signature/Hearing Officer

11. Plea: __219783__ __Bernard__ Not Guilty _____ Guilty

12. The Arresting Officer, inmate, and all witnesses were sworn to tell the truth.

    __Angela Brown, COI__
    Signature/Hearing Officer

13. Arresting Officers testimony (at the hearing): __Inmate Mixon refused to place his mattress outside__ __of his cell when I ordered him to do so.__

Annex C to AR 403 (Page 1 of 3)

AR 403 January 30, 2003

14. Inmate's Testimony:

When I moved from the Health Care Unit, the following day I was wrote up by Officer Ellis. There was two guys in the cell, one had a bottom bunk profile, and the other guy was on the top rack. I had a bottom bunk profile, therefore, it was left up to me not to give (Con'

Witness: N/A _____ Substance of Testimony: N/A _____

_____

Witness: _____ Substance of Testimony: _____

_____

Witness: _____ Substance of Testimony: _____

_____

15. The inmate was allowed to submit written questions to all witnesses. Copy of questions and answers are attached.

_Angela Brown, COI_
Signature/Hearing Officer

16. The following witnesses were not called - Reason not called
   1. _N/A_____    _N/A_
   2. _____
   3. _____

17. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific) the Hearing Officer finds that: On 07/12/05, at approximately 6:30 AM, in the Segregation Unit, Cell 5A-20, Inmate Bernard Mixon, B/219783, did refuse to place his mattress outside of his cell when ordered to do so by Officer Ellis. Therefore, Inmate Mixon was in violation of Rule #56-Failure to Obey a Direct Order of an ADOC Official.

18. Basis for Findings of Fact: Officer Anthony Ellis stated under oath that Inmate Bernard Mixon did refuse to place his mattress outside of his cell when ordered to do so by Officer Ellis. Inmate Mixon did refuse to comply with the order given to him by Officer Ellis, therefore, Inmate Mixon is guilty of Rule Violation #56-Failure to Obey a Direct Order (Con't

19. Hearing Officer's Decision: _X_ Guilty _____ Not Guilty

20. Recommendation of Hearing Officer: 45 Days Disciplinary Segregation and loss of all privileges.
*Prohibited from earning good time.

_Angela Brown, COI_
Signature/Hearing Officer
Angela Brown, COI
Type Name and Title

21. Warden's Action – Date  7·27·05
   Approved _____ Kennita Cowan COII
   Disapproved _____
   Other (Specify) _____

22. Reason if more than 30 calendar days delay in action. _____

23. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate on this _1_ day of _AUGUST_ 20_05_, at time) _11:00_ (am/pm).

_Dunn Jaycon_, COI        REFUSED TO SIGN  D. Jaycon, COI
Signature/Serving Officer/Title        Inmate's Signature/AIS Number

Annex C to AR 403 (Page 2 of 3)

AR 403 January 30, 2003

ENTERED JUN 2 8 2005

ALDOC Form 225B

**DISC. #05-407**

## ALABAMA DEPARTMENT OF CORRECTIONS
## DISCIPLINARY REPORT

1. Inmate: **R.C. Barnes**                     Custody: **Medium**          AIS **B/226071**

2. Facility: **Easterling Correctional Facility**

3. The above inmate is being charged by **Sergeant Shawn Logan** with a violation of Rule Number **56** specifically **Failure to Obey a Direct Order of a ADOC Official**,

   from regulation # **403** which occurred on or about **June 8**, 20 **05** at (time) **3:00** ~~am~~/pm), Location: **Segregation Unit Lobby**
   A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the incident are as follows: **You, Inmate R.C. Barnes, B/226071, were ordered by Sergeant Logan to shave with the shaving clippers. You did refuse to comply with the order and did not respond.**

5. _6-9-05_                              _Shawn C. Logan COII_
   Date                          Arresting Officer/Signature/Rank **Shawn Logan, COII**

6. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his/her right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the **10TH** day of **June** 20 **05**, at (time) **9:30** (am/pm).

7. _Drake, Kenneth  Kenneth D Drake, COI_        _Refused to sign Kenneth D Drake, COI_
   Serving Officer/Signature/Rank                    Inmate's Signature/AIS Number

8. Witnesses desired? NO _Refused to Sign Kenneth D Drake, COI_    YES _____
                        Inmate's Signature                          Inmate's Signature

9. If yes, list _____

10. Hearing Date _6-15-05_ Time _1:35pm_ Place _Seg office_

11. Inmate must be present in Hearing Room. If he/she is not present explain in detail on a additional page and attach.

12. A finding is made that inmate (is/is not) capable of representing him/herself.

    _Removed from hearing for being disruptive and uncooperative_        _Marcia C Scott, CO_
13. Plea: _____ Not Guilty _____ Guilty            Signature/Hearing Officer

14. The Arresting Officer, inmate, and all witnesses were sworn to tell the truth.

    _Marcia C Scott, CO_
    Signature/Hearing Officer

15. Arresting Officers testimony (at the hearing): **I ordered Inmate Barnes several times to shave with the shaving clippers. He refused to comply with the order and did not respond.**

Annex C to AR 403 (Page 1 of 3)

AR 403 January 30, 2003

16. Inmate's Testimony: **(Removed from hearing for being disruptive and uncooperative).**

Witness: _N/A_                          Substance of Testimony: **N/A**

Witness: _N/A_                          Substance of Testimony:

Witness: _N/A_                          Substance of Testimony:

17. The inmate was allowed to submit written questions to all witnesses. Copy of questions and answers are attached.

_Marcia C. Scott, COI_
Signature/Hearing Officer

18. The following witnesses were not called - Reason not called
1. **N/A**                              **N/A**
2. _N/A_
3. _N/A_

19. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific) the Hearing Officer finds that: **On 06/08/05, at approximately 3:00 PM, in the Segregation Unit Lobby, Inmate R.C. Barnes, B/226071, did fail to obey a direct order of an ADOC official by refusing to shave when ordered to do so by Sgt. Logan. Therefore, Inmate Barnes was in violation of Rule #56-Failure to Obey a Direct Order of an ADOC Official.**

20. Basis for Findings of Fact: **Sgt. Shawn Logan stated under oath that he ordered Inmate Barnes to shave with the shaving clippers and Inmate Barnes refused and did not respond.**

21. Hearing Officer's Decision: _**XXX**_ Guilty _____ Not Guilty

22. Recommendation of Hearing Officer: **45 Days Disciplinary Segregation and 45 days loss of store, phone, visiting privileges to run C/S with any other sanctions. (Inmate Barnes was removed from the hearing for being disruptive and uncooperative). *Earns 75 for 30. Balanace: 5 years, 0 months, 28 days.**

_Marcia C. Scott, COI_
Signature/Hearing Officer
**Marcia C. Scott, COI**
Type Name and Title

23. Warden's Action – Date _6/22/05_
Approved _Brenda C. Healy_
Disapproved
Other (Specify)

24. Reason if more than 30 calendar days delay in action.

25. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate on this **25** day of **JUNE** 20**05**, at time) **7:35** (am/pm).

_John Smith, COI_          X _INMATE REFUSED TO SIGN_   _John Smith COI_
Signature/Serving Officer/Title          Inmate's Signature/AIS Number

Annex C to AR 403 (Page 2 of 3)

✓

(PTW)

ENTERED JUN 2 8 2005

ALDOC Form 225B

**DISC. #05-392**

## ALABAMA DEPARTMENT OF CORRECTIONS
### DISCIPLINARY REPORT

1. Inmate: __Bernard Mixon__                Custody: __Medium__        AIS __B/219783__

2. Facility: __Easterling Correctional Facility__

3. The above inmate is being charged by __Steven Canty, CO I__ with a violation of Rule Number __57__ specifically __Insubordination__

   from regulation # __403__ which occurred on or about __May 27__, 20 __05__ at (time) __10:45__ (am/~~pm~~), Location: __Segregation Unit, Lobby Area__
   A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the incident are as follows: __You, Inmate Bernard Mixon, B/219783, did__ __state to Officer Canty, "You weak bitch, pussy ass nigga."__

   __June 2 2005__                              __Ste. C. ca__
   Date                              Arresting Officer/Signature/Rank / Steven Canty, CO I

5. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his/her right to present a written or oral statement at the hearing and to present written questions to the witnesses on this the __2__ day of __June__ 20 __05__, at (time) __12:01__ (~~am~~/pm).

   __Robert McKinnis COII__          __Bernard Mixon 219783__
   Serving Officer/Signature/Rank              Inmate's Signature/AIS Number

6. Witnesses desired? NO __Bernard Mixon__          YES _____
                        Inmate's Signature                    Inmate's Signature

7. If yes, list __Lt. Lee, Ms. Flowers, ofc. Ivey and Capt. Scooters__

8. Hearing Date __6/10/05__ Time __8:15Am__ Place __Segregation__

9. Inmate must be present in Hearing Room. If he/she is not present explain in detail on a additional page and attach.

10. A finding is made that inmate (is/is not) capable of representing him/herself.

    __Refused to attend the hearing__          __Angela Brown, COI__
                                          Signature/Hearing Officer

11. Plea __Angela Brown COI__ ~~Not Guilty~~ _____ Guilty
12. The Arresting Officer, inmate, and all witnesses were sworn to tell the truth.

    __Angela Brown, COI__
    Signature/Hearing Officer

13. Arresting Officers testimony (at the hearing): __Inmate Mixon did state to me, "You weak bitch,__ __pussy ass nigga.__

14. Inmate's Testimony:

(Refused to attend the hearing)

Witness: _Kenneth Durman C/O_     Substance of Testimony: Inmate Mixon was insubordinate, belligerent, and disorderly. Force was necessary. He was at fault on all charges.

Witness: _Rebecca Howell, LPN_     Substance of Testimony: Inmate Mixon wouldn't say anything to me at all when I came over to Segregation to talk with him.

Witness: _John Avery, COI_     Substance of Testimony: Inmate Mixon was belligerent, disorderly, and out of control.
_Mary Lee, C/O_: Inmate Mixon wouldn't come out of his cell. Inmate Mixon did everything he is being charged for.

15. The inmate was allowed to submit written questions to all witnesses. Copies of questions and answers are attached.

_Angela Brown, COI_
Signature/Hearing Officer

16. The following witnesses were not called - Reason not called
   1. _N/A_                    _N/A_
   2. _____
   3. _____

17. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific) the Hearing Officer finds that: _On 05/27/05, at approximately 10:45 AM, in the Segregation Unit, Lobby Area, Inmate Bernard Mixon, B/219783, did state to Officer Canty, "You weak bitch, pussy ass nigga." Therefore, Inmate Mixon was in violation of Rule #57-Insubordination._

18. Basis for Findings of Fact: _Officer Steven Canty stated under oath that Inmate Mixon did state to him, "You weak bitch, pussy ass nigga." Inmate Mixon did make a statement which was disrespectful to Officer Canty, therefore, he is guilty of Rule Violation #57-Insubordination._

19. Hearing Officer's Decision: _XXX_ Guilty _____ Not Guilty

20. Recommendation of Hearing Officer: _45 Days Disciplinary Segregation to run consecutively._ Loss of all privileges.
   *Prohibited from earning good time.

_Angela Brown, COI_
Signature/Hearing Officer
_Angela Brown, COI_
Type Name and Title

21. Warden's Action – Date _6/21/05_
   (Approved) _Willie Bant COI_
   Disapproved
   Other (Specify) _____

22. Reason if more than 30 calendar days delay in action. _____

23. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate on this _23_ day of _June_, 20_05_, at time) _1/21_ (am/pm).

_____                    _____
Signature/Serving Officer/Title            Inmate's Signature/AIS Number

Annex C to AR 403 (Page 2 of 3)

AR 403 January 30, 2003

ALDOC Form 225B

**DISC. #05-393**

ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT


**ENTERED** JUN 2 8 2005

1.  Inmate: __Bernard Mixon__          Custody: __Medium__          AIS __B/219783__

2.  Facility: __Easterling Correctional Facility__

3.  The above inmate is being charged by __John Ivey, CO I__ with a violation of Rule Number __57__ specifically __Insubordination__

    from regulation # __403__ which occurred on or about __May 27__, 20 __05__ at (time) __9:30__ (am/~~pm~~), Location: __Segregation Unit, Cell #5B-Q1__
    A hearing on this charge will be held after 24 hours from service.

4.  Circumstances of the incident are as follows: __You, Inmate Bernard Mixon, B/219783, did__ __state, "I'm not going to do a fucking thing. I'm not moving no fucking where",__ __after Officer Ivey advised you that you were moving from Administrative Segregation__ __to Disciplinary Segregation.__

5.  __5/30/05__                          __John Ivey CO I__
    Date                           Arresting Officer/Signature/Rank / John Ivey, CO I

6.  I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his/her right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the __31__ day of __May__ 20 __05__, at (time) __12:20__ (am/pm)

7.  __Neal Jewett__                      __Bernard Mixon__  __219783 A.I.S.__
    Serving Officer/Signature/Rank          Inmate's Signature/AIS Number.

8.  Witnesses desired? NO __Bernard Mixon__          YES _____
                          Inmate's Signature                  Inmate's Signature

9.  If yes, list _____

10. Hearing Date __6/10/05__ Time __8:30 Am__ Place __Segregation__

11. Inmate must be present in Hearing Room. If he/she is not present explain in detail on a additional page and attach.

12. A finding is made that inmate (is/is not) capable of representing him/herself.

    __Refused to attend the hearing__                      __Angela Brown, COI__
                                                        Signature/Hearing Officer

13. Plea __Angela Brown, COI__ Not Guilty _____ Guilty

14. The Arresting Officer, inmate, and all witnesses were sworn to tell the truth.

    __Angela Brown, COI__
    Signature/Hearing Officer

15. Arresting Officers testimony (at the hearing): __When I advised Inmate Mixon he was moving from__ __Administrative Segregation to Disciplinary Segregation, he did state to me, "I'm__ __not going to do a fucking thing. I'm not moving no fucking where."__

    _____

                                              · Annex C to AR 403 (Page 1 of 3)

                                              AR 403 January 30, 2002

16. Inmate's Testimony: Refused to attend the hearing.

_____

_____

Witness: N/A _____ Substance of Testimony: N/A _____

_____

Witness: _____ Substance of Testimony: _____

_____

Witness: _____ Substance of Testimony: _____

_____

17. The inmate was allowed to submit written questions to all witnesses. Copy of questions and answers are attached.

*Angela Brown, COI*
Signature/Hearing Officer

18. The following witnesses were not called - Reason not called
   1. N/A _____ N/A _____
   2. _____
   3. _____

19. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific) the Hearing Officer finds that: On 05/27/05, at approximately 9:30 AM, in the Segregation Unit, Cell 5B-1, Inmate Bernard Mixon, B/219783, did state, "I'm not going to do a fucking thing. I'm not moving no fucking where." after Officer Ivey advised him that he was moving from Administrative Segregation to Disciplinary Segregation. Therefore, Inmate Mixon was in violation of Rule #57-Insubordination.

20. Basis for Findings of Fact: Officer John Ivey stated under oath that Inmate Mixon did state, "I'm not going to do a fucking thing. I'm not moving no fucking where." after Officer Ivey advised him that he was moving from Administrative Segregation to Disciplinary Segregation. Inmate Mixon did make a statement to Officer Ivey which was disrespectful.

21. Hearing Officer's Decision: XXX Guilty _____ Not Guilty

22. Recommendation of Hearing Officer: 45 Days Disciplinary Segregation to run consecutively. Loss of all privileges.
   *Prohibited from earning good time.

*Angela Brown, COI*
Signature/Hearing Officer
Angela Brown, COI
Type Name and Title

23. Warden's Action – Date 6.20.05
   Approved *Kenneth Sconyers, W.S.II*
   Disapproved _____
   Other (Specify) _____

24. Reason if more than 30 calendar days delay in action. _____

25. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate on this 23 day of June 2005, at time) 1:10 (am/pm).

*C. Cleveland L. Gunn COI*            *Refused to sign COI*
Signature/Serving Officer/Title            Inmate's Signature/AIS Number

Annex C to AR 403 (Page 2 of 3)

AR 403 January 30, 2003

ALDOC Form 225B

DISC. #05-394

(PTW)

ENTERED JUN 2 8 2005

## ALABAMA DEPARTMENT OF CORRECTIONS
### DISCIPLINARY REPORT

1.  Inmate: __Bernard Mixon__          Custody: __Medium__          AIS __B/219783__

2.  Facility: ___Easterling Correctional Facility___

3.  The above inmate is being charged by __John Ivey, CO I__ __AB__ with a violation of Rule Number
    __56__ specifically __Failure to obey a direct to obey a direct order of a ALDOC official__

    from regulation # __403__ which occurred on or about __May 27__, 20 __05__ at (time)
    __9:30__ (am/XXX), Location: __Segregation Unit, Cell #5B-1__
    A hearing on this charge will be held after 24 hours from service.

4.  Circumstances of the incident are as follows: __You, Inmate Bernard Mixon, B/219783, were__
    __ordered by Officer Ivey to pack your property to move from Administrative Segregation__
    __to Disciplinary Segregation. You refused to do so and stated, "I'm not going to do__
    __a fucking thing. I'm not moving no fucking where."__

5.  __5/30/05__                          __John Ivey  CO I__
    Date                          Arresting Officer Signature/Rank/ John Ivey, CO I

6.  I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed
    inmate of his/her right to present a written or oral statement at the hearing and to present written questions for the
    witnesses on this the __31__ day of __May__ 20 __05__, at (time) __12:21__ (am/pm).          __219783__

7.  __Neil Jew CO I__                          __Bernard Mixon__
    Serving Officer/Signature/Rank.                  Inmate's Signature/AIS Number

8.  Witnesses desired? NO __Bernard Mixon__          YES _____
    Inmate's Signature                          Inmate's Signature

9.  If yes, list _____

10. Hearing Date __6/10/05__ Time __9:18 Am__ Place __Segregation__

11. Inmate must be present in Hearing Room. If he/she is not present explain in detail on a additional page and attach.

12. A finding is made that inmate (is/is not) capable of representing him/herself.

    __Refused to attend the hearing__                          __Angela Brown, COI__
                                    Signature/Hearing Officer
13. Plea __Angela Brown, COI__ Not Guilty _____ Guilty

14. The Arresting Officer, inmate, and all witnesses were sworn to tell the truth.

    __Angela Brown, COI__
    Signature/Hearing Officer

15. Arresting Officers testimony (at the hearing): __I gave Inmate Mixon a direct order to pack up__
    __his property to move from Administrative Segregation to Disciplinary Segregation.__
    __Inmate Mixon refused to do so and stated, "I'm not going to do a fucking thing.__
    __I'm not moving no fucking where."__

                                    Annex C to AR 403 (Page 1 of 3)

                                    AR 403 January 30, 2003

16. Inmate's Testimony: Refused to attend the hearing.

_____

_____

Witness: __N/A__                    Substance of Testimony: __N/A__

_____

Witness: _____    Substance of Testimony: _____

_____

Witness: _____    Substance of Testimony: _____

_____

17. The inmate was allowed to submit written questions to all witnesses. Copy of questions and answers are attached.

_Angela Brown, COI_
Signature/Hearing Officer

18. The following witnesses were not called – Reason not called:
    1. __N/A__                    __N/A__
    2. _____
    3. _____

19. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific) the Hearing Officer finds that: On 05/27/05, at approximately 9:30 AM, in the Segregation Unit, Cell 5B-1, Inmate Bernard Mixon, B/219783, did refuse to pack his property to move from Administrative Segregation, and stated, "I'm not going to do a fucking thing. I'm not moving no fucking where." Therefore, Inmate Mixon was in violation of Rule #56-Failure to Obey a Direct Order of an ADOC Official.

20. Basis for Findings of Fact: Officer John Ivey stated under oath that he ordered Inmate Mixon to pack his property to move from Administrative Segregation to Disciplinary Segregation. Inmate Mixon refused to do so and stated, "I'm not going to do a fucking thing. I'm not moving no fucking where." Inmate Mixon did not comply with the order issued to

21. Hearing Officer's Decision: __XXX__ Guilty _____ Not Guilty him by Officer Ivey.

22. Recommendation of Hearing Officer: 45 Days Disciplinary Segregation and loss of all privileges.
    *Prohibited from earning good time.

_Angela Brown, COI_
Signature/Hearing Officer

Angela Brown, COI
Type Name and Title

23. Warden's Action – Date __6·20·05__
    Approved __Kenneta Aconyen, COSII__
    Disapproved _____
    Other (Specify) _____

24. Reason if more than 30 calendar days delay in action. _____

25. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate on this __23__ day of __June__ 20__05__, at time) __1:05__ (am/pm)

_C Jordan / L Emmy_                    _Refused to sign_
Signature/Serving Officer/Title        Inmate's Signature/AIS Number

Annex C to AR 403 (Page 2 of 3)

AR 403 January 30, 2003

ENTERED JUN 2 8 2005

ALDOC Form 225B

**DISC. #05-388**

## ALABAMA DEPARTMENT OF CORRECTIONS
### DISCIPLINARY REPORT

1. Inmate: __Bernard Mixon__ ............... Custody: __Medium__      AIS __B/219783__

2. Facility: __Easterling Correctional Facility__

3. The above inmate is being charged by __Steven Canty, CO I__ with a violation of Rule Number __29__ specifically __Assault on a ADOC official__

   from regulation #__403__ which occurred on or about __May 27__, 20 __05__ at (time) __10:45__ (am~~/pm~~ Location: __Segregation Unit, Lobby Area__
   A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the incident are as follows: __You, Inmate Bernard Mixon, B/219783, did spit in OfficerSteven Canty's face, chest, and left pants leg.__

   Date __June 2 2005__                      Arresting Officer/Signature/Rank / __Steven Canty, CO I__

5. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his/her right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the __2__ day of __June__ 20 __05__, at (time) __11:55__ (am/~~pm~~).

   __Robert McKinnis CO2__                   __Bernard Mixon AIS 219783__
   Serving Officer/Signature/Rank           Inmate's Signature/AIS Number

6. Witnesses desired? NO __Bernard Mixon__       YES ____
   Inmate's Signature                           Inmate's Signature

7. If yes, list __Lt. Lee, Ms. Flowers, ofc. Ivey and capt. Sconyers__

8. Hearing Date __6/10/05__ Time __9:30am__ Place __Segregation__

9. Inmate must be present in Hearing Room. If he/she is not present explain in detail on an additional page and attach.

10. A finding is made that inmate (is/is not) capable of representing him/herself.
    __Refused to attend the hearing__
                                             __Angela Brown, CO I__
                                             Signature/Hearing Officer

11. Plea __Angela Brown__ Not Guilty _____ Guilty

12. The Arresting Officer, inmate, and all witnesses were sworn to tell the truth.
                                             __Angela Brown, CO I__
                                             Signature/Hearing Officer

13. Arresting Officers testimony (at the hearing): __Inmate Mixon did spit in my face, chest, and left pants leg.__

Annex C to AR 403 (Page 1 of 3)

Page 18 of 23

AR 403 January 30, 2003

14. Inmate's Testimony:

Refused to attend the hearing.

Witness: _Kenneth Dewey CoII_    Substance of Testimony: Inmate Mixon was insubordinate, belligerent, and disorderly. Force was necessary. He was at fault on all charges.

Witness: _Rebecca Flowers, LPN_    Substance of Testimony: Inmate Mixon wouldn't say anything to me at all when I came over to segregation to talk with him.

Witness: _John Terry CoI_    Substance of Testimony: Inmate Mixon was belligerent, disorderly, and out of control. **WITNESS:** _Nancy Lee, CoI_ /Inmate Mixon wouldn't come out of his cell. Inmate Mixon did everything he is being charged for.

15. The inmate was allowed to submit written questions to all witnesses. Copy of questions and answers are attached.
_Angela Brown, CoI_
Signature/Hearing Officer

16. The following witnesses were not called - Reason not called
    1. _N/A_                    _N/A_
    2. _____
    3. _____

17. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific) the Hearing Officer finds that: On 05/27/05, at approximately 10:45 AM, in the Segregation Unit Lobby Area, Inmate Bernard Mixon, B/219783, did spit in Officer Canty's face, chest, and left pants leg. Therefore, Inmate Mixon was in violation of Rule #29-Assault On an ADOC Official.

18. Basis for Findings of Fact: Officer Steven Canty stated under oath that Inmate Mixon did spit in Officer Canty's face, chest, and left pants leg. Inmate Mixon did willfully attempt to inflict injury upon Officer Canty, giving him reason to fear or expect immediate bodily harm, therefore, he is guilty of Rule Violation #29-Assault On a Person Associated With
19. Hearing Officer's Decision: _XX_ Guilty _____ Not Guilty                                    the ADOC.
20. Recommendation of Hearing Officer: 45 Days Disciplinary Segregation and loss of all privileges.
    *Prohibited from earning good time.

_Angela Brown, CoI_
Signature/Hearing Officer
_Angela Brown,_ COI
Type Name and Title

21. Warden's Action – Date _6/21/05_
    (Approved) _Willie Brunt CoI_
    Disapproved
    Other (Specify) _____

22. Reason if more than 30 calendar days delay in action. _____

23. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate on this _23_ day of _June_ 20_05_, at time) _1:25_ (am/pm)

_Cleveland L Young COI_                    _Refused to sign_ COI
Signature/Serving Officer/Title        Inmate's Signature/AIS Number

JUN 0 8 2005

ALDOC Form 225B
DISC. #05-314

## ALABAMA DEPARTMENT OF CORRECTIONS
## DISCIPLINARY REPORT

1.  Inmate: __Bernard Mixon__          Custody: __Medium__          AIS B/~~219983~~ __219783__

2.  Facility: __Easterling Correctional Facility__

3.  The above inmate is being charged by __Officer Stephanie Pryor__ with a violation of Rule Number __57__ specifically __Insubordination__

    from regulation # __403__ which occurred on or about __May 10__, 20 __05__ at (time) __5:10__ (am/~~XXX~~), Location: __Health Care Unit__
    A hearing on this charge will be held after 24 hours from service.

4.  Circumstances of the incident are as follows: __You, Inmate Bernard Mixon, B/~~219983~~ 219783, did state to Officer Stephanie Pryor, "Bitch, fuck you!"__

    __May 10, 2005__                    _Stephanie L. Pryor, CO I_
    Date                              Arresting Officer/Signature/Rank

5.  I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his/her right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the __12__ day of __MAY__ 20 __05__, at (time) __12:45__ (am/pm).

    _Ralph M. Farmer CO I_                    _refused to sign Ralph Farmer CO I_
    Serving Officer/Signature/Rank            Inmate's Signature/AIS Number

6.  Witnesses desired? NO _refused to sign Ralph Farmer CO I_ YES ____
                          Inmate's Signature                Inmate's Signature

7.  If yes, list _____

8.  Hearing Date __24 May 05__ Time __1:15 am__ Place __Seg. Office__

9.  Inmate must be present in Hearing Room. If he/she is not present explain in detail on a additional page and attach.

10. A finding is made that inmate (is/is not) capable of representing him/herself.
    _Refused to Attend Hearing_                    _Mitchell Borden CO I._
                                                   Signature/Hearing Officer

11. Plea: _Mitchell Borden_ Not Guilty _____ Guilty

12. The Arresting Officer, inmate, and all witnesses were sworn to tell the truth.
                                                   _Mitchell Borden CO I._
                                                   Signature/Hearing Officer

13. Arresting Officers testimony (at the hearing): __Inmate Mixon did state to me, "Bitch, fuck you!"__

Annex C to AR 403 (Page 1 of 3)

AR 403 January 30, 2003

14. Inmate's Testimony:
Refused to attend hearing.

Witness: _____NIA_____    Substance of Testimony: _NIA_

Witness: _____NIA_____    Substance of Testimony: _NIA_

Witness: _____NIA_____    Substance of Testimony: _NIA_

15. The inmate was allowed to submit written questions to all witnesses. Copy of questions and answers are attached.
                                    _Mitchell Borders COI_
                                    Signature/Hearing Officer
16. The following witnesses were not called - Reason not called
    1. _____NIA_____                        _NIA_
    2. _____NIA_____                        _NIA_
    3. _____NIA_____                        _NIA_
17. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific) the Hearing
Officer finds that: On 05/10/05, at approximately 5:10 AM, in the Health Care Unit, Inmate
Bernard Mixon, B/219783, did state, "Bitch, fuck you!" to Officer Stephanie Pryor, who is
an employee and lawful authority.  This statement obviously reflected disrespect to this
employee, therefore, Inmate Mixon was in violation of Rule #57~Insubordination.

18. Basis for Findings of Fact: Officer Stephanie Pryor stated under oath that Inmate Bernard
Mixon, B/219783, did state to Officer Stephanie Pryor, "Bitch, fuck you!" which obviously
reflected disrespect toward Officer Pryor, who was in lawful authority.

19. Hearing Officer's Decision:  X  Guilty _____ Not Guilty
20. Recommendation of Hearing Officer: 45 Days Disciplinary Segregation.
*Prohibited from earning good time.

                              _Mitchell Borders COI_
                              Signature/Hearing Officer
                              Mitchell Borders, COI
                              Type Name and Title
21. Warden's Action – Date 6-1-05
    Approved    X Joe
    Disapproved
    Other (Specify) Upon review, I noted that the AIS number on Line #1 and Line #4 was
    incorrect.  I corrected the AIS number on Line #1 and Line #4 and initialed same.
22. Reason if more than 30 calendar days delay in action.

23. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate on
this 4th day of JUNE 20 05, at time) 11:00 (am/pm).

_Anthony Ellis COI_                      refused of sign  Anthony Ellis COI
Signature/Serving Officer/Title          Inmate's Signature/AIS Number

Annex C to AR 403 (Page 2 of 3)

                                                        AR 403 January 30, 2003

**EXHIBIT #2**

MAR 0 2 2006
MAR 0 2 2006

Bernard M. Mixon    Date Location s-Dorm A-Side 1-Cell
A.I.S #219183          3-2-2006

## Statement

Warden Mosley on the 10th Day of January 2006
officer Matthew Campbell and SGt lewis Hullet did Escort
me to the Health Care unit For A Body Chart. officer Pryor
and I had been in an AlterCation that ended in me having
my thumb Slit open I have been here At this institution
For Some time Now and I have been Picked on by
officers mental Health Staff and Classification no one
seem's to Want to help me With Eny of my Menthl Health
problem's and I am Coustantly in AlterCation with
officer and SBt. Hullet SGt. Hullet Have And has Assaulted
me numerous OcCassion and there is Documented
of these Physical Struggles on Body Charts in the
Health Care unit All I Want is to be left Alone to do
my time the best way I Can With the Help of
Mental Health Staff and Stop being Harrassed
by your office on All Shift And that me and
SGt. Hullet be Seperated Fronm one another
there Is A personal ComFelt and For the Best oF
Bouth Safter
thank you For your time Warden Mosley

Bernard Mixon a.I.S.#219183

5/2/06

I suggest you stop violating the rules and stop creating these situations simply because you cannot have your way. I have spoken with the staff @ Donaldson and they told me how you behaved while there. If you sincerely want to be transferred from here, you need to start behaving here, just like you did @ Donaldson. You are acting out and that will not get you what you want.

Gwen _____