IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNARD MIXON, #219783 | ) |
| Plaintiff | ) ) ) |
| Vs. | ) CIVIL ACTION NO. 2:06-342-MHT |
| GWENDOLYN MOSLEY, et.al | ) ) ) |
| Defendants. | ) |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Gwendolyn C. Mosley, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is, Gwendolyn C. Mosley, and I am presently employed as a Correctional Warden III, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Dr., Clio, AL, 36017. I am over twenty-one (21) years of age.

### ADDITION TO PREVIOUS AFFIDAVIT

On May 27, 2005, inmate Bernard Mixon refused to come out of his segregation cell. Mental Health Nurse Becky Flowers was sent to the Segregation Unit to talk to inmate Mixon to try to convince him to come out of his cell. Inmate Mixon refused. Various staff members made several attempts to convince inmate Mixon to come out of his cell but he still refused. When inmate Mixon barricaded his cell door with mattresses and we were unable to see inside his cell, I ordered a cell extraction. Inmate Mixon was removed from his cell with the minimum amount

Affidavit-Gwendolyn C. Mosley
Civil Action No. 02:06-342-MHT
Page 2

of force necessary. During the cell extraction he continued to assault and threaten staff members. Inmate Mixon was carried to the Health Care Unit for a medical report and he refused treatment.

I have found no evidence that inmate Mixon received unwarranted treatment by any Easterling Correctional Facility employees.

I have not violated any of inmate Mixon's constitutional rights.

                                       _Gwendolyn C. Mosley_
                                       Gwendolyn C. Mosley, Warden III

SWORN TO AND SUBSCRIBED TO before me this the 26th day of May, 2006.

                                       _Linda E. Teal_
                                       NOTARY PUBLIC

My Commission Expires: 7-15-07