IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNARD MIXON, #219783 ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| Vs. ) | CIVIL ACTION NO. 2-06-342-MHT |
| ) | |
| GWENDOLYN MOSLEY, et.al ) | |
| ) | |
| Defendants. ) | |

**AFFIDAVIT**

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared <u>Lewis Hulett</u>, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is, <u>Lewis Hulett</u> and I am presently employed as a <u>Correctional Officer II</u>, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Dr., Clio, AL, 36017. I am over twenty-one (21) years of age.

I, Sgt. Lewis Hulett, was assigned as the Segregation Commander at the time of the incidents mentioned in the suit by inmate Bernard Mixon, B/219783. At no time did I, nor do I now feel that inmate Mixon's constitutional rights have been violated. I did not receive any information through my investigation that suggested that inmate Mixon was unjustly or wrongfully treated at the time of the incidents.

Affidavit-Lewis Hulett
Civil Action No. 02-06-342-MHT
Page 2

_____
Lewis Hulett, COII


SWORN TO AND SUBSCRIBED TO before me this the 9th day of May, 2006.

_____
Grace M. Maley
NOTARY PUBLIC

My Commission Expires: 03/31/07.