IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BERNARD MIXON, #219783          )
                                )
    Plaintiff               )
                                )
Vs.                             )   CIVIL ACTION NO. 2-06-342-MHT
                                )
GWENDOLYN MOSLEY, et.al         )
                                )
    Defendants.             )

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared <u>Steven Canty</u>, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is, <u>Steven Canty</u> and I am presently employed as a <u>Correctional Officer I</u>, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Dr., Clio, AL, 36017. I am over twenty-one (21) years of age.

I, Officer Steven Canty have not assaulted inmate Bernard Mixon, B/219783 or any other inmate. Inmate Mixon's allegations of 2nd Degree Battery and Assault against me are false. Furthermore, I have no knowledge of this incident.

                                                    _____
                                                  Steven Canty, COI

SWORN TO AND SUBSCRIBED TO before me this the 10th day of May, 2006.

                                                  _____
                                                  NOTARY PUBLIC

My Commission Expires: my commission expires March 10, 2007