IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BERNARD MIXON, #219783           )
                                 )
    Plaintiff                    )
                                 )
Vs.                              )    CIVIL ACTION NO. 2-06-342-MHT
                                 )
GWENDOLYN MOSLEY, et.al          )
                                 )
    Defendants.                  )

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared <u>John Pryor</u>, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is, <u>John Pryor</u> and I am presently employed as a <u>Correctional Officer I</u>, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Dr., Clio, AL, 36017. I am over twenty-one (21) years of age.

I, Officer John Pryor have not assaulted inmate Bernard Mixon or any other inmate. Inmate Mixon's allegations are false.

_____
John Pryor, COI

SWORN TO AND SUBSCRIBED TO before me this the 9th day of May, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 03\31\06