# STATE OF ALABAMA
## DEPARTMENT OF CORRECTIONS
### INCIDENT REPORT

FEB 01 2006   S.40

| | | | |
|---|---|---|---|
| 1. Institution: Easterling Correctional Facility | 2. Date: 01/10/06 | 3. Time: 3:40 PM | 4. Incident Number: ECF-06-055  Class Code: B |
| 5. Location Where Incident Occurred: Segregation, cell 5A-01 | | 6. Type of Incident: #29-Assault on an ALDOC official; (Use of Force) #56-Failure to obey a direct order of an ALDOC official. | |
| 7. Time Incident Report: 3:42 PM | | 8. Who Received Report: Sgt. Lewis Hulett | |

**9. Victims:** Name / AIS
a. N/A
b.
c.

**10. Suspects:** Name / AIS
a. Bernard Mixon   No. B/219783

**11. Witnesses:** Name / AIS
a. N/A

**PHYSICAL EVIDENCE:**
12. Type of Evidence: N/A
13. Description of Evidence: N/A
14. Chain of Evidence: N/A

**15. Narrative Summary:**

On January 10, 2006, Officer John Pryor was assigned as a Segregation Rover. At approximately 3:40 PM, Officer Pryor began picking up foods trays on A-side of the Segregation Unit. Officer Pryor approached Inmate Bernard Mixon's, B/219783, cell, 5A-01. Officer Pryor opened the tray door to retrieve the food tray. Officer Pryor removed the food tray and attempted to close the tray door. Inmate Mixon laid his arm on the tray door and would not allow Officer Pryor to close the tray door. Officer Pryor ordered Inmate Mixon several times to remove his arm. Inmate Mixon did not comply with the orders given. Officer Pryor reached towards the tray door to close it, when Inmate Mixon attempted to grab Officer Pryor's arm. Inmate Mixon missed Officer Pryor's arm, and his right hand hit somewhere on the tray door, causing a cut to his hand. At approximately 3:42 PM, Officer Pryor reported the incident to Sgt. Lewis Hulett. Sgt. Hulett and Officer Lewis Scott approached cell 5A-01. Sgt. Hulett questioned Inmate Mixon about the incident. Inmate Mixon reported that Officer Pryor cut his hand with the food tray. Sgt. Hulett telephoned Sgt. Richard Hager and requested assistance to escort Inmate Mixon to the Health Care Unit to be examined. At approximately 3:45 PM,

Distribution: ORIGINAL AND ONE (1) COPY to Central I & I Division   COPY to Deputy Commissioner of Operations (Class A and B ONLY)
COPY to Institutional File   COPY to Central Records Office



13 JAN 2006

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

# INCIDENT REPORT/DUTY OFFICER REPORT
## CONTINUATION

| | | |
|---|---|---|
| Institution: Easterling Correctional Facility | Incident Number: ECF – 05- | Class Code: B |
| Date: January 10, 2006 | Type of Incident: #29-Assault on an ALDOC official; #56-Failure to obey a direct order of an ALDOC official. **USE OF FORCE** | |

Narrative Summary (Continued) Page No.: 2

Sgt. Hulett and Sgt. Hager escorted Inmate Mixon to the Health Care Unit. At approximately 3:50 PM, Inmate Mixon was examined by Nurse Cynthia Garcia ( see attached medical chart ). At approximately 4:20 PM, Inmate Mixon was released back to Sgt. Hulett and Sgt. Hager. Inmate Mixon remained in the Health Care Unit Observation Cell pending disciplinary action for R/V#29-Assault on an ALDOC official and R/V#56-Failure to obey a direct order of an ALDOC official.

_____
John Pryor, COI

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT/DUTY OFFICER REPORT
## CONTINUATION

| Institution: Easterling Correctional Facility | Incident Number: ECF – 05- | Class Code: B |

Date: January 10, 2006

Type of Incident: #29-Assault on an ALDOC official (Use of Force)
#56-Failure to obey a direct order of an ALDOC official

Narrative Summary (Continued) Page No.:

## ADDENDUM

On January 10, 2006, Sgt. Lewis Hulett was assigned as the Segregation Commander. At approximately 3:42 PM, Officer John Pryor, Segregation Rover, reported to Sgt. Hulett that Inmate Bernard Mixon, B/219783, had cut his right hand on the tray door of the cell, when he attempted to grasp his (Pryor's) arm. At approximately 3:45 PM, Sgt. Hulett and Sgt. Richard Hager escorted Inmate Mixon to the Health Care Unit to be examined. At approximately 3:50 PM, Inmate Mixon was examined and treated by Nurse Cynthia Garcia (see attached medical chart). Inmate Mixon began to get upset because the Nurse Garcia would not stitch his cut. Nurse Garcia advised Inmate Mixon that she could not stitch his cut. Inmate Mixon stated, " I want to go on suicide watch." At approximately 4:20 PM, Inmate Mixon was released back to Sgt. Hulett and Sgt. Hager. Sgt. Hulett, Sgt. Hager, and HCU Rover, Officer William Davis, placed Inmate Mixon in the Health Care Unit Observation Cell. Sgt. Hulett telephoned Mr. Brian Mitchell, Psychologist, and advised him of the incident. Mr. Mitchell entered the Health Care Unit and talked with Inmate Mixon. Inmate Mixon reported to Mr. Mitchell that he did not want to kill himself, he wanted to see Lt. D.C. Wilson. Mr. Mitchell advised Sgt. Hulett that he did not need to see Inmate Mixon any longer. Sgt. Hulett instructed Officer Davis to open the door to the Observation Cell. Sgt. Hulett entered the cell and ordered Inmate Mixon to exit the cell. Inmate Mixon stated, " I'm not going no fucking where." Sgt. Hulett ordered Inmate Mixon again to exit the cell. Inmate Mixon refused to move. Sgt. Hulett grasped Inmate Mixon's left arm and Sgt. Hager grasped Inmate Mixon's right arm and physically removed Inmate Mixon from the cell. Once on the sidewalk outside the Health Care Unit, Sgt. Hulett and Sgt. Hager released their grasp of Inmate Mixon's arms. Inmate Mixon observed Capt. Jeffery Knox walking by the Gym. Inmate Mixon yelled, " Capt. Knox, I need to see you," and began to walk towards Capt. Knox. Officer Matthew Campbell, Pill Call Officer, grasped Inmate Mixon's right arm and ordered him to stop. Inmate Mixon continued towards Capt. Knox. Sgt. Hulett grasped Inmate Mixon's left arm to assist Officer Campbell. Inmate Mixon turned towards Sgt. Hulett and attempted to spit on him. Sgt. Hulett placed his left hand behind Inmate Mixon's head and attempted to place Inmate Mixon on the ground. Sgt. Hulett's hand slipped off Inmate Mixon's head. Sgt. Hulett attempted to place his left hand behind Inmate Mixon's head again, when Sgt. Hulett's thumb entered Inmate Mixon's mouth. Inmate Mixon began to vigorously bite down on Sgt. Hulett's thumb. Sgt. Hulett ordered Inmate Mixon several times to release his thumb. Inmate Mixon continued to bit down on Sgt. Hulett's thumb. Sgt. Hulett and Officer Campbell placed Inmate Mixon on the ground at which time Inmate Mixon released his grasp on Sgt. Hulett's thumb. Capt. Knox approached the incident and instructed Sgt. Hulett and Officer Campbell to release Inmate Mixon and let him up. Sgt. Hulett and Officer Campbell did as instructed. Officer Campbell and Sgt. Hager escorted Inmate Mixon back into the Health Care Unit to be examined. Sgt. Hulett then entered the Health Care Unit. At approximately 4:20 PM, Sgt. Hulett was examined and treated by Nurse Jessica Ivey and was released to report to the Emergency Room at approximately 4:25 PM. At approximately 4:20 PM, Officer Campbell was examined by Nurse Cynthia Wambles and released back to duty at approximately 4:30 PM. At approximately 4:30 PM, Inmate Mixon was examined by Nurse Garcia (see attached medical charts). At approximately 4:32 PM, Sgt. Hulett reported the incident to Capt. Kenneth Sconyers. Inmate Mixon reported to Nurse Garcia that he wanted to go on Suicide Watch. Dr. Charles Nevels, Psychiatrist, was contacted and advised of the incident. Dr. Nevels ordered that Inmate Mixon be placed on Suicide Watch in the Health Care Unit Observation Cell. Dr. Nevels orders were that Inmate Mixon have no personal property, no sharp objects and sack lunches only. Inmate Mixon was to have a black smock, suicide blanket and mattress. Sgt. Hulett completed a First Report of Injury and exited the Institution at approximately 5:45 PM, en route to Dale Medical Center Emergency Room, Ozark Alabama, where he was treated ( see attached copy of the First Report of Injury ). On January 11, 2006, Sgt. Hulett reported to duty. Disciplinary action is pending on Inmate Mixon for R/V#29-Assault on an ALDOC official. A Use of Force Investigation was conducted by Lt. Mary Lee (see attached Use of Force Investigation Sheet). See attached statements.

*[Signature: Lewis Hulett, COII]*
Lewis Hulett, COII

ADOC Form 302-B – June 1, 2005



# EMERGENCY

**ADMISSION DATE:** 1/10/06  **TIME:** 3:50 PM
**ORIGINATING FACILITY:** ECF
☐ SIR ☐ PDL ☐ ESCAPEE
☒ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT

**ALLERGIES:** NKDA
**CONDITION ON ADMISSION:** ☐ GOOD ☒ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS:** TEMP 98 (ORAL) RESP 18  PULSE 118  B/P 140/86  RECHECK IF SYSTOLIC <100> 50

**NATURE OF INJURY OR ILLNESS:**

S: "I got in a fight with an officer, the officer hit me with a food tray"

O: Pm ambulated to HCU in handcuffs A/O x 3 Resp even ut unlabored Skin W/D Noted active bleeding to 27mm laceration to ® thumb Nail bed Capillary 72 sec tip of thumb Noted P discoloration able to move thumb

**PHYSICAL EXAMINATION:**

A: alt in Skin integrity
P: Apply pressure dressing Notified Dr Darbouze & ordered to apply pressure dressing if bleeding stops p 5 minutes et Schedule for appt in AM

p active bleeding Noted pressure dressing applied

**ABRASION ///**  **CONTUSION #**  **BURN XX/XX**  **FRACTURE Z/Z**  **LACERATION / ___ SUTURES**

**ORDERS / MEDICATIONS / IV FLUIDS** | **TIME** | **BY**

**DIAGNOSIS:**

**INSTRUCTIONS TO PATIENT:**

**DISCHARGE DATE:** 1/10/06  **TIME:** 4:20 AM
**RELEASE/TRANSFERRED TO:** ☐ DOC ☐ AMBULANCE
**CONDITION ON DISCHARGE:** ☐ SATISFACTORY ☒ FAIR ☐ POOR ☐ CRITICAL

**NURSE'S SIGNATURE:** Garcia RN  **DATE:** 1/11/06
**PHYSICIAN'S SIGNATURE:**  **DATE:**  **CONSULTATION:**

**INMATE NAME (LAST, FIRST, MIDDLE):** Mixon Bernard
**DOC#:** 219753  **DOB:** 5-30-78  **R/S:** B/M  **FAC:** ECF



# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY: Easterling | | |
|---|---|---|---|---|
| 1/10/2006 | 4:20 AM/PM | ☐ SIR ☐ PDL ☐ ESCAPEE | ☐ SICK CALL ☐ EMERGENCY ☒ OUTPATIENT | |
| ALLERGIES: NKDA | SpO2 98% | CONDITION ON ADMISSION: ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA | | |
| VITAL SIGNS: TEMP 99.8 (ORAL)/RECTAL | RESP. 20 | PULSE 106 | B/P 130/80 | RECHECK IF SYSTOLIC <100> 50 |

**NATURE OF INJURY OR ILLNESS**

S- "I feel O.K."
O- (L) thumb had a 8mm (inner) laceration and a small laceration on outer thumb with minimal bleeding. Small scrapes noted on last three digits on right hand. Alert and oriented x3; Even steady gait; Skin warm and dry; No stress noted. He denies any other complaints.
A- DOC Body chart
P- Washed areas thoroughly c̄

**PHYSICAL EXAMINATION**

P soap + H2O cleansed c̄ NS; Steri strips applied to left thumb.

| ABRASION /// | CONTUSION # | BURN XX/XX | FRACTURE Z/Z | LACERATION / ____ SUTURES |

(body diagram; R hand and L hand shown)

**ORDERS / MEDICATIONS / IV FLUIDS** | TIME | BY

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**: Instructed to make sure tetanus was up to date.

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 1/10/2006 | 4:25 PM | ☐ DOC ☐ AMBULANCE | ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

NURSE'S SIGNATURE: J. Chey TRN   DATE: 1/10/06
PHYSICIAN'S SIGNATURE:    DATE:    CONSULTATION:

INMATE NAME (LAST, FIRST, MIDDLE): SGT Hulett   DOC#:    DOB: 9/26/1965   R/S: W/M   FAC: ECF



**PHS** — PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| | |
|---|---|
| ADMISSION DATE: 1/10/06 | TIME: 420 AM |
| ORIGINATING FACILITY: ECF | SIR ☐ PDL ☐ ESCAPEE ☐ |
| ☐ SICK CALL ☐ EMERGENCY ☒ OUTPATIENT | |
| ALLERGIES: Codeine | SpO2 97% |
| CONDITION ON ADMISSION: ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA | |
| VITAL SIGNS. TEMP: 97.8 ORAL/RECTAL | RESP: 24  PULSE: 99  B/P: 130/78  RECHECK IF SYSTOLIC <100> 50 |

**NATURE OF INJURY OR ILLNESS**

S: "I'm OK."
O: W/m A+O x3. Resp even + unlabored. Skin warm + dry to touch. Small laceration noted to 5th digit on (L) Hand. Minimal bleeding noted. Ø swelling or discoloration noted. ~~Has~~ Able to move finger c̄ no limitation noted. Denies any c/o discomfort. Denies any other injuries. Ø acute distress noted.
A: DOC Body Chart
P: Area cleansed c̄ betadine/NS

**PHYSICAL EXAMINATION**

~~and band aid applied.~~ (error jw) TAO and band aid applied. — A Wambles RN

ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / _____ SUTURES

PROFILE RIGHT OR LEFT

RIGHT OR (LEFT)

ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY

DIAGNOSIS:

INSTRUCTIONS TO PATIENT:

| DISCHARGE DATE: 1/10/06 | TIME: 430 AM |
| RELEASE / TRANSFERRED TO: ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE: ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
| NURSE'S SIGNATURE: A Wambles RN  DATE: 1-10-06 | PHYSICIAN'S SIGNATURE:  DATE:  CONSULTATION: |

INMATE NAME (LAST, FIRST, MIDDLE): Campbell, Matthew  CO1
DOC#: | DOB: 9/6/72 | R/S: W/m | FAC: ECF



**PHS** PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY ECF | | SICK CALL ☐ EMERGENCY |
|---|---|---|---|---|
| 1/10/06 | 4:30 AM/**PM** | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | | ☐ OUTPATIENT |

ALLERGIES: NKDA

CONDITION ON ADMISSION: ☐ GOOD  ☒ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP 99 (ORAL)/RECTAL   RESP 18   PULSE 128   B/P 154/80   RECHECK IF SYSTOLIC <100> 50

**NATURE OF INJURY OR ILLNESS**

S: "Sgt. Huellet beat my head unto the concrete"

O: BM A&Ox3 resp even et unlabored, noted contusion to (L) forehead et abrasion pt c/o seeing stars and blacking out, ambulates c steady gait, PERRL & drainage noted to bilateral ears

A: alt in comfort / skin integrity

P: Ice applied to contusion x 20 minutes
- cleansed abrasion c NS applied TAO
Neuro ✓ q4°
Apply cold compress

ABRASION ///   CONTUSION #   BURN xx/xx   FRACTURE Z/Z   LACERATION/_____ SUTURES

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Motrin 400mg po | 5:00pm | ✓ |

DIAGNOSIS:

INSTRUCTIONS TO PATIENT:

| DISCHARGE DATE | TIME | RELEASE/TRANSFERRED TO | ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|---|
| 1/11/06 | 4:30 PM | | | |

NURSE'S SIGNATURE: Darcie RN   DATE: 1/10/06   PHYSICIAN'S SIGNATURE:   DATE:   CONSULTATION:

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Mixon, Bernard | 219783 | 5-30-78 | BM | EFL |

Case 2:06-cv-00342-MHT-SRW    Document 9-7    Filed 05/30/2006    Page 8 of 12



# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY ECF | | SICK CALL ☐ EMERGENCY |
|---|---|---|---|---|
| 1/10/04 | 4:30 PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | | ☐ OUTPATIENT |

ALLERGIES: NKDA

CONDITION ON ADMISSION: ☐ GOOD ☒ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 99 (ORAL) RESP. 18 PULSE 128 B/P 154/86 RECHECK IF SYSTOLIC <100> 50

**NATURE OF INJURY OR ILLNESS**

S: "I want to go on suicide watch"

O: BM A/Ox3 resp unlabored skin w/p stated to Mr. Mitchell, psych counselor, that he wanted to kill himself s/c of altercation c an officer he stated he would make his laceration on his thumb bleed if he had to c/ alteration in coping

**PHYSICAL EXAMINATION**

P: Contacted Dr Nevells orders to place on suicide watch in HCU with suicide smock, suicide blanket, suicide mattress, no personal belongings, no sharp objects, sack lunches only

**INSTRUCTIONS TO PATIENT**
Hold in HCU in safe cell

| DISCHARGE DATE | TIME | RELEASE/TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 1/10/06 | 5:10 PM | ☐ DOC ☐ AMBULANCE ☐ | ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

NURSE'S SIGNATURE: [signature] DATE: 1/10/04
PHYSICIAN'S SIGNATURE: DATE: CONSULTATION:

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Mixon Bernard | 219783 | 5-30-78 | BM | ECF |

PHS-MD-70007 (White – Record Copy, Yellow – Pharmacy Copy)

## STATEMENT

On January 10, 2006, I, Sgt. Richard Hager, was assisting Sgt. Lewis Hulett escort a Segregation Inmate, Inmate Bernard Mixon, B/219783 to the Health Care Unit. At approximately 4:30 p.m., Sgt. Hulett and I were escorting Inmate Mixon back to the Segregation Unit. Officer Matthew Campbell, the pill call officer, was behind Inmate Mixon. As Inmate Mixon exited the Health Care Unit, he saw Captain Jeffrey Knox coming out of the Administration Building. Inmate Mixon turned and attempted to walk over to Captain Knox. I grabbed Inmate Mixon's right arm, and Sgt. Hulett grabbed his left arm. Inmate Mixon turned to his left and spit twice at Sgt. Hulett. Sgt Hulett put his left hand up in front of Inmate Mixon's face to protect himself from Inmate Mixon's spit. At the same time during the struggle, Inmate Mixon bit Sgt. Hulett's thumb, causing a deep cut on Sgt. Hulett's thumb. Sgt Hulett and Officer Campbell immediately took Inmate Mixon to the ground, with Officer Campbell holding his legs down and Sgt. Hulett holding his head and shoulders down. Captain Knox came over and instructed Sgt. Hulett and Officer Campbell to let Inmate Mixon up. Inmate Mixon was escorted back into the Health Care Unit for medical treatment. Sgt. Hulett and Officer Campbell also received medical treatment and began First Report of Injury paperwork. End of statement.

_Sgt. Richard Hager_
Sgt. Richard Hager

# STATEMENT

On January 10, 2006, I, Matthew Campbell, was assigned as Pill Call Officer. Sgt. Lewis Hulett and Sgt. Richard Hager were escorting Inmate Bernard Mixon, B/219783, out of the Health Care Unit from having a body chart done for a cut thumb. At approximately 4:30 p.m., Sgt. Hulett and Sgt. Hager exited the Health Care Unit with Inmate Mixon. Inmate Mixon saw Captain Jeffrey Knox standing by the gym and attempted to walk towards him. Sgt. Hager, Sgt. Hulett, and myself stopped Inmate Mixon. Inmate Mixon turned around and starting spitting at Sgt. Hulett. Sgt. Hulett placed his right leg in front of Inmate Mixon's legs and placed his hand (Sgt. Hulett) on the back of Inmate Mixon's head while I lifted up on Inmate Mixon's handcuffs and took Inmate Mixon all the way down to the ground. Inmate Mixon bit Sgt. Hulett's left thumb and would not let go. Captain Knox started walking to the Health Care Unit porch where the incident was taking place. When Captain Knox arrived at HCU porch, he stated, "Let him up" (Inmate Mixon). Sgt. Hulett and I stood Inmate Mixon up, and I observed Sgt. Hulett's left thumb bleeding heavily. I observed Inmate Mixon with a knot above his left eye. My left pinky had a piece of skin off it. Sgt. Hager and I escorted Inmate Mixon back into Health Care Unit for another body chart. End of Statement.

Matthew Campbell, COI

# USE OF FORCE
# INVESTIGATION SHEET

**LIST BELOW PERSONNEL INVOLVED/ INTERVIEWED**

Sgt. Richard Hager
Sgt. Lewis Hulett
Officer Matthew Campbell
Officer John Pryor

**LIST BELOW INMATES INVOLVED/ INTERVIEWED**

Bernard Mixon, B/219783

**FINDING:** On January 10, 2006, Officer John Pryor was the assigned Segregation Rover. Officer Pryor picked up Inmate Bernard Mixon's, B/219783, food tray. As Officer Pryor tried to close Inmate Mixon's tray door, he (Inmate Mixon) tried to grab Officer Pryor's arm. Inmate Mixon missed Officer Pryor's arm, and hit his (Inmate Mixon) hand on the tray door. Sgt. Lewis Hulett and Sgt. Richard Hager escorted Inmate Mixon to the Health Care Unit where he was examined by Nurse Garcia. Inmate Mixon became angry because Nurse Garcia would not put stitches in his finger. Inmate Mixon then stated to Sgt. Hulett that he wanted to be put on suicide watch. Sgt. Hulett and Sgt. Hager placed Inmate Mixon in the Mental Health Observation Cell. Sgt. Hulett advised Mr. Brian Mitchell, Psychologist, of the incident. Mr. Mitchell talked with Inmate Mixon about the incident. Inmate Mixon stated to Mr. Mitchell that he did not want to kill himself. Sgt. Hulett ordered Inmate Mixon to exit the observation cell. Inmate Mixon did not comply with the order. Inmate Mixon told Sgt. Hulett, "I'm not going no fucking where." Sgt. Hulett and Sgt. Hager had to physically remove Inmate Mixon from the cell. While escorting Inmate Mixon to Segregation, Inmate Mixon observed Captain Jeffery Knox walking by the gym. Inmate Mixon started walking toward Captain Knox. Officer Matthew Campbell, the Pill Call Officer, ordered Inmate Mixon to stop. Inmate Mixon did not comply with the order. Officer Campbell grabbed Inmate Mixon's right arm, and Sgt. Hulett grabbed Inmate Mixon's left arm in an attempt to stop

**THE USE OF FORCE WAS JUSTIFIED:** Sgt. Hulett, Sgt. Hager and Officer Campbell used the minimal amount of force necessary to take control of Inmate Mixon and his negative behavior. Sgt. Hulett gave Inmate Mixon several orders to exit the Holding cell. Inmate Mixon did not comply with the orders. Officer Campbell ordered Inmate Mixon to stop walking towards Captain Jeffery Knox. Inmate Mixon did not comply with the order.

INVESTIGATING OFFICER'S SIGNATURE

ATTACHMENT #1 SOP C-28

Inmate Mixon. Inmate Mixon attempted to spit on Sgt. Hulett. Sgt. Hulett then placed his (Inmate Mixon) left hand behind Inmate Mixon's head, his (Sgt. Hulett) thumb entered Inmate Mixon's mouth. Inmate Mixon bit down on Sgt. Hulett's thumb. Sgt. Hulett ordered Inmate Mixon several times to release his thumb. Inmate Mixon did not comply with the order. Officer Campbell and Sgt. Hulett placed Inmate Mixon on the ground, in which Inmate Mixon released the grasp on Sgt. Hulett's thumb. Inmate Mixon was placed on suicide watch per Dr. Nevels.