N601
D of C
DOC NO. 601
(REV. 4/81)

JUN 16 2005

# STATE OF ALABAMA
# DEPARTMENT OF CORRECTIONS
## INSTITUTIONAL INCIDENT REPORT

| 1. Institution: Easterling Correctional Facility | 2. Date: 05/27/2005 | 3. Time: 9:30 A.M. | 4. Incident Number: ECF-05-662 |
|---|---|---|---|
| 5. Location Where Incident Occurred: Segregation Unit, Cell #5B-01 | | 6. Type of Incident: #29-Assault on an ADOC official, #44 - Threats #56-Failure to obey a direct order of an ADOC official, #57-Insubordination (Use of Force) | |
| 7. Time Incident Reported: 9:31 A.M. | | 8. Who Received Report: Nathaniel Lawson, CO II | |

9. Victim:
a. _____N/A_____ (Type Full Name) No. _____
b. _____ (Type Full Name) No. _____

10. Suspects:
a. Bernard Mixon    No. B/219783
b. _____   No. _____
c. _____   No. _____
d. _____   No. _____
e. _____   No. _____

11. Witnesses:
a. N/A    No. _____
b. _____
c. _____
d. _____
e. _____

12. Physical Evidence: N/A

13. Description of Evidence: N/A

14. Chain of Evidence:
a. N/A    d. _____
b. _____   e. _____
c. _____   f. _____

15. Narrative Summary:
On May 27, 2005, Officer John Ivey, Jr. was assigned as a Segregation Unit Rover. At approximately 9:30 A.M., Officer Ivey ordered Inmate Bernard Mixon, B/219783, cell #5B-01, to pack up his property so that he (Inmate Mixon) could be processed into Disciplinary Segregation. Inmate Mixon stated to Officer Ivey, "I'm not going to do a fucking thing." Officer Ivey ordered Inmate Mixon again to pack up his property and get ready to move to Disciplinary Segregation. Inmate Mixon stated to Officer Ivey, "I ain't going nowhere!" At approximately 9:31 A.M., Officer Ivey reported the incident to Sgt. Nathaniel Lawson. At approximately 9:37 A.M., Lt. Mary Lee, Sgt. Phelix Woods, and Sgt. Lawson entered the Segregation Unit. Lt. Lee and Sgt. Lawson attempted to talk with Inmate Mixon. Inmate Mixon began using profanity toward Lt. Lee and Sgt. Lawson. Sgt. Lawson ordered Inmate Mixon to report to his cell door so that he could be handcuffed. Inmate Mixon refused to comply and stated, "I'm not coming no motherfucking where. If y'all motherfuckers want me, then bring y'all's ass in here and get me." At approximately 9:45 A.M., Sgt. Lawson notified Captain Kenneth Sconyers and Warden III, Gwendolyn Mosley of the incident. Warden Mosley advised Sgt. Lawson to have a member of the Mental Health Staff to report to the Segregation Unit and talk with Inmate Mixon. At approximately 10:07 A.M., Mental Health Nurse, Becky Flowers, entered the Segregation Unit and attempted to talk with Inmate Mixon. Inmate Mixon would not respond to Nurse Flowers. At approximately 10:15 A.M., Sgt. Lawson advised Captain Sconyers that Inmate Mixon would not respond to Nurse Flowers. Captain Sconyers advised Sgt. Lawson that he was en route to the Segregation Unit. At approximately



| D of C | |
|---|---|
| N 602 | |
| | CONTINUATION SHEET |
| Institution: Easterling Correctional Facility | Incident Number: |
| Date: 05/27/2005 | Type of Incident: #29-Assault on an ADOC official, #44 - Threats #56-Failure to obey a direct order of an ADOC official, #57-Insubordination **(Use of Force)** |

Narrative Summary (Continued) Page No.    2

10:26 A.M., Captain Sconyers and Warden Mosley entered the Segregation Unit. Inmate Mixon had barricaded his cell door with his bed and placed his mattress against his cell door, so that no one could see inside of his cell. Captain Sconyers attempted to talk with Inmate Mixon. Inmate Mixon began using profanity toward Captain Sconyers. At approximately 10:33 A.M., Warden Mosley ordered Sgt. Lawson to proceed with a cell extraction, because she could not see inside of Inmate Mixon's cell, and Warden Mosley was afraid that Inmate Mixon might be causing harm to himself. Officer Ivey pushed Inmate Mixon's mattress away from his cell door. Sgt. Lawson ordered Inmate Mixon to report to his cell door to be handcuffed. Inmate Mixon refused. At approximately 10:35 A.M., Sgt. Lawson sprayed a one second burst of Freeze Plus P Chemical Agent into Inmate Mixon's facial area. Officer Ivey ordered Inmate Mixon to report to his cell door to be handcuffed. Inmate Mixon complied with the order. Officer Ivey placed handcuffs on Inmate Mixon to the rear. Sgt. Lawson instructed the Segregation Unit Cubicle Officer, Officer Lloyd Conner, to open Inmate Mixon's cell door. Sgt. Lawson ordered Inmate Mixon to kneel down so that leg irons could be placed on him. Inmate Mixon did not comply with the order. Officer Daron Fayson, Segregation Unit Rover, placed Inmate Mixon on the floor using the stun shield, but did not activate the current. Officer Dexter Baldwin, Segregation Unit Rover, and Officer Steven Canty held Inmate Mixon by both legs while Officer Ivey placed leg irons on Inmate Mixon. Inmate Mixon was escorted to the Segregation Unit Lobby and placed on the floor. Inmate Mixon became very loud and hostile toward Officer Canty. Inmate Mixon spat on Officer Canty and attempted to kick him. Officer Canty grasped Inmate Mixon by the back of his head and shoulder area and sat down on Inmate Mixon's back. Officer Fayson grasped Inmate Mixon by both legs. Inmate Mixon pulled away from Officer Canty's grasp and struck his head on the corner of the wall, creating a laceration above Inmate Mixon's left eye. At approximately 10:47 A.M., Nurses Sharon McKinnon and Susie Bush entered the Segregation Unit. Nurse McKinnon cleaned Inmate Mixon's laceration and advised Captain Sconyers that Inmate Mixon needed to be taken to the Health Care Unit to be decontaminated and his laceration checked thoroughly. At approximately 11:05 A.M., Sgt. Lawson, Officer Ivey, and Officer McKinnis escorted Inmate Mixon to the Health Care Unit. Nurse McKinnon decontaminated Inmate Mixon and attempted to place steri-strips on the laceration above Inmate Mixon's left eye. Inmate Mixon refused to let Nurse McKinnon put steri-strips on his laceration. Inmate Mixon stated, "I just want it to heal on its own." At approximately 11:25 A.M., Inmate Mixon was released from the Health Care Unit to Sgt. Lawson and Officer McKinnis. Officer Ivey was examined by Nurse Kay Wilson, released from the Health Care Unit at approximately 11:29 A.M., and resumed his tour of duty (see attached medical report). At approximately 11:30 A.M., Sgt. Lawson and Officer McKinnis began to escort Inmate Mixon back to the Segregation Unit. Inmate Mixon walked from the middle of the sidewalk to the grass and laid down. Sgt. Lawson ordered Inmate Mixon to get up. Inmate Mixon continued to lie in the grass. Sgt. Lawson contacted the Health Care Unit by radio and requested for a nurse to report to the back side of the Visitation Building and examine Inmate Mixon. At approximately 11:30 A.M., Nurse Ruthie Teal

| D of C | |
|---|---|
| N 602 | |
| | CONTINUATION SHEET |
| Institution: Easterling Correctional Facility | Incident Number: |
| Date: 05/27/2005 | Type of Incident: #29-Assault on an ADOC official, #44 - Threats #56-Failure to obey a direct order of an ADOC official, #57-Insubordination (Use of Force) |

Narrative Summary (Continued) Page No. 3

examined Inmate Mixon (see attached medical report). At approximately 11:35 A.M., Nurse Teal released Inmate Mixon to Sgt. Lawson. Sgt. Lawson ordered Inmate Mixon to get up. Inmate Mixon complied with the order. Sgt. Lawson, Officer McKinnis, and Captain Sconyers escorted Inmate Mixon to the Segregation Unit. Sgt. Woods, Sgt. Lawson, Officer Derek Portwood, Officer McKinnis, and Officer Ivey escorted Inmate Mixon to Disciplinary Segregation, and placed him in cell #5A-05. After Inmate Mixon was secured in cell #5A-05, Inmate Mixon stated to Sgt. Woods, "I'm going to kill your motherfucking ass, bitch! You are a bitch ass nigga and you can suck my dick, bitch!" Sgt. Woods verbally reprimanded Inmate Mixon for his negative behavior. Inmate Mixon remained in Disciplinary Segregation in cell 5A-05, pending disciplinary action for rule violations #56 - Failure to obey a direct order of an ADOC official, #57 - Insubordination, #44-Threats, and #29-Assault on an ADOC official. At approximately 11:49 A.M., Officer Baldwin entered the Health Care Unit and was examined by Nurse McKinnon. At approximately 11:50 A.M., Officer Canty was examined by Nurse Bush. At approximately 11:55 A.M., Officer Fayson entered the Health Care Unit and was examined by Nurse Bush. At approximately 11:55 A.M., Officers Baldwin and Canty were released from the Health Care Unit. At approximately 12:00 P.M., Officer Fayson was released from the Health Care Unit (see attached medical reports). At approximately 1:00 P.M., Sgt. Lawson faxed a Central Communications Incident Report to Staton Correctional Facility (see attached Central Communications Incident Report). Lt. Willie Bryant conducted a Use of Force investigation of the incident (see attached Use of Force investigation form).

John Ivey, CO1

05/27/2005  13:43   3345670704                STATON COMMUNICATION                   PAGE  02/02
                                              95670724                                P:2/2
MAY-27-2005 12:55  FROM:EASTERLING CORRECTIO 334-397-4471

# ALABAMA DEPARTMENT OF CORRECTIONS
## CENTRAL COMMUNICATIONS INCIDENT REPORT

**Type of Incident:** #56-Failure to obey a direct order of a ADOC Official (Use of Force)    **Institution:** Easterling C.F.

**Victim(s):** N/A    **AIS#** ___    **R/S** ___    **DOB:** ___

**Suspect(s):** Bernard Montez Mixon    **AIS#** 219783    **R/S** B/M    **DOB:** 05/30/78

**Sentenced From:** Bessemer County    **Date of Sentence:** 10/18/01

**Crime:** Theft of Property I    **Length of Sentence** 10 years

**Date:** 05/27/05    **Time:** 9:30 am    **Location:** Segregation Unit, Cell #5B-01

On May 27, 2005, Officer John Ivey ordered Inmate Bernard Mixon, B/219783, to pack his property so that he could be moved from Administrative Segregation to Disciplinary Segregation. Inmate Mixon refused to pack his property or back up to his cell door to be handcuffed. Sgt. Nathaniel Lawson sprayed Inmate Mixon with Freeze Plus P and Inmate Mixon was handcuffed and removed from his cell.

**Brief Narrative:**
**Official Reporting:** Nathaniel Lawson, CO II    **Date:** 05/27/05    **Time:** 1:00 P.M.

**Receiver of Report:** Lisa L. Merkerson PCOI    DOC Communication Div.

**Dep. Commissioner:** Greg Lovelace by fax    **Date:** 5/27/05    **Time:** PM

**Inst. Coordinator:** Roy Hightower by fax    **Date:** 5/27/05    **Time:** PM

**Investigations:** Ed Sasser by fax    **Date:** 5/27/05    **Time:** PM

**Comm Corr Dir:** Jeffery Williams by fax    **Date:** 5/27/05    **Time:** PM

**Central Records:** Notified by fax    **Date:** 5/27/05    **Time:** PM

**Public Info Officer:** Brian Corbett by fax    **Date:** 5/27/05    **Time:** PM

**Central Classification:** Paul Whaley by fax    **Date:** 5/27/05    **Time:** PM

## Statement of Officer Daron Fayson

On May 27, 2005, I, Officer Darron Fayson, was assigned as a Segregation Unit Rover. At approximately 10:35 A.M., Lt. Mary Lee, Sgt. Nathaniel Lawson, Sgt. Phelix Woods, Officers John Ivey, Dexter Baldwin, Steven Canty, Robert McKinnis, and I entered B-side of the Segregation Unit and approached cell 5B-1 (which housed Inmate Bernard Mixon, B/219783) to conduct a cell extraction due to Inmate Mixon refusing to be processed into Disciplinary Segregation. Sgt. Lawson ordered Inmate Mixon to report to the tray door to be handcuffed. Inmate Mixon refused. Sgt. Lawson sprayed a one (1) second burst of Freeze Plus P chemicl agent into Inmate Mixon's facial area. Officer Ivey ordered Inmate Mixon to report to the tray door to be handcuffed. Inmate Mixon complied. Officer Ivey placed handcuffs on both Inmate Mixon's wrists to the rear. Sgt. Lawson ordered Inmate Mixon to kneel down. Inmate Mixon refused. I entered the cell with the stun shield placing Inmate Mixon to the floor. I assisted Officers Baldwin, Canty, and Ivey in escorting Inmate Mixon to the Segregation Unit lobby. I observed Inmate Mixon attempt to kick Officer Canty. I also observed Inmate Mixon spit on Officer Canty. I observed Officer Canty grasps Inmate Mixon by the back of his head and shoulder area. I assisted Officer Canty in restraining Inmate Mixon by grasping him by both legs, until Inmate Mixon calmed down. At approximately 11:55 A.M., I entered the Health Care Unit and was examined by Nurse Susie Bush. At approximately 12:00 P.M., I exited the Health Care Unit and resumed my tour of duty. End of statement.

*Daron Fayson, CO I*

## Statement of Sgt. Phelix Woods

On May 27, 2005, I, Sgt. Phelix Woods, was advised by Lt. Mary Lee that my assistance would be needed in the Segregation Unit. At approximately 11:30 AM, I entered the Segregation Unit, A-side tier to assist Sgt. Nathaniel Lawson, Officers Robert McKinnis, Derek Portwood, and John Ivey in securing Inmate Bernard Mixon, B/219783, in his assigned cell, 5A-5. After Inmate Mixon was secured in cell 5A-5, Inmate Mixon stated to me, "I'm going to kill your motherfucking ass, bitch!" Inmate Mixon also stated to me, "You are a bitch ass nigga and you can suck my dick, bitch!" I verbally reprimanded Inmate Mixon for his negative behavior. At approximately 11:35 AM, I reported the incident to Lt. Mary Lee. Inmate Mixon remains housed in Disciplinary Segregation pending disciplinary action for rule violations #44-Threats and #57-Insubordination.

*Phelix Woods, COII*
Phelix Woods, COII

## USE OF FORCE
## INVESTIGATION SHEET

**LIST BELOW PERSONNEL INVOLVED/ INTERVIEWED**

Nathaniel Lawson, CO II
John Ivey, CO I
Daron Fayson, CO I
Dexter Baldwin, CO I / Steven Canty, CO I

**LIST BELOW INMATES INVOLVED/ INTERVIEWED**

Inmate Bernard Mixon, B/219783

**FINDING:** On May 27, 2005, at approximately 9:30 A.M., Officer John Ivey ordered Inmate Bernard Mixon, B/219783, to pack up his property. Inmate Mixon stated, "I'm not going to do a fucking thing." At approximately 9:37 A.M., Lt. Mary Lee, Sgt. Phelix Woods, and Sgt. Nathaniel Lawson entered the Segregation Unit and attempted to try and talk with Inmate Mixon. Inmate Mixon became insubordinate toward Lt. Lee and Sgt. Lawson. Inmate Mixon was ordered to report to his cell door so that he could be handcuffed. Inmate Mixon did not comply with the order and stated, "I'm not coming no motherfucking where. If y'all motherfuckers want me, then bring y'all's ass in here and get me." At approximately 10:07 A.M., Mental Health Nurse, Becky Flowers entered the Segregation Unit and attempted to talk with Inmate Mixon. Inmate Mixon would not respond to Nurse Flowers. At approximately 10:26 A.M., Warden Gwendolyn Mosley and Captain Kenneth Sconyers entered the Segregation Unit. Inmate Mixon had barricated his cell door so that no one could see inside his cell. Captain Sconyers attempted to talk with Inmate Mixon. Inmate Mixon began using profanity toward Captain Sconyers. Warden Mosley instructed Sgt. Lawson to proceed with a cell extraction. Officer Ivey pushed Inmate Mixon's mattress away from his cell door. Inmate Mixon was ordered to report to his cell door to be handcuffed. Inmate Mixon did not comply with the order. Sgt. Lawson sprayed a one (1) second burst of Freeze Plus P Chemical Agent into Inmate Mixon's facial area. Inmate Mixon was ordered again to report to

**THE USE OF FORCE WAS JUSTIFIED:** Sgt. Lawson, Officer Ivey, Officer Fayson, Officer Baldwin and Officer Canty used the minimal amount of force necessary to take control of Inmate Mixon and his negative behavior.

INVESTIGATING OFFICER'S SIGNATURE

ATTACHMENT #1 SOP C-28

his cell door to be handcuffed. Inmate Mixon complied with the order. Handcuffs were placed on Inmate Mixon to the rear. Inmate Mixon was instructed to kneel down so that leg irons could be placed on him. Inmate Mixon did not comply with the order. Officer Daron Fayson, Segregation Unit Rover, placed Inmate Mixon on the floor using the stun shield. Inmate Mixon's right and left legs were secured by Officers Dexter Baldwin and Steven Canty, while Officer Ivey placed leg irons on Inmate Mixon. Inmate Mixon was escorted out of his cell to the Segregation Unit Lobby Area. Inmate Mixon became loud and hostile toward Officer Canty. Inmate Mixon spit on Officer Canty and attempted to kick him. Officer Canty grasped Inmate Mixon by the back of his head and shoulder area and sat down on Inmate Mixon's back.

**PHS** PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | Easterling | ☐ SICK CALL | ☐ EMERGENCY |
|---|---|---|---|---|---|
| 5/27/ | 10:47 AM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | | ☒ OUTPATIENT | |

ALLERGIES: NKA

CONDITION ON ADMISSION: ☐ GOOD ☒ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP Refused ORAL/RECTAL   RESP. Refused   PULSE Refused   B/P Refused   RECHECK IF SYSTOLIC <100> 50 ____/____

**NATURE OF INJURY OR ILLNESS**

ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE z/z | LACERATION / ___ SUTURES

S- "I'm alright. Don't touch me, I dsn't need no help." I said don't touch me, I dsn't need no help."
O- B/m sitting on floor in SEG lobby. Patient noted to be bleeding. Blood noted to entire face. Patient refused to have examination by Nurse. Patient continually told Nurse "Don't

**PHYSICAL EXAMINATION**

touch me, I dsn't need no help. Upon assessment of patient. Face cleansed c̄ Normal saline. Pressure dressing applied. Patient then escorted to HCU per Sgt. Lawson, Officer McKinnon & Officer Ivey @ 11:10pm. Face cleansed c̄ saline. Pressure applied. Informed patient we would put ster-strips to area. Patient refused for nurse to do ster-strips. Patient states "I just want it to heal on it's own. Laceration 2cm noted to (R) forehead. refused to have Nurse do physical exam entire body.

**DIAGNOSIS**

**ORDERS / MEDICATIONS / IV FLUIDS** | TIME | BY
Dr. Darbouze paged @ 11:20am
See order sheet
No new orders received. Release to DOC

**INSTRUCTIONS TO PATIENT**
P/E Informed patient he would need to sign waiver. Patient refused.

DISCHARGE DATE 11/25/ TIME 11:25 AM   RELEASE / TRANSFERRED TO: ☒ DOC ☐ AMBULANCE ☐ ___
CONDITION ON DISCHARGE: ☐ SATISFACTORY ☐ POOR ☒ FAIR ☐ CRITICAL

NURSE'S SIGNATURE: McKinnon LPN   DATE   PHYSICIAN'S SIGNATURE   DATE   CONSULTATION

INMATE NAME (LAST, FIRST, MIDDLE): Mixon, Bernard   DOC# 219782   DOB 5/30/78   R/S B/M   FAC. East

**PHS** PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

ADMISSION DATE: 05/27/05  TIME: 1P (AM/PM)
ORIGINATING FACILITY: East
☐ SIR  ☐ PDL  ☐ ESCAPEE
☐ SICK CALL  ☐ EMERGENCY  ☒ OUTPATIENT

ALLERGIES: NKA

CONDITION ON ADMISSION: ☒ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP 98.8 ORAL  RESP. 18  PULSE 110  B/P 122/67
RECHECK IF SYSTOLIC <100> 50

**NATURE OF INJURY OR ILLNESS**

S: "I don't want my blood pressure taken."

O: Called by DOC that inmate fell on arrival. Request by DOC that B/P be taken even though inmate refused B/P check. Inmate escorted to cell per DOC.

ABRASION ///  CONTUSION #  BURN xx/xx  FRACTURE Z/Z  LACERATION / SUTURES

**PHYSICAL EXAMINATION**

A- DOC body chart
P- release to DOC
E- sick call if needed

ORDERS / MEDICATIONS / IV FLUIDS: 0 orders

**DIAGNOSIS**

INSTRUCTIONS TO PATIENT: As above

DISCHARGE DATE: 5/27/05  TIME: 1135 AM/PM
RELEASE / TRANSFERRED TO: ☒ DOC  ☐ AMBULANCE
CONDITION ON DISCHARGE: ☒ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL

NURSE'S SIGNATURE: [signature]  DATE: 05/27/05
PHYSICIAN'S SIGNATURE:  DATE:  CONSULTATION:

INMATE NAME (LAST, FIRST, MIDDLE): [illegible]
DOC# 219783  DOB 0530??  R/S B/M  FAC. East



# EMERGENCY

**ADMISSION DATE:** 5/27/05  **TIME:** 1125 AM
**ORIGINATING FACILITY:** Easterling  ☐ SIR ☐ PDL ☐ ESCAPEE
☐ SICK CALL  ☐ EMERGENCY  ☐ OUTPATIENT

**ALLERGIES:** TCN
**CONDITION ON ADMISSION:** ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS: TEMP** 97.6 (ORAL)  **RESP** 20  **PULSE** 50  **B/P** 140/84
RECHECK IF SYSTOLIC <100> 50

**NATURE OF INJURY OR ILLNESS**

S- "I'm fine."

O- Officer ambulates to HCU c̄ steady gait. Alert + oriented x 3. Resp. reg. + c̄ ease. Skin warm + dry to touch. No signs of any distress noted. No scratches, bruises, or abrasions noted. Voices no complaints.

**PHYSICAL EXAMINATION**

A- DOC body chart

P- Released to DOC.

E- See family physician should any problems occur.

**ABRASION** ///  **CONTUSION** #  **BURN** xx/xx  **FRACTURE** Z/Z  **LACERATION / _____ SUTURES**

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |

**DIAGNOSIS:**

**INSTRUCTIONS TO PATIENT:**

**DISCHARGE DATE:** 5/27/05  **TIME:** 1129 AM
**RELEASE / TRANSFERRED TO:** ☑ DOC ☐ AMBULANCE
**CONDITION ON DISCHARGE:** ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL

**NURSE'S SIGNATURE:** K Wilson, RN  **DATE:** 5/27/05
**PHYSICIAN'S SIGNATURE:** [signature]  **DATE:** 6/1/05
**CONSULTATION:**

**INMATE NAME (LAST, FIRST, MIDDLE):** Ivey, John
**DOC#:** —  **DOB:** 6-13-52  **R/S:** W/M  **FAC.:** ECF

**PHS** PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY Easterling | |
|---|---|---|---|
| 5/27/05 | 11:49 AM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

| ALLERGIES NKA | WT 235 | CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

VITAL SIGNS. TEMP ____ ORAL/RECTAL ____ RESP. 18   PULSE 80   B/P 112/80   RECHECK IF SYSTOLIC <100> 50 ____

**NATURE OF INJURY OR ILLNESS**
D.O.C. Body chart

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / ____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**
O- Blm amb to hcu c̄ steady gait. A,Ox3. Resp. even and unlabored, skin warm + dry to touch. Ø cuts, bruises, or scratches noted to body. Ø complaints voiced this time.
A- Body chart
P- Release to DOC F/U c̄ family MD as needed

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**
PIE

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|---|
| 5/27/05 | 11:55 AM | | | |

| NURSE'S SIGNATURE McKinnon | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Baldwin, Dexter Col | DOC# | DOB 1/6/69 | R/S Blk | FAC. East |
|---|---|---|---|---|

**PHS** — PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

ORIGINATING FACILITY: Easterling

ADMISSION DATE: 5/27/05   TIME: 1150 PM
☐ SIR  ☐ PDL  ☐ ESCAPEE  ☐ _____
☐ SICK CALL  ☐ EMERGENCY  ☒ OUTPATIENT

ALLERGIES: NKDA

CONDITION ON ADMISSION: ☐ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP 98 (ORAL)  RESP. 16  PULSE 98  B/P 140/100  RECHECK IF SYSTOLIC <100 > 50: ___

**NATURE OF INJURY OR ILLNESS**
S - "DOC"

**PHYSICAL EXAMINATION**
O - B/m officer for DOC bodychart & complaints voiced. Denies any injury NAD noted.

A - Bodychart per DOC

P - No tx needed.

ABRASION ///   CONTUSION #   BURN xx/xx   FRACTURE z/z   LACERATION/___ SUTURES

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

DISCHARGE DATE: 5/27/05   TIME: 1155 PM
RELEASE / TRANSFERRED TO: DOC  ☐ AMBULANCE
CONDITION ON DISCHARGE: ☒ SATISFACTORY  ☐ FAIR  ☐ POOR  ☐ CRITICAL

NURSE'S SIGNATURE: S Buchan   DATE: 5/27
PHYSICIAN'S SIGNATURE: ___   DATE: ___   CONSULTATION: ___

INMATE NAME (LAST, FIRST, MIDDLE): Canty, Steven Officer
DOC#: ___   DOB: 1/11/73   R/S: B/M   FAC.: ECF

**PHS** PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

ADMISSION DATE: 5/27/05   TIME: 1150 AM   ORIGINATING FACILITY: Easterling   ☐ SIR ☐ PDL ☐ ESCAPEE ☐   ☐ SICK CALL ☐ EMERGENCY ☒ OUTPATIENT

ALLERGIES:

CONDITION ON ADMISSION: ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98.4 ORAL/RECTAL   RESP 16   PULSE 76   B/P 120/78   RECHECK IF SYSTOLIC <100> 50

NATURE OF INJURY OR ILLNESS: DOC

ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / _____ SUTURES

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION:
O - B/m officer for DOC bodychart. No complaints voiced. NAD noted. Denies any injury.

A - Bodychart per DOC

P - No tx needed.

ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY

DIAGNOSIS:

INSTRUCTIONS TO PATIENT:

DISCHARGE DATE: 5/27/05   TIME: 1200 PM   RELEASE / TRANSFERRED TO: ☒ DOC ☐ AMBULANCE ☐   CONDITION ON DISCHARGE: ☒ SATISFACTORY ☐ FAIR ☐ POOR ☐ CRITICAL

NURSE'S SIGNATURE: SBushum   DATE: 5/27   PHYSICIAN'S SIGNATURE:   DATE:   CONSULTATION:

INMATE NAME (LAST, FIRST, MIDDLE): Faison, Darren Officer   DOC#:   DOB: 5/28/61   R/S: B/m   FAC: ECF

## Statement of Officer Steven Canty

On May 27, 2005, at approximately 10:35 A.M., I, Officer Steven Canty was assigned to conduct a cell extraction on Inmate Bernard Mixon, B/219783. Sgt. Nathaniel Lawson sprayed a one (1) second burst of Freeze Plus P Chemical Agent to Inmate Mixon's facial area. Officers Daron Fayson, John Ivey, Dexter Baldwin, and I conducted the cell extraction. The cell extraction was completed and Inmate Mixon was placed in the Segregation Unit Lobby. Inmate Mixon was very hostile and began to yell at me, "You weak bitch. Pussy ass nigger. I'll kick your ass." Inmate Mixon reared back and proceeded to spit in my face, chest, and on my left pants leg. Inmate Mixon also began kicking at me. I tried to restrain Inmate Mixon. Inmate Mixon pulled away from my grasp and struck his head on the wall causing a laceration above his left eye. I grasped Inmate Mixon by the back of his head and shoulder area and sat down on his back. I observed Officer Fayson grasp both of Inmate Mixon's legs. I ordered Inmate Mixon to calm down. Inmate Mixon did not comply with the order and continued to yell at me in a loud and hostile voice, "You weak bitch. I'm going to kill you if I get the chance. As I was removing my hand from the back of Inmate Mixon's head, Inmate Mixon turned around and spit on my chest. I restrained Inmate Mixon again. Inmate Mixon proceeded to calm down and I released him. Sgt. Lawson, Officer Ivey, and Officer Robert McKinnis escorted inmate Mixon to the Health Care Unit. Inmate Mixon was placed back in Disciplinary Segregation pending disciplinary action from me for rule violations # 57 – Insubordination, #29 – Assault on a ADOC official, and #44 – Threats. End of statement

Steven B. Canty, CO I

## Statement of Officer Dexter Baldwin

On May 27, 2005, I, Officer Dexter Baldwin, was assigned as a Segregation Unit Rover. Inmate Bernard Mixon, B/219783, cell #5B-01, was refusing to pack his property to be moved to Disciplinary Segregation and would not come to his cell door so he could be handcuffed. I was part of the cell extraction team along with Officers Daron Fayson, Steven Canty, and John Ivey. Sgt. Lawson ordered Inmate Mixon to come to his cell door to be handcuffed. Inmate Mixon refused to comply with the order. Sgt. Lawson sprayed a one (1) second burst of Freeze Plus P Chemcial Agent to Inmate Mixon's facial area. Inmate Mixon reported to his cell door and Officer Ivey placed handcuffs on Inmate Mixon. Inmate Mixon was ordered to kneel down on the floor so that leg irons could be placed on him. Inmate Mixon refused to comply with the order. Officer Fayson placed Inmate Mixon on the floor with the stun shield. Officer Canty and I grapsed Inmate Mixon by his legs and Officer Ivey placed leg irons on him. I assisted in escorting Inmate Mixon to the Segregation Unit Lobby. At approximately 11:49 A.M., I, entered the Health Care Unit and was examined by Nurse Sharon McKinnon. At approximately 11:55 A.M., I was released from the Health Care Unit and resumed my tour of duty. End of statement.

Dexter Baldwin, CO I