In the District Court of the United
For the middle District of ALABAMA Northen Division

Bernard M. Mixon 219783
Plaintiff

V.S

Warden Gwendolyn Mosley
CoI Steven B. Canty
Sgt Lewis Hullet
CoI Pryor
[Defendant]

Civil Action Number
2:06-CV-342 MHT

RECEIVED
2006 JUN 13 A 9:44

## Affidavit and Decleration

I Bernard Montez Mixon 219783 Come now with witness Anthony Gee witness Anthony Baldwin witness Quantez Kirkland all are State Prisoner Inmate are all witness in Respect of this Honorable Court united States magistrate Judge Susan Russ Walker Declares pursuant to 28 U.S.C 1746a I Declares or Certify verify or state under Penalty of Perjury that the foregoing is Correct that witness Anthony Gee witness Anthony Baldwin witness Quantez Kirkland witness the following Accident that accourd on and about January 10, 2006 observed Co1 Pryor Repeatedly assaulting Inmate Bernard M. Mixon with a segregation food tray he was later Escorted to E.C.F Health care unit for treatment Warden Gwendolyn Mosley has abused her desertion by Placing Co1 Pryor Back Around Inmate Bernard M. Mixon 219783 with no living agreement is violating his [8th] Amendment right to the United States Constitution his hand also Required medical treatment as a Result of him being assaulted by office Pryor.

(1.)

I Bernard M. Mixon #219783 Confined to the Easterling Correctional Facility Disciplinary Segregation understand that All Witness Anthony Gee witness Anthony Baldwin witness Quantez Kirkland All understand and are over the age 21 Years old In light of the foregoing Affidavit Entiwsting to this Honorable Court's wisdom and Discretion Pursuant to F.R. CIV Rule 56 be Allowed to Proceed with Witness In this litigation without further delay fine or Perjury

I submit the following Pursuant to F.R. CIV. P. Rule 56F and 28 U.S.C. 2 that the fore is ture and correct to the best of my belife and Knowledge under A Penalty of Perjury I Affix my own signature Hereto

Bernard M. Mixon 219783

Done this Day June 12, 2006

Certificate of Service

I hereby Certify by my own signature that I have sent A copy of the Foregoing Affidavit Declaration to the

To the United States District Court P.O Box 711 Montgomery Alabama 36101-0711 Susan Russ Walker

Witness In light of Bernard M. Mixon 219783
Anthony Baldwin 205386
Anthony Gee 227493
Quantez Kirkland

Signature Bernard M Mixon
E.C.F 200 Wallace Drive
Clio Alabama 36017