IN the District Court in the United States
For the Middle District of ALABAMA
Northern Division

| | |
|---|---|
| Bernard M. Mixon 219783<br>Plaintiff<br>V.S.<br>Warden Gwendolyn Mosley<br>CO1 Steven B. Canty<br>SGt. Lewis Mullet<br>CO1 Office Pryor | RECEIVED<br>2006 JUN 13 A 9:41<br><br>Civil Action Number<br>2:06-CV-342 M-H-T |

## Affidavit and Deceration

Come Now with the Witness <u>Quantez Kirkland</u> and Witness Mental Health Nurse Flowers the State of Alabama Mental Health Worker <u>Nurse Flowers</u> and In-Mate Quantez Kirkland I Bernard M. Mixon 219783 Ask that this Honorable united states Magistrate Judge <u>Susan Russ Walker</u> declares pursuant to 28 U.S.C 1746 ₂ I Declare or Certife verify or State under penalty of perjury that the foregoing is ture and correct.

The Following on and about May 27, 2006- Witness Nurse Flowers and In-Mate Quantez Kirkland observed CO1 Steven B. Canty Repeatedly assaulting Inmate Bernard M. Mixon with his baton In Sergregation Lobby. Office Steven B. Canty statement is Flase and In correct

I Bernard M. Mixon 219783 are over the age 21 years old A State Prisoner Currently Held In Segregation unit here At Easterling Correctional Facility

I understand that all Witness Nurse Flower's and Quantez Kirtland are over the Age 21 years old In light of this Honorable Wisdom and discretion Pursuant to F.R Civ Rule 56 be Allowed to Proceed IN this litigation Without Further Delay Fine Of PerJury

I submit the Following Pursuant to FR Civ P. Rule 56 and 28 U.S.C that the Foregoing is ture and Correct to the best of My belife and knowledge under Penalty of PerJury I AFFix My own Signature here to

Bernard M. Mixon 219783
Easterling Correctional Facility 200 Wallace Drive Clio ALA,
-36017-

Done this Day Of June 10, 2006

## Certificate of service

I hereby Certify by My own Singnature I have sent A Copy of the Foregoing AFFidavit Declaration to the Honorable United State Magistrate Judge Susan Russ Walker & Court P.O. Box 711 Montgomery Alabama 36101-0711

Witness Mental Health Nurse Flowers
Witness Quantez Kirtland

Signature Bernard M. Mixon
E.C.F 200 Wallace Drive
Clio ALA, 36017
S-Dorm A-Side 5-Cell