AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____ District of _____

Plaintiff

V.

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 2:06-CV-00342-MhT-SrW

Defendant

I, **Bernard Montez Mixon**, declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration **Easterling Correctional Facility 200 Wallace Drive**

   Are you employed at the institution? **No**   Do you receive any payment from the institution? **No**

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☐ No
   b. Rent payments, interest or dividends   ☐ Yes   ☐ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☐ No
   d. Disability or workers compensation payments   ☐ Yes   ☐ No
   e. Gifts or inheritances   ☒ Yes   ☐ No
   f. Any other sources   ☐ Yes   ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4.  Do you have **any** cash or checking or savings accounts?   ☒ Yes    ☐ No

    If "Yes," state the total amount. _40.00 Dollars_

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☐ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____    _Bernard Montez Mixon_____
         Date                              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
MAY. 23, 2006              USER: YOLANDA GOVAN                                INMACI
         INMATE ACCOUNT INFORMATION FROM JAN. 01, 2006 THRU MAY. 23, 2006

   AIS#:    219783    NAME: MIXON, BERNARD MONTE      CURRENT BAL:       $42.05
```

| DATE OF TRANS. | PREVIOUS BALANCE | TRANS. NUMBER | NAME OF SENDER/PAYEE | TYPE OF TRANS. | TRANS. AMOUNT | AMOUNT DEDUCTED |
|---|---|---|---|---|---|---|
| 01/31/2006 | $0.36 | 002026 | DONALDSON CORR. FAC | MISC. WDRL | $0.36 | N/A |
| 03/02/2006 | $0.00 | 007690 | GERTRUDE MIXON | MISC. DEP | $20.00 | $0.00 |
| 03/07/2006 | $20.00 | 007978 | INST. TRANSFER | MISC. DEP | $0.05 | $0.00 |
| 04/10/2006 | $20.05 | 009749 | GERTRUDE MIXON | MISC. DEP | $25.00 | $0.00 |
| 05/10/2006 | $45.05 | 003896 | VIS DT: 05/03/2006 | MED. COPAY | $3.00 | N/A |

END OF DATA ON MIXON, BERNARD MONTE

PRESS ENTER TO CONTINUE

```
MAY. 23, 2006              USER: YOLANDA GOVAN                                INMACI
         INMATE ACCOUNT INFORMATION FROM JUN. 01, 2005 THRU MAY. 23, 2006

   AIS#:    219783    NAME: MIXON, BERNARD MONTE      CURRENT BAL:       $42.05
```

| DATE OF TRANS. | PREVIOUS BALANCE | TRANS. NUMBER | NAME OF SENDER/PAYEE | TYPE OF TRANS. | TRANS. AMOUNT | AMOUNT DEDUCTED |
|---|---|---|---|---|---|---|
| 11/30/2005 | $6.36 | 000934 | VIS DT: 11/28/2005 | MED. COPAY | $3.00 | N/A |
| 12/07/2005 | $3.36 | 001003 | VIS DT: 11/29/2005 | MED. COPAY | $3.00 | N/A |
| 01/31/2006 | $0.36 | 002026 | DONALDSON CORR. FAC | MISC. WDRL | $0.36 | N/A |
| 03/02/2006 | $0.00 | 007690 | GERTRUDE MIXON | MISC. DEP | $20.00 | $0.00 |
| 03/07/2006 | $20.00 | 007978 | INST. TRANSFER | MISC. DEP | $0.05 | $0.00 |
| 04/10/2006 | $20.05 | 009749 | GERTRUDE MIXON | MISC. DEP | $25.00 | $0.00 |
| 05/10/2006 | $45.05 | 003896 | VIS DT: 05/03/2006 | MED. COPAY | $3.00 | N/A |

END OF DATA ON MIXON, BERNARD MONTE

PRESS ENTER TO CONTINUE

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
EASTERLING CORR FACILITY

AIS #: 219783    NAME: MIXON, BERNARD MONTEZ    AS OF: 05/23/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| MAY | 8 | $0.36 | $0.00 |
| JUN | 30 | $0.36 | $0.00 |
| JUL | 31 | $0.36 | $0.00 |
| AUG | 31 | $7.32 | $30.00 |
| SEP | 30 | $6.36 | $0.00 |
| OCT | 31 | $6.36 | $0.00 |
| NOV | 30 | $6.26 | $0.00 |
| DEC | 31 | $0.94 | $0.00 |
| JAN | 31 | $0.34 | $0.00 |
| FEB | 28 | $0.00 | $0.00 |
| MAR | 31 | $19.39 | $20.05 |
| APR | 30 | $37.55 | $25.00 |
| MAY | 23 | $43.22 | $0.00 |

Bernard Montez Mixon
Easterling Correctional Facility
200 Wallace Drive Clio Alabama 36017
5-Dorm A-Side Cell-5

Case Number
2:06-CV-00342
MHT-SRW

## — Statement —

I Bernard Montez Mixon

File A 1983 Complaint against Steven B. Canty for a Assault that took Place at Easterling Correctional Facility 200 Wallace Drive Clio Alabama 36017
5-Dorm A-Side Cell-5

I Now Petition the Court for leave to Proceed with out Payment of Fee's under 28 USC 1915 I declare that I am unable to Pay the Cost of these Proceedings and that I am entitled to the Relief Sought In the Complaint Petition Motion

I Bernard Montez Mixon Petition the Court under the Penalty of Perjury that the Statement up above is true
notic Republic By K. _____

Ex: 6-7-2010
Dk: 6-9-2006

Bernard M. Mixon
Easterling Correctional Facility
200 Wallace Drive Clio Alabama 36017
5-Dorm A-Side Cell 5

Case Number
2:06 CV00342
MHT STW

## ___ Statement ___

I Bernard Montez Mixon File a 1983 Complaint against officer Pryor for a assault that took place at Easterling Correctional Facility 200 Wallace Clio Alabama 5-Dorm A-side Cell-5

I Now Petition the Court for leave to Proceed with out Payment of Fees under 28 USC 1915 I declare that I am unable to Pay the Costs of these Proceedings and that I am entitled to the Relief sought In the Complaint Petition motion

I Bernard Montez Mixon Petition the Court under the Penalty of Perjury that the statement up above is true

notic RePublic By K. _____

Ex. 6-7-2010

Date. 6-9-2006

Bernard M. Mixon A.I.S. # 211785
Easterling Correctional Facility
200 Wallace Drive Clio Alabama
36017  5-Dorm A-side Cell 5

Case Number
2:06 CV. 00342
MHT STW

## Statement

I Bernard Montez Mixon
File A 1983 Complaint Against Warden Gwendolyen mosley under my Eight Amendment At Easterling Correctional Facility 200 Wallace Drive Clio ALABAMA

I Now Petition the Court for leave to Proceed without Payment of Fees under 28 USC 1951 I declare that I Am unable to Pay the Costs of these Proceedings and that I Am entitled to the Relief Sought In the Complaint Petition Motion

I Bernard Montez Mixon
Petition the Court under the Penalty of Perjury that the statement up above is true

notic Republic Byan K. ____

EX: 6-7-2010

Date. 6-9-2006

Bernard M. Mixon A.I.S #219783
Easterling Correctional Facility
200 Wallace Drive Clio Alabama
5-Dorm A-Side Cell 5

Case Number
2:06-CV-00342
~~MHSR~~ MHT-SRW

## - Statement -

I Bernard Montez Mixon
file Complaint Against SGT. Hullet
of a Assault that took Place at Easterling
Correctional Facility 200 Wallace Drive Clio
AL 36017 In Five Dorm. And In front of Health
Care unit.

I Now Petition the Court For Leave to Proceed
Without Payment of Fees.
Under 28 USC 1915 I declare that I am unable
to Pay the Costs of these Proceedings and
that I am entitled to the Relief Sought In the
Complaint / Petition / motion

I Bernard Montez Mixon Petition the Court
under the Penalty of Perjury that the ~~Statement~~
Statement up above is ture
notic Republic ___B__ K. _____
   Ex: 6-7-2010
   Date: 6-9-2006