IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BERNARD MONTEZ MIXON, #219783, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-342-MHT |
| | ) | |
| GWENDOLYN MOSLEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Upon review of the file in this case, and for good cause, it is

ORDERED that:

1. On or before June 23, 2006, the defendants shall file a supplement to their special report which contains (i) an affidavit from nurse Becky Flowers addressing the plaintiff's claims with respect to the May 27, 2005 incident, (ii) an affidavit from a mental health care provider explaining the plaintiff's mental condition at the times relevant to his claims for relief, and (iii) copies of the plaintiff's mental health records detailing his mental condition at such times.

2. The plaintiff is GRANTED an extension to and including July 12, 2006 to file a response to the supplemental special report filed by the defendants.

DONE, this 15th day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE