# IN the District Court of the United States For the Middle District of Alabama Northen Disivion

Bernard M. Mixon 219783
  Plaintiff
  vs.
Warden Gwendolyn Mosley
CO.1 Steven B. Canty
CO.1 Office Pryor
SGT Lewis Hullet

Civil Action 2:06-CV-00342

RECEIVED 2006 JUN 15 A 10:09

## Affidavit and Decleration

I Bernard M. Mixon Come now befor this Honorable Court united states Magistrate Judge Susan Russ Walker Declares Pursuant to 28. U.S.C. 1746 ² I Declares or Certify verlfy or state under the Penalty of Perjury that the foregoing is ture and Correct

the Following on and About January 10, 2006 SGt Haser and officer Campbell witness and observed SGt Lewis Hullet Repeatedly Assulting inmate Bernard M. Mixon in front of Health Care unit beating inmate Bernard Mixon Head down Against the Side walk Mixon was later took back in E.C.F Health Care unit for treatment by Nurse Cynthia Garcia where Mixon was treated. Again Warden Gwendolyen Mosley has Abused her deseretion by Placeing SGt. Hullet Around inmate Bernard M. Mixon with no living Agreement wich is voilation inmate Mixon [8th] amendment Right to the united states Constitution His Head also Required medical treatment as a Result by SGt Lewis Hullet.

I AM Bernard M Mixon AIS#219763 a state Prisoner Presently held in the Segergation unit here at E.C.F. 5-A Cell 5
I Bernard M. Mixon are over the Age 21 Year's old and understand that all witness are over the Age 21 years old and understand

IN light of the Foregoing Affidavit Entrusting to this Honorable Courts wisdom and discretion Pursuant to F.R. Civ Rule 56 F. be Allowed to Proceed in this litigation without Further delay Fine or Perjury


I Submit the Following Pursuant to F.R. Civ Rule 56 F. and 28 u.s.c. 2 that the Foregoing is ture and Correct to the best of MY beliFe and knowledge under A Penalty of PerJury I AFFix MY own Signature Hereto

Bernard M. Mixon A.I.S#219763
E.C.F 200 Wallace Drive Clio Alabama 36017 5-A Cell 5

Done this Day of June 14-2006

Certificate of Servic

I here by Certify by MY own Signature that I have Sent A Copy of the Foregoing Affidavit Declaration to the United States Magistrate Judge Susan Russ Walker
Middle District of Alabama
Northen Divison
Honorable Susan Russ Walker
United States District Court P.o. Box 711
Montgomery Alabama
36101-0711

Witness SCt. Hager
Witness COI Officer Campbell

Signature Bernard M. Mixon
E.C.F 200 Wallace Drive
Clio AL 36017 5-Dorm A side Cell 5