IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BERNARD MIXON, #219783** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| VS. | ) CASE NO.: 2:06 CV-342-MHT |
| | ) |
| **GWENDOLYN C. MOSLEY, ET AL** | ) |
| | ) |
|     **Defendants.** | ) |

### REQUEST FOR EXTENSION OF TIME
### FOR SUBMISSION OF REQUESTED DOCUMENTS

Come now the Defendants, by and through counsel, Troy King, Attorney General of Alabama, to request a seven day extension for the submission of the affidavits and certified copies of mental health records as ordered by this Honorable Court.

1. Nurse Rebecca Flowers, LPN, furnished an affidavit in compliance with the court order but the affidavit incorrectly names the person making the statement as "Gwendolyn Mosley." Therefore it is necessary to obtain a corrected affidavit from Ms Flowers.

2. Mental Health Management (MHM) is the mental health care services provider pursuant to a contract with the Alabama Department of Corrections. Therefore the personnel and records of Mental Health Management are not subject to the direct control of the Department of Corrections. A request was made to MHM in accordance with the court's order for an affidavit from a mental health professional concerning the Plaintiff's mental state at the times pertinent to his complaint. An affidavit is being prepared by

MHM but has not been received as of the time of this filing.  MHM is not a party to this action and therefore the Defendants can do no more than to respectfully request the cooperation of MHM.  The Defendants made the request and additional time is required for the submission of the affidavit.  MHM is cooperating with the Defendants and the court.

3.  Mental Health Management (MHM) is the mental health care services provider pursuant to a contract with the Alabama Department of Corrections.  Therefore the personnel and records of Mental Health Management are not subject to the direct control of the Department of Corrections.  The Defendants conveyed to MHM the court's request for certified copies of the mental health records but the records have not been received as of the time of this filing.  Additional time is required for the submission of the certified copies of the records requested by the court.  MHM is cooperating with the Defendants and the court.

Respectfully submitted this 23rd day of June, 2006.

TROY KING
ATTORNEY GENERAL


_Jack Wallace, Jr._____
Jack Wallace, Jr.  (WAL047)
Assistant Attorney General

Address of Counsel:

Attorney General's Office
11 South Union
Montgomery, AL  36130
334.353.8671

2

## **CERTIFICATE OF SERVICE**

      I certify that I have served a true and correct copy of the foregoing motion or pleading upon the Plaintiff at the address indicated below by First Class Mail on this the 23rd day of June, 2006.

                                                                  Jack Wallace, Jr. WAL047

Bernard Mixon, 219783
Easterling Correctional Facility
200 Wallace Drive
Clio, AL  36017