IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNARD MONTEZ MIXON )<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>)<br>) 2:06-CV-342-MHT<br>STATE OF ALABAMA, ET AL. )<br>)<br>Defendant(s). )<br>)<br>) | |

## SUPPLEMENTAL SPECIAL REPORT

Come now the Defendants Gwendolyn Mosley, Lewis Hulett, Steven Canty and John Pryor, by and though counsel, and in compliance with the Court's Order of June 15, 2006, submit the following documents:

EXHIBIT A – Affidavit of Rebecca Flowers, LPN, addressing the Plaintiff's claims with respect to the May 27, 2005 incident;

EXHIBIT B – Affidavit of Travis White, MS, a mental health care provider explaining the Plaintiff's mental condition at the times relevant to his claims for relief; and

EXHIBIT C – certified copies of the Plaintiff's mental health records detailing his mental condition at such times.

Respectfully submitted on this the 27th day of June, 2006.

TROY KING
Attorney General

1

/s/ Jack Wallace, Jr.
Jack Wallace, Jr.
Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

# CERTIFICATE OF SERVICE

I hereby certify that I have, this the 27th day of June, 2006, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Bernard Montez Mixon, AIS 219783
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017-2615

/s/ Jack Wallace, Jr.
Jack Wallace, Jr.
Assistant Attorney General