IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNARD MIXON, #219783 ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| Vs. ) | CIVIL ACTION NO. 2:06-cv-342-MHT |
| ) | |
| Gwendolyn C. Mosley, et.al ) | |
| ) | |
| Defendant. ) | |

AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared <u>Rebecca Flowers,</u> who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is, <u>Rebecca Flowers</u>, and I am presently employed as a Mental Health Nurse. I am employed by MHM Correctional Services, Inc, assigned to Easterling Correctional Facility, 200 Wallace Drive, Clio, Alabama, 36016. I am over twenty-one (21) years of age.

I have not witnessed, at any time, Officer Steven B. Canty, or any other officers, assaulting Inmate Bernard Mixon with a baton, or any other device. I have no knowledge of this incident.

_____
Rebecca Flowers, LPN

SWORN TO AND SUBSCRIBED TO before me this the 26th day of June, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 7-15-07


EXHIBIT A