IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNARD MIXON, #219783 )<br>)<br>Plaintiff )<br>)<br>Vs. )<br>)<br>Gwendolyn C. Mosley, et.al )<br>)<br>Defendant )<br>) | CIVIL ACTION NO.    2:06-cv-342-MHT |

AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared <u>Travis White,</u> who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is, Travis White, MS, and I am presently employed as a Mental Health Professional. I am employed by MHM Correctional Services, Inc, and assigned to Easterling Correctional Facility, 200 Wallace Drive, Clio, Alabama, 36016. I am over twenty-one (21) years of age.

Based on our records, Inmate Bernard Mixon has been on the mental health caseload at Easterling from August 10, 2004 to the present. His diagnoses as of June 7, 2006 as follows: Mood Disorder NOS (in remission), and Psychosis NOS (in remission). His prescribed psychological medications on May 27th, 2005 were as follows: Benadryl 25 mg q pm, Vistaril 50 mg po q pm, and Prozac 20 mg po q am. These medications were continued through June 7, 2006.

Travis White, MS

SWORN TO AND SUBSCRIBED TO before me this the 23rd day of June, 2006.

Linda E. Deal
NOTARY PUBLIC
Comm Exp. 7-15-07


EXHIBIT B