# AFFIDAVIT

**BERNARD MIXON, #219783**
    **PLAINTIFF**

   **VS.**       **CIVIL ACTION NO.**

**DEFENDANTS.**

## STATE OF ALABAMA
## EASTERLING CORRECTIONAL FACILITY

I, _Travis White_ hereby certify and affirm that I am a _Mental Health Professionals_ , at Easterling Correctional Facility; that I am one of the custodians of   <u>inmate medical records</u>    at this institution; that the attached document(s) are true, exact, and correct photocopies of certain documents maintained here in the <u>Health Care Unit – Easterling C.F. </u>; and that I am over the age of twenty-one years and competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at the Easterling Correctional Facility; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such facts, events, and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the _23_ day of _June_, **2006**.

        _T. White, MS_

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE _23rd_ DAY OF
_June_, **2006** .
My Commission Expires:_7-15-07_

       _Linda E. Teal_
       **NOTARY PUBLIC**



EXHIBIT
C

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 7/20/05 | | S- I'm requested to speak w/ someone during seg rounds. I'm reports that his new medication is very helpful; but, states that he is not getting any bread/food to take w/ his meds in the evening. I'm also reports that he does not feel the prayer is helping any, but the Depakene is + He reports getting bored easily and that this is when he has difficulty behaving appropriately. He states he wants to use to work on his "Quick temper." Distraction techniques were discussed to help reduce boredom. O- I'm presents w/ euthymic mood is oriented X 3, and exhibits speech + thoughts WNL. No evidence of psychosis at present. A- I'm is responding positively to medication. P- Continue monthly F/Us and incorporate anger mgmt and mood regulation activities into tx. | _(signature)_ RN |
| 8/5/05 | 13:10pm | Monthly, unscheduled contact S I'm mixon reported "feeling depressed today, because he has not heard from w/ family since april. I'm denies suicidal/homicidal ideation, as was as auditory/visual hallucinations. I'm mixon states his current medication Zyban is working "a lot" O-27 y/old b/m alert, w/ reasonable hygiene, good eye contact, depressed mood, I'm reports eating and sleeping well. | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| MIXON, BERNARD | 219 783 | 27 | B/M | ECF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 7/11/05 | 7:30 Am | S: "Hey Mr. Flowers I need to come off watch I don't want to hurt myself anymore. What I did was stupid & I realize it now. I swallowed some shaving powder on Friday." — O: Alert & Oriented X3. Suicide watch. Smock, blanket & mattress in use. Speech clear & coherent. Good eye contact. ⊖ SI / ⊖ HI / ⊖ psychosis. A: Suicide watch / Depressive D/O NOS P: Continue Suicide Watch & will have Dr. Friend see inmate today R. Flowers, LPN | |
| 7/11/05 | | S — Im reports "I'm not suicidal no more." He denies SI/HI and states "you won't see me on suicide watch no more." Im states "I want therapy, . . . I want it when I want it not when y'all want to give it to me." Im is enable to identify personal characteristics/issues he can change, he is primarily focused on external rule changes that he believes will "make things better." Asks for help but on his time. O — Oriented X 3 and speech and language WNL. ⊖ evidence of psychosis. Im expressed willingness to have tx. A — R/O malingering versus depression R/O Borderline P & D/O  R/O Antisocial P/O. P: Discontinue uptake after [illegible] Ph.D consult w psychologist Psychiatrist gave order to D/C watch | |

---

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Mixon, Bernard | 219783 | 25 | B/m | ECF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 6/22/05 | | O 25 y-r old b/m alert, coherent spoke logically, to [illegible], normal eye contact, drools running back, cooperative, polite, I/m reports eating 3 meals a day and sleeping 8 hrs plus at night | |
| | | [illegible medical notes] | |
| | | [illegible] | |
| | | [illegible] | |
| | | | T. Williams nurse |
| 7/6/05 | | I/m seen. Was last seen on 5/16/05. Reported of being angry, stabbing at people getting irritable. Will start him on Depakene. Will ✓ VPA level in 3 weeks. Scheduled follow up coming up in August. Discussed Tx plan ē I/m. He understands and agrees ē Tx plan. Continue care. | |
| | | The potential benefits and side effects of _Depakene_ within the dosage range of _500 - 1000 mg/d_ have been discussed with the inmate and the inmate has agreed to accept the medication. | S Banerjee, MD. |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Mixon, Bernard | 219723 | 25 | B/m | ECF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 6-2-05 | 1:05 PM | "S"- I'm dealing with a lot of family issues. I want to get to another camp where I can get round the clock, help. I can't get help here. I need to get to another camp before I or someone else gets hurt. I'm reporting that an officer hit me in the head while I was handcuffed. I'm looking at 10 disciplinaries, I'm in a cell alone. I need to get some place where I can get medical treatment. I'm being denied medical treatment. Answered "can't remember," when asked about recent Disciplinaries, I am responsible for what I do but it would not have happened if I got counseling. "O"- Oriental x3, (⊝.S.I. ⊝ H.I.), angry, good eye contact, no overt symptoms of mental illness. "A"- Angry concerning recent disciplinaries. Dx- Depressive Do/NOS, Generalized Anxiety DO. "P"- F/u PRN - MHM. ————— | Mitchell |
| 6/22/05 | 11:10 AM | Outpatient monthly counseling S- I'm reported not "able to guard" & the stress in "I". I'm reports feelings of depressed as a result of not seeing his mother in 4 yr, a missing family, idearcuration and insitutional setting. I'm describes feeling of sleeplessness, loss of appetite, anger, irritable, lack of energy. I'm denies feeling suicidal/homicidal at this time I'm currently reflecting on past and reports it is working "in I". I'm denies experiencing auditory/visual hallucinations |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Mixon, Bernard | 219783 | 25 | B/M | ECF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| | | Counseling Session is currently in the crisis cell | |
| 5/7/05 | | S-Inmate Mixon has been in the crisis cell for sixteen days. I/M reported that in that past couple of weeks he had thoughts of injuring himself. I/M stated that now he doesn't want to harm himself. Denies problems sleeping or eating. | |
| | | O-Tired affect, Organized thoughts, Good eye contact | |
| | | A- No apparent harm to himself or others | |
| | | P-Mrs. Flowers-Nurse will contact Dr. Nettla for permission to release him from the crisis cell. | A. Peters, MHP |
| 5/25/05 | | S-During SEG rounds I/M stated that he was "okay," but was upset w/ one of the SEG officers and felt "unsafe." Later during SEG board (approx 5min later) I/m stated that he felt threatened by an officer and wanted "to go in a safe cell after I make a phone call." I/m did not articulate any SI plan. | |
| | | O-I/m request safe cell to get away from SEG officer he feels is threatening. No plan/intent for suicide expressed | |
| | | A -I/m remains in SEG unless SI plan/intent expressed in appropriate setting at current time | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Mixon, Bernard | 219 783 | 24 | B/M | VCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 5/17/05 (cont.) | 7:00 Am | A: Suicide Watch. P: Continue to monitor. MHP to see this A.M. | (R. Flowers, LPN) |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Mixon, Bernard | 219783 | 24 | B/m | ECF |

F-61

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE: 5/16/05 | TIME: | |
|---|---|---|
| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | Today vs Before |
| Depressed mood | | 1/1 |
| Low energy | | 0/0 |
| Anxiety / Worry | | 2/3 |
| Feelings of nervousness | | 2/3 |
| Suicidal Thoughts | | 3/3 |
| Medications: | Prozac, Benadryl Vistaril | Informed Consent |
| Compliance:   Inmate report 80/0 % vs MAR 80/0 % | | ✓ |

In addition to the information in the tables above and below, then inmate-patient:

**S** <sup>ce</sup> "I still feel suicidal. I feel like I will hurt myself or hurt somebody else".

Side effects: Reports ∅ sxs of thought d/o at this

**O** time, ∅ other sx's of mood d/o noted.
A+O x 3. Mood= somewhat sad, Affect: mildly
depressed affect noted, Thought Process: ∅ loose
associations, ∅ tangen-

| Selected Issues | NO | YES | If yes, comment or pertinent positive findings |
|---|---|---|---|
| Psychosis | ∅ ✓ | | ⊕ sx's of SI/ST  ⊕ HI  ∅ HA — teality |
| Serious Depression | ✓ | | mild sx's of depression ∅ delusions noted |
| Self-Injurious Thoughts | | ✓ | Voicing ⊕ self injurious thoughts in |
| Suicidal intent | | ✓ | ⊕ SI  ⊕ HI  } thought |
| Aggressive | ✓ | | None noted  ⎫ | process |
| Seriously Impulsive | ✓ | | None noted  } at present |
| Situational Upset | ✓ | | None noted  ⎭ |

| Lab info | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|
| None from mental health | | | |

**A**SSESSMENT/Diagnosis (DSM-IV)
Depressive D/o NOS
Generalized Anxiety D/o

**P**LAN: Will continue suicide watch as Inm is
voicing suicidal thoughts at this time
He is also voicing homicidal thoughts
Follow up on regular basis to monitor
RTC on regular basis    DR BANERJEE, MD / clinical
status

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| MIXON, BERNARD | 219783 | 24 | B/M | SmI | ECF |

Disposition: Medical File

Continue care

INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 10-13-05 | 9:45am | "S". Still the same. Still afraid of the SGT (Sgt Bryant). "Other security can lay hands on me, but not him." I won't drink disinfectant again, but would swallow razor-blades. I'll hurt somebody. I want a single cell in 5 Dorm. If anything happens to me they will have to deal with my family. I'm was asked about the incident on may 8th of '05. Inmate admitted to cursing at officer, but insisted he was provoked. O- Calm, good eye contact, oriented x3 ⊕ S.I, ⊕ H.I. A- Suicide watch. P- Continue watch. | Mitchell |
| 5/16/05 | 7:15 Am | S: "-I'm still afraid of the Sgt I'm still having dreams about him. I continue to want to hurt myself or some else." O: Alert & calm. Flat affect. Good eye contact. ⊕ SI, ⊕ HI A: Suicide watch. P: Continue to monitor, Dr. Banerjee to see today. | R Flowers, LPN |
| 5/16/05 | 6:30 pm | Suicide watch cont. x 72 hrs. per Dr. Banerjee. New orders rec'd & noted. | R Flowers, LPN |
| 5/17/05 | 7:00 Am | S: "I'm alright & I'm ready to get off watch & go to Seg." I'm not angry anymore. I don't feel like hurting myself or anyone else." O: Up to cell door with good eye contact. Calm & answering questions. ⊖ SI / ⊖ HI | (cont.) R Flowers, LPN |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Mixon, Bernard | 219783 | 24 | B/m | ECF |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 5/12/05 | 7:30 Am | S: "I want to be moved to Seg. I still want to hurt myself & anybody else." O: Calm & quiet. Speech clear & coherent. Good eye contact. (+) S.I, (+) H.I. A: Suicide watch. P: Continue to monitor. | R Flowers, LPN |
| 5-12-05 | 1:15 PM | "S" feeling about the same. Tired of people lying on me. People tell me I have a temper problem, but I don't. I have over 120 scars on me. I'm having dreams about the Sgt. He scared me. I have not heard from my family. I want to go to a cell by myself. I'm still angry. O: Calm, good eye contact, oriented x3. (+) S.I., (+) H.I. A: Closed watch. P: Continue closed watch. | Mitchell |
| 5/13/05 | 7:10 Am | S: I'm still scared of people. Still wanting to hurt me. I want to make a call home to my family. I'm still having dreams about the Sgt. doing something to me." O: Calm & quiet. Speech clear & coherent. Good eye contact. (+) S.I, (+) H.I. A: Suicide watch. P: Continue to monitor & follow up with Psychiatrist as needed. | R Flowers, LPN |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Mixon, Bernard | 219783 | 24 | B/m | ECF |

F-61

**ERDISCIPLINARY PROGRESS NOTES**

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 5/10/05 (Cont) | 7:15 Am | A: Suicide Watch. P: Continue to monitor. Explained to inmate he would have to remain on Watch in Safe cell to be monitored due to him voicing feelings of wanting to hurt others. | R Flowers, LPN |
| 5-10-05 | 10:10 Am | "S"- The Third shift Sgt. said I tried to spit on him and he was giving me a disciplinary. He said he would get me tomorrow night. He scared me, I feel like I should get him first. I want to speak to the captain or Lt. to report the Sgt. threatening me. O: Calm, oriented X3, good eye contact, sitting on floor ⊖S.I. ⊕H.I. A: Suicide watch. P: Continue to monitor, Memo to security. | Mitchell |
| 5/11/05 | 7:45 Am | S: "I'm alright I don't feel like hurting myself or anyone else." O: Calm & cooperative. Good eye contact made. Flat affect. A: Suicide Watch. P: Dr. Banerjee & Ms. Shuford to see. | R Flowers, LPN |
| 5/11/05 | | Im voicing suicidal thoughts. For his safety will continue suicide watch. Monitor clinical status closely. Follow up c̄ his clinical status on regular bases. Continue care. | Banerjee, MD |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Mixon, Bernard | 219783 | 24 | B/m | ECF |

F-61

## ~~INT~~ERDISCIPLINARY PROGRESS ~~NO~~TES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 5/9/05 (Cont) | 7:45 AM | A: Continue Suicide Watch. P: Talked with inmate about his request to be moved to Seg. Explained to inmate he would have to stay in Safe Cell in HCU to be monitored. Spoke with Lt. Lee. Lt. Lee to see inmate. | R Flowers, LPN |
| 5-9-05 | 1:23 PM | S: "I want to come off of watch. I want to call my mom. I do not want to hurt myself. Do want to hurt others." "O": Calm, oriented x3, poor eye contact, flat affect. ⊖ S.I. ⊕ H.I. "A": closed watch "P": Refer to MHM. Continue watch. | Mitchell |
| 5/9/05 | 3:30 PM | S: I still want to come off watch. I don't want to hurt myself but I do want to hurt others. O: Sitting on mat on floor. Quiet & calm at present. A: Suicide Watch. P: Continue to monitor. | R Flowers, LPN |
| 5/10/05 | 7:15 AM | S: HCU reports inmate calling nurses "whores" & cursing out loudly. Inmate states "I don't want to hurt myself but I do still think about hurting somebody else." I've not been able to make a phone call to my mom. O: Inmate sitting on suicide mattress on floor. Calm & quiet. Speech clear & coherent. Good eye contact. Flat affect. Cont | R Flowers, LPN |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Mixon, Bernard | 219783 | 24 | B/m | ECF |

F-61

**INTERSCIPLINARY PROGRESS NOTE**

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 5/5/05 | 7:30 AM | S: "I'm not going to take my medicine because I don't need it. I still want to hurt myself." O: Lying on suicide mattress with suicide smock in use. Inmate angry. Flat affect. No eye contact made. Inmate speech clear & coherent. A: Continue Suicide Watch. P: Will re-evaluate & talk with Mr. Mitchell & Psychiatrist related to refusing medication & still wanting to hurt self. | R Flowers LPN |
| 5/5/05 | 11:00 AM | Dr. Banerjee notified of inmate refusing meds & still wanting to hurt self. New orders rec'd & noted to continue Suicide Watch x 72 hrs. | R Flowers, LPN |
| 5/6/05 | 8:30 AM | S: "I'm still not going to take my medicine + I still feel like hurting myself. O: Poor eye contact. Speech clear & coherent. No psychosis. Suicide mattress, smock & blanket in use. A: Suicide Watch. P: Continue to monitor. | R Flowers, LPN |
| 5/9/05 | 7:45 AM | S: "I want to talk to Pt. Gee about going to Seg & being placed in cell by myself so I won't hurt anybody else or myself." O: Standing up at door. Alert & oriented x3. Speech clear & coherent. Good eye contact made. (Cont) | R Flowers, LPN |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Mixon, Bernard | 219783 | 24 | B/m | ECF |

F-61

## INTERDISCIPLINARY PROGRESS NOTE

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 5/3/05 | 0830 | S: "I still want everybody to leave me alone & I still continue to want to hurt myself." O: Lying on suicide mattress with suicide smock on. Flat affect. Poor eye contact. Alert & Calm. A: Suicide watch. P: Continue to monitor & follow up as needed with Psych Dr. | R Flowers, LPN |
| 5-3-05 | 3:45 PM | S: I want to make a phone call. I have not heard from my family. I want to see the Captain. Answered "no" when asked if any better. O: standing at door, talkative, Angry - due to not being given a phone call while on suicide watch. A: Suicide watch. P: Continue watch. | M Cahill |
| 5/4/05 | 7:30 AM | S: "I'm not any better & I want to leave." O: Lying on mattress on floor. Flat affect & angry. A: Suicide Watch. P: Continue to monitor. | R Flowers, LPN |
| 5/4/05 | | Safe cell. (S) "I'm alright I just have a lot of problems" (O) 24 yr old BM - Kating, coherent, polite, talkative. Not suicidal, seeks attention. (A) Stable, know want to come out of safe cell. (P) F/U next week | W Stafford MSP |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---------------------------------------|------|-----|-----|----------|
| Mixon, Bernard | 219783 | 24 | B/M | ECF |

F-61

**INTE   ISCIPLINARY PROGRESS NOT**

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 4/28/05 | 9:30 AM | S: "I'm ready to come off watch. I'm not wanting to hurt myself or anyone else." O: Calm & quiet at present. Flat facial expression noted. No aggression noted. A: Depression D/O NOS; Generalized anxiety D/O. P: Dr. Banerjee notified & new orders rec'd & noted to D/C Suicide watch. Shift Clerk Ms. Butler & SGt Hulett notified. | R Flowers LPN |
| 5/2/05 | 0800 | S: "I'm not ok, I still feel like hurting myself." O: Sitting on floor on suicide mattress. Suicide smock in use. Depressed expression noted. Poor eye contact. A: Depression D/O NOS; Suicide Watch. P: Continue to monitor. | R Flowers, LPN |
| 5-2-05 | 1:40 PM | S: "I'm tired of people messing with me. requested to see the Capt. or Z." O: Calm, poor eye contact, flat affect. A: Suicide Watch. P: continue watch. | Mitchell |
| 5/2/05 | 4:00 PM | S: "Everybody just needs to leave me alone." O: Sitting on suicide mattress on floor. Calm & quiet. Poor eye contact. A: Suicide Watch. P: Continue to monitor. | R Flowers, LPN |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Mixon, Bernard | 219783 | 24 | B/m | ECF |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 1/12/06 | 10:45 Am | S: "I want to go on Mental Health Watch so I can get my clothes & reading material. I'm not having any suicidal thoughts but I do have some homicidal thoughts about some of the officers in Seg." | |
| | | O: Alert & oriented x 3. Speech clear & coherent. Good eye contact. Calm & cooperative at present time. Denies suicidal ideations but does voice positive homicidal ideations. | |
| | | A: Suicide Watch. Calm & cooperative. | |
| | | P: Continue Suicide Watch & will have MHP see & will be followed up on routine basis by Mental Health staff. | R Flowers, LPN |
| Late Note 1/11/06 | 1:30 pm | Inmate calm & quiet at present time. Lying on suicide mattress without any distress noted. | R Flowers, LPN |
| 1/12/06 | 3:15 pm | Dr. Nevels notified of inmate denial of suicidal ideation & requesting to return to Seg. New orders rec'd & noted to D/C Suicide Watch & return to Seg. Capt. K. Sconyers. Shift office & Seg. notified. | R Flowers, LPN |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Mixon, Bernard | 219783 | 27 | B/M | ECF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 1/11/06 | 6:55 Am | S: "I'm not suicidal but I do have homicidal thoughts. I got into a fight with the Sgt. & another officer." O: Sitting in corner of safe cell with suicide smock, blanket in use. Alert & Oriented x 3. Speech clear & coherent. Good eye contact. Denies suicidal ideations but does state homicidal ideations. Abrasion t's (Lt) side of forehead s s/s of infection with small amt. of edema noted to (Lt) eyelid. Bandage to (Rt) thumb dry & intact. A: Suicide watch; Angry at security. P: Continue suicide watch & will be followed by Mental Health staff on routine & PRN basis. | R Flowers, LPN |
| 1/11/06 | 1140 AM | Inmate hollering & cursing at staff & other inmates. Refusing to let HCU doctor sew up finger. Very agitated. Orders rec'd & noted from Dr. Banerjee to give Haldol Dec. 5mg., Cogentin 2mg & Benadryl 50 mg. ~~STAT~~ Im Now. Haldol Dec. 5mg & Cogentin 2mg. given IM (Lt) deltoid. Benadryl 50mg. given IM (Rt) deltoid. Tolerated well. | R Flowers, LPN |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Mixson, Bernard | 219783 | 27 | B/m | ECF |

F-61

**INTE    ISCIPLINARY PROGRESS NOT**

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 11-30-05 con. | | indicated by his records | |
| | | O- Alert, good eye contact, speech clear, grooming appropriate. | |
| | | A- At present appears stable | |
| | | P- I/m has a lengthy mental health hx. During the past 6 months, approximately, he has been placed on suicide watch on 4 different occasions. During one of these, 2 injections of psychotrope medication were needed to help obtain I/m's stability. Based on his mental health hx + more recent hx, Residential Tx Unit placement will be initiated. ECF does not appear to be the most beneficial placement for I/m's tx needs.    E. Brum, PhD | |
| 1-10-06 | 4:20PM | "S"- Inmate seen in single cell. Inmate stated he was "cut to the bone" and wanted for Lt. Wilson to be called. Inmate denied being suicidal. "O"- Calm, oriented X3, good eye contact O S.I., angry due to demanding to see at Lt. "A"- Altered emotional state "P"- Referred to security — | Mitchell |
| 1-10-06 | 4:30PM | "S"- Inmate seen in HCU. "The Sgt. beat my head against the side wall. Capt. Knox and other inmates saw it. I'm suicidal, I'll let my cut bleed. "O"- Crying, cut on head, O S.I., Angry affect. "P"- Contact on call Psychiatrist for placement on suicide watch. — | Mitchell |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Mixon, Bernard | 219783 | 27 | B/M | ECF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 11-30-05 evaluation | 845A St contact | I/M was seen in Segregation conference room w/ 2 officers present. He rep. he has been doing better over the last 2 weeks, in large part because he has been sleeping a lot. He rep an officer suggested he read books + write letters to occupy himself, + he is considering this. He reports his reading + writing skills are not good but improving. By his own estimation, he is at the "6th grade" reading + writing level. When asked why he believes he is doing better these last 2 weeks, he stated "my medication helps the B me rest." | |

He discussed a recent incident in which use of force was used. I informed him the intention of our session was for me to learn more about him, not to discuss disciplinaries. He was agreeable to this.

He appears to be a good historian, in that he was able to recall past events w/ no apparent difficulty. He was OX3. He was able to successfully dw/ no errors count backwards by 5s & by 3s. He rep that if he saw a fully addressed, stamped envelope on the sidewalk, he would "leave it there." Speech within normal limits.

He rep. good family support. He has 3 children by 3 different women. He is worried his older brother is doing drugs. He rep. he was diagnosed w/ paranoid schizophrenia & hyperactivity as an adolescent. Records appear to indicate previous diagnoses of Bipolar, GAD, Dep. NOS, + paranoid schizophrenia. Records also appear to indicate he was prescribed Haldol & Cogentin at the age of 14. He has a significant substance abuse history, as con →

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Mixon, Bernard | 219783 | 27 | B/M | ECF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 11/30/06 | cont | *[handwritten clinical note, largely illegible]* | |

because he has not heard from his mother in a year. Inm denies experiencing suicidal/homicidal ideation. Inm is medication compliant at the time and states "medication is helping me sleep". "I have been nervous for the last three days".

O: ☐ 1/y, cooperative, speech coherent goal-directed, dress/grooming neat, good eye contact, cooperative. Inm reports eating/sleeping well.

A: Inm is mentally stable at the time, but is displaying mild and clinical symptoms of Depression NOS. #1 signs/symptoms of Depression NOS. Inm continues to report feeling depressed b/c he has not heard from his mother in a year. #2 Inm experiences auditory hallucinations – Inm continues to report experiencing occasional hallucinations, "but not lately."

P – cont with monthly counseling, monitor mental stability/medication compliance, 90 day psychiatric follow-up.

T. Waters
MHT

---

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Mixon, Bernard | 219773 | 27 | B/M | ECF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 11-15-05 | 7:15 Am | S: "I still feel homicidal but I don't want to hurt myself right now, I just feel stressed out, I need some help." O: Up to cell door with good eye contact. Calm & cooperative. Speech clear & coherent, flat affect. (-) SI / (+) HI / (+) psychosis. A: Mental Health Observation. P: Continue follow up with Mental Health Staff daily & PRN. | R Flowers, LPN |
| 11-15-05 | 7:15 Am | Seen by MHP. | R Flowers, LPN |
| 11/17/05 | 10:00 Am | Mental Health observation note S - Inmate Mixon stated "not doing that good I still having homicidal thoughts", "hearing a little voices, but they're going away." O - 27 y/o B/m alert, coherent, cooperative, minimal eye contact, sitting on bed, spoke logically, Inmate denies suicidal/homicidal ideations at needs edges. A - Inmate appears to be relatively stable at the time, however he does report experiencing homicidal ideations and some auditory hallucinations. P - present with daily follow-up with MH staff / PRN monitor medication/labs/medication compliance. T. Allig, M.A. MHP |
| 11/28/05 | 15:20 pm | Disciplinary consultation/mental/individual follow-up S - Inmate Mixon B. ward was seen for disciplinary consultation/monthly follow-up Inmate stated "I don't know nothing about that", "they're lying on me." "It is a lot of discrepancies that I don't know about." Inmate denies experiencing auditory/visual hallucinations and states "I have not heard them lately." Inmate Mixon reports feeling depressed at the time |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Mixon, Bernard | 219783 | 27 | B/m | ECF |

F-61

## INTERDISCIPLINARY PROGRESS NOTE

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 11/14/05 | 15:30pm | Crisis intervention Note | |

S- Inm Mixon reported "I am still going thru some changes" still feeling hopeless", "I got a lot on my mind" "I am ready to go home and see my mother", "It seems like that Haldol is helping with the noises". Inm continues to report experiencing the world breaking but denies audial/visual Hallucinations. Inm Mixon also denies experiencing auditory/visual hallucinations at this time.

O- 27 y/old blk male alert, coherent, speaks logically, calm, stating on meds, maintains good eye contact

A- Inm will continue to be on mental health observation

P- cont with daily follow up, evaluating mental/emotional stability/medication compliance.

T. White, MSW
MSW

---

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Mixon, Bernard | 215783 | 27 | B/M | ECF |

F-61

**INTERDISCIPLINARY PROGRESS NOTES**

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 11/11/05 | 7:40 AM | S: "I'm ready to come off watch I don't want to hurt myself any more but I do want to hurt others." O: Inmate calm & oriented x 3. Speech clear & coherent. Flat affect. Good eye contact. ⊖ SI ⊕ HI ⊕ psychosis. A: Continue Suicide Watch. P: Continue Suicide Watch & will be seen daily & on PRN basis. Seen by MHP & Mental Health Nurse. | R Flowers, LPN |
| 11/11/05 | 10:00 AM | S: "Mrs. Flowers I don't want to hurt myself or Anybody else." O: Speech clear. Calm & cooperative ⊖ SI ⊕ HI ⊕ psychosis. Good eye contact. A: ~~D/C~~ suicide watch. Alteration in coping due to Anger. P: Notified on call psychiatrist with orders rec'd & noted to D/C suicide watch & place on Mental Health Observation per Dr. Nevels. Sgt. Woods & Sec. officers notified. | R Flowers, LPN |
| 11/14/05 | 6:30 AM | S: "I'm a little better but not much. I still feel like at times I want to hurt myself & I might would cut myself if I could get a razor but right at this moment "NO". I still feel like hurting others." O: Up to cell door with good eye contact made. Alert & calm at present time. Flat affect. ⊕ HI ⊕ SI - but not at present time ⊕ psychosis. A: Continue Mental Health Observation. P: Will be seen by psychologist & MHP. Follow up on PRN basis by Mental Health Staff. | R Flowers, LPN |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Mixon, Bernard | 219783 | 27 | B/m | SCF |

F-61

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE: 1/11/06 | TIME: | | Today vs Before |
|---|---|---|---|
| Target Symptoms | Behavioral Rating Scale 0=No problem 5= worst | | |
| Suicidal / Homicidal thoughts | | | 2/2 |
| Depressed mood / Mood swings | | | 1/3 |
| Hearing noises | | | 0/2 |
| Paranoid ideas | | | 1/2 |
| Poor sleep | | | 1/1 |
| Medications: | | | Informed Consent |
| Prozac, Haldol, Cogentin, Benadryl, Zantac, VPA, Vistaril | | | |
| Compliance:   Inmate report       % vs MAR        % | | | |

In addition to the information in the tables above and below, then inmate-patient:

**S** ct I am having homicidal thoughts." Did not
want to participate in the interview. He
kept on saying, " I have homicidal
thoughts". For Im's safety and safety
of others will continue suicide watch
for now. Mood: irritable, Affect: Angry at times

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | ✓ | ⊕ HI, had ⊕ SI before, ⊖ AA ⊕ delusions |
| Serious Depression | | ✓ | ⊕ sxs of mood d/o noted |
| Self-Injurious Thoughts | ✓ | ✓ | ⊕ thoughts to hurt others |
| Suicidal intent | ✗ | ✓ | ⊕ thoughts to hurt others |
| Aggressive | ✗ | ✓ | moderately aggressive behavior noted |
| Seriously Impulsive | | ✓ | ⊕ impulsive behavior noted |
| Situational Upset | | ✓ | Re: being incarcerated |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|
| VPA level, CBC, LFTs ordered on 1/11/06 | | | |

**A**SSESSMENT/Diagnosis (DSM-IV)
Depressive d/o Nos
Psychosis Nos
Mood d/o Nos

**P**LAN: Im expressing homicidal thoughts. Will ↑ VPA to
1500 mg/d. Will continue suicide watch for safety of
others and safety of pm. Will recommend STU transfer
with confirmation at RTU. Pm needs STU at this time.
Return to clinic: monitor regularly

Print Last Name: DR. BANERJEE    Sign: EBanerjee, M.D.

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| MIXON, BERNARD | 219783 | | B/M | SMI | ECF |

Disposition: Medical File

Continue
care

monitor clinical status closely.
Follow up on regular basis.

ADOC AR 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
**PSYCHIATRIC PROGRESS NOTES**

| DATE: 11/9/05 | TIME: | | Today vs Before |
|---|---|---|---|
| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | | |

Suicidal thoughts — present
Self-injurious behavior/plans — present

Medications:

I'm racing suicidal thoughts. Stated
earlier that he is going to bust the
glass and hurt himself with the light bulb.

Compliance: Inmate report          % vs MAR          %          Informed Consent

In addition to the information in the tables above and below, then inmate-patient:

**S** Im later stated that he is not going to
bust the light and hurt himself ē the
Side effects: light bulb. Stated he had suicidal thoughts.

**O**

Will place Im in suicide watch for Im's
safety ē s/sx of psychosis at this time.

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | | Ⓢ SI, Ⓢ HI, Ⓢ HA, Ⓢ delusion |
| Serious Depression | | | Im extremely hostile, angry |
| Self-Injurious Thoughts | | ✓ | with DOC officers at this time |
| Suicidal intent | | ✓ | cursing, angry ē everyone |
| Aggressive | | ✓ | |
| Seriously Impulsive | | ✓ | |
| Situational Upset | | ✓ | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|

**A**SSESSMENT/Diagnosis (DSM-IV)

Depressive D/O NOS

**P**LAN: For Im's safety place Im on suicide watch.
~~See~~ Chemical restraint ē Haldol 10 mg Im,
Phenergan 50 mg Im, Benadryl 50 mg, ~~cogentin~~
Return to clinic: Monitor closely

Print Last Name: DR. BANERJEE   Sign: S Banerjee MD 11/9/05

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| MIXON, BERNARD | 219783 | | B/M | SW I | ECF |

Disposition: Medical File

ADOC AR 632, 633, 623,615
ADOC Form MH-025  March 2, 2005

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 11/1/05 | 0815 | Dr. Nevels returned call with new orders rec'd & noted to DC Suicide Watch. Return to Seg Capt, Scroggins, Sgt. Woods (shift office) & Seg. notified of watch being DC'd. | R Flowers, LPN |
| 11/9/05 | 7:15pm | Inmate very angry & hostile. Orders rec'd & noted for Haldol Dec. 5mg; Cogentin 2mg; & Benadryl 50mg. IM new. Benadryl 50mg. given IM (Lt) ventro gluteal. Haldol Dec. 5mg. c̄ Cogentin 2mg. given IM (Rt) ventro gluteal. | R Flowers, LPN |
| 11/9/05 | 7:55pm | Benadryl 50mg. c̄ Phenergan 50mg. given IM (Lt) deltoid; Cogentin 2mg. c̄ Haldol Dec. 5mg. given IM (Rt) deltoid as instructed per Dr. Banerjee. Tolerated well. | R. Flowers, LPN |
| 11/10/05 | 7:30 Am | S: "I'm still suicidal & upset that nobody will listen to me. I will cut myself if I got a chance to. I want the officers to leave me alone." A: Lying on mat in safe cell behind Central. Raised head & spoke with myself with minimal eye contact. Speech clear & coherent. (+) SI (-) HI / no psychosis noted. A: Suicide watch. P: Continue Suicide Watch & follow up with ~~PRN~~ Mental Health Staff PRN. | R Flowers, LPN |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Mixon, Beernard | 219783 | 27 | B/m | ECF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 10/28/05 | 12:40pm | Monthly scheduled counseling | |

I/m Mixon reported "Things getting better" "I still have not spoken to my mother" "I am trouble chest pains" "headache". I/m denies experiencing any additional distress problems at the time. I/m denies experiencing any depressive episodes at the time and is not suicidal/homicidal. I/m Mixon also denies experiencing auditory/visual hallucinations. I/m is medication compliant and states "medication is working good".

O: 27yr old b/m alert & fully cooperative, calm, spoke logically, standing calm front, normal eye contact, dress/grooming fair. I/m reports eating 2-3 meals and sleeping 8 hrs a night.

A: I/m is currently stable at the time and is not displaying any signs/symptoms of Depression/BAD *(1) Clear symptoms of depression. I/m denies feeling depressed at the time and states "my medication is working good". Clear signs/symptoms of Bipolar Disorder. I/m reports improved mood and a reduction of anxiety symptoms present with monthly counseling, monitor mental stability, medication compliance, 60 day psychiatric follow-up.

[signed] R. Whitney, MS

| 11/1/05 | 7:40AM | S: "I'm ready to go back to S Dorm. I don't want to hurt myself or anybody else. I was angry yesterday & tried to hurt myself but I don't feel like that now." | M. |

O: Alert & oriented x 3. Speech clear & coherent. Good eye contact. Denies suicidal, homicidal ideations. No psychosis voiced.

A: Suicide Watch.

P: Will notify on call psychiatrist regarding inmate denying suicidal or homicidal ideations. Will be seen on 11/9/05 by Dr. Banerjee for F/U. F/U on PRN basis with MH staff. C.R. Flowers, LPN

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Mixon, Bernard | 219783 | 27 | B/m | ECF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | Crisis contact NOTES | SIGNATURE |
|------|------|------|-----------|
| 10-17-05 | 5:00 PM | S- I/M Mixon was seen in response to his report that he wanted to go on suicide watch. He was seen in Segregation. Upon my arrival, he stated he did not know why I had come to see him. When I explained it was because I had heard he wanted to go on suicide watch, he reported that this was not really the case. He denied SI or intent. He reported he had said that to get the attention of a supervisor. He stated he was concerned about not receiving his sandwich w/ his psychotropic meds. We discussed that this was not an appropriate route to take to get the attention of a supervisor. I also informed him that the order had already been written for him to receive food w/ his medication. | |
| | | O- Alert, good eye contact, polite. Expressed himself clearly. | |
| | | A- Currently stable. No SI present. Poor coping skills. | |
| | | P- Continue contacts on PRN basis, + for monthly counseling | E. Brun, PhD |
| 10/19/05 | 5:00 pm | Disciplinary consultant contact I/m Mixon Bernard #219783 was seen today, in regards to recent disciplinary received. I/m stated " I received notification of disciplinary," "That is a basic disciplinary". I/m Mixon appeared to be competent and understood the disciplinary action. Oriented, polite, respectful, spoke logically, attended cell front for disciplinary consultation. Disposition- D/C Mix per monthly follow ups, weekly segregation rounds, monitor mental stability/medication compliance. | T. White, MSc MHP |

F-61

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|------|------|------|------|------|
| Mixon, Bernard | 219783 | | B/M | ECF |

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 10/14/05 | 7:00 Am | S: "I'm ok & want to go back to Seg. It's noisy over at Seg & I was stressed out. I don't want to hurt myself or any one else. I'm ready to get out of here." — O: Alert & Oriented x3. Speech clear & coherent. Good eye contact. (−) SI (−) HI (+) psychosis. — A: Suicide Watch; Depressive Do NOS. P: Will notify on call psychiatrist regarding inmate request to go back Seg. & denial of SI or HI. — | K. Flowers, LPN |
| 10/14/05 | 8:45 Am | D: Nevels returned call with orders rec'd & noted to D/C watch & return to DOC. Sgt. Hulett & Sgt. Lawson (Shift Office) notified of watch being DC'd. | K. Flowers, LPN |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Mixon, Bernard | 219783 | 27 | B/m | ECF |

F-61

# MHM CORRECTIONAL SERVICES, INC.
# MENTAL HEALTH SERVICES

## ABNORMAL INVOLUNTARY MOVEMENT SCALE (MODIFIED)

INVOLUNTARY MOVEMENT RATINGS: Rate highest severity observed. Rate movements that occur upon activation one less than those observed spontaneously.

CODE: 0-No involuntary movement
1-Minimal, may be extreme
2-Mild
3-Moderate
4-Severe

DATE: 10/12/05

PHYSICIAN EXAMINER: SBanerjee, MD.

Do one every six months. File in medical records under other documents tab.

(CIRCLE ONE)

| FACIAL AND ORAL MOVEMENTS | MUSCLES OF FACIAL EXPRESSION: Movements of eyebrows, periorbital area, cheeks; include frowning, blinking, smiling, grimacing | ⓪ 1 2 3 4 |
| | LIPS AND PERIORAL AREA: puckering, pouting, smacking | ⓪ 1 2 3 4 |
| | JAW: biting, clenching, chewing, mouth opening, lateral movement | ⓪ 1 2 3 4 |
| | TONGUE: rate only increases in movement both in and out of mouth NOT inability to sustain movement | ⓪ 1 2 3 4 |
| EXTREMITY MOVEMENTS | UPPER (arms, wrists, hands, fingers): include choreic movements (rapid, objectively, purposeless, irregular, comple, serpentine). DO NOT INCLUDE tremor (repetitive, regular rhythmic). | ⓪ 1 2 3 4 |
| | LOWER (legs, knees, ankles, toes): lateral knee movement, foot tapping, heel dropping, foot squirming, inversion and eversion of foot. | ⓪ 1 2 3 4 |
| TRUNK MOVEMENTS | NECK, SHOULDERS, HIPS: rocking, twisting, squirming, pelvic gyrations | ⓪ 1 2 3 4 |
| GLOBAL JUDGEMENTS | SEVERITY OF ABNORMAL MOVEMENTS | ⓪ 1 2 3 4 |
| | INCAPACITATION DUE TO ABNORMAL MOVEMENTS | ⓪ 1 2 3 4 |
| | PATIENT'S AWARENESS OF ABNORMAL | No awareness ⓪<br>Aware, no distress 1<br>Aware, mild distress 2<br>Aware, mod. distress 3<br>Aware, severe distress 4 |
| DENTAL STATUS | CURRENT PROBLEMS WITH TEETH AND / OR DENTURES | NO ⓪<br>YES 1 |
| | DOES PATIENT USUALLY WEAR DENTURES? | NO ⓪<br>YES 1 |

| NAME: Mixon, Bernard | ID #: 219783 | LOCATION: Seg. ECF | DOB: 5-30-78 |

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 9/6/05 | 8:20 Am | Dr. Nevels notified of inmate not wanting to hurt self at present time & requesting for watch to be DC'ed. New orders rec'd & noted to DC Suicide Watch & return to Seg. Capt. Sconyers, Lt. Leet & Sgt. Hulett notified of inmate watch being DC'ed. | R Flowers, LPN |
| 9/2/05 | | monthly scheduled contact 5. I/m Mixon reported "I Need to get to another facility where I can get some help." I have three or four other bites on my hand that I got back arm. I/m continues to report feeling depressed and continues to report & experience homicidal thoughts. I/m continues to report experiencing auditory hallucinations "on/off". I/m Mixon is medication compliant, but states it is not helping "I believe I need to express all the painful stuff and together we will be helping me. <br><br> I/m 27 year old b/m alert, oriented, speech logically, coherent, normal Eye contact nervousness. I/m Mixon describes his mood as being agitated impatient. I/m reports eating 1/2 meals a day and sleeping 5 hrs a night. <br><br> A- I/m is relatively stable at the time, but is displaying clear symptoms of GAD and nervous b/c <br><br> p/ cont with monthly counseling, monitor mental stability, medication compliance, refer to psychiatrist for medication evaluation. | |
| 10/12/05 | | I/m reporting of hearing voices. Also reported of ↑ anxiety and ↑ depression. Will ↑ Prozac 40mg/d Vistaril 75 mg/d. Start him on Haldol 2mg/d, cogentin 1 mg/d. Discussed risks/ benefits of being on Haldol and cogentin c I/m. He understands and agrees c the plan. S Banu ycc M.D. | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Mixon, Bernard | 219783 | 27 | B/m | ECF |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 8/19/05 | 12:45 pm | S: "I need to talk to someone because I don't feel like anybody listens to me. I have flashbacks about security all the time. I don't want to hurt myself or anyone else. I want to be left alone." O: Alert & oriented x 3. Speech clear & coherent. Good eye contact. Angry with flat affect. Denies any suicidal/homicidal thoughts or psychosis at present. A: Depressive D/O NOS; GAD P: Will continue to monitor on PRN basis. | R. Flowers, LPN |
| 8-31-05 | 3:35 p | S - I/M seen regarding disciplinary. At first, I/M reported "Don't remember what happened" He recalled going to his disc. hearing this AM. He was able to report how long he has been in seg, what cell he is in, & that he has no roommate. O - Alert, good eye contact, spoke clearly, no obvious signs of mental distress. A - Currently stable P - F.U. PRN | E. Brun, PhD |
| 9/6/05 | 6:45 Am | S: "I'm ok & ready to come off watch. I want a phone call but I can't get one so I try to hurt myself by scratching my wrist. It's not over there." O: Alert & oriented x3. Speech clear & coherent. No visible scratch mark noted ⊕ forearm. ⊖ SI / ⊖ HI ⊖ psychosis. A: Depressive D/O NOS; GAD/Suicide Watch. P: Will have MHP see & will continue ON call psychiatrist. | R. Flowers, LPN |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Milton, Bernard | 219783 | 27 | B/m | ECF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 8/5/05 | 12:00 pm | 9- Inm. is natural, stable at the time, but is depressing. w/out symptoms of depression | |
| | | present, 11th month, counseling, under medication compliance/med stability, at dx psychiatric follow-up | |
| | | | T. Williams, MD |
| 8/12/05 | 7:00 AM | S: Inmate states " I'm ready to go back to Seg. now. I got mad at the officers last night & said I was going to hurt myself but I'm not & I did not try it." O: Alert & Oriented x 3. Speech clear & coherent. Good eye contact. (-)HI (-)SI. A: Suicide Watch/Depressive D/O NOS. P: Continue Watch & will have MHP, see inmate this A.M. | R. Flowers, LPN |
| 8/12/05 | 8:00 AM | Dr. Nevels notified of inmate denial of suicidal/homicidal ideations & requesting to return to Seg. Orders rec'd & noted to D/C Suicide Watch. Capt. Sconyers & Seg. notified of Watch D/C. | R. Flowers, LPN |
| 8-8-05 | 8:26 AM | S- An attempt was made to see inmate regarding recent disciplinaries. Inmate refused to come out of his cell. Inmate was seen at his cell. He used profanity stating " suck my dick you racist bitch." On 8-17-05 inmate spoke with the segregation board, complaining about the same disciplinaries, demonstrating that understood the disciplinaries and is competent. Seen with COI Tew. O-Angry, profanity, good eye contact A-Consultation/Depressive D/O NOS. P-F/U PRN | Mitchell |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Mixon, Bernard | 213725 | 27 | B/M | ECF |

F-61

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE: 8/3/05 | TIME: | | | | |
|---|---|---|---|---|---|
| Target Symptoms | | Behavioral Rating Scale  0=No problem  5= worst | | | Today vs Before |
| Depressed mood | | | | | 0 / 1 |
| Low energy | | | | | 0 / 0 |
| anxiety / Worry / Mood swings | | | | | 1 / 2 |
| Feelings of nervousness | | | | | 0 / 2 |
| Suicidal thoughts | | | | | 0 / 3 |

Medications: 80% Depakene, Zantac    Informed Consent

Compliance: Inmate report 80 % vs MAR 80 % Prozac, Vistaril, Benadryl

In addition to the information in the tables above and below, then inmate-patient:

S "I am feeling good. I don't feel that depressed any more. My mood is good, I don't go through so much up and down any more in my mood." Reports Ø other sxs of mood anxiety or thought d/o, Ø thoughts to hurt himself or anyone else. Voices no other issues or concerns at this time.

Side effects:

O

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | Ø sxs of psychosis, Ø ST Ø HI, Ø HA |
| Serious Depression | ✓ | | sxs c̄ anxiety, mood d/o    Ø delusion |
| Self-Injurious Thoughts | ✓ | | Denies    [improving] |
| Suicidal intent | ✓ | | Denies |
| Aggressive | ✓ | | None noted |
| Seriously Impulsive | ✓ | | None noted |
| Situational Upset | ✓ | | None noted |

Lab info: VPA level 5.7 ug/mL    Labs Ordered:    Labs Reviewed: on 7/28/05    AIMS:? within therapeutic level.

ASSESSMENT/Diagnosis (DSM-IV)
    Depressive D/o NOS
    Generalized Anxiety D/o
    Bipolar D/o

PLAN: Im clinically stable. Responding well to his current psychotropic medications. Will continue current meds. Continue current tx plan. RTC in 90 days for

Return to clinic: RTC 90 days    Print Last Name: DR. BANERJEE    Sign: SBanerjee, MD / follow in continuity care

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| MIXON, BERNARD | 219783 | 24 | B/M | SMI | ECF |

Disposition: Medical File

ADOC AR  632, 633, 623,615
ADOC Form MH-025  March 2, 2005