IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNARD MONTEZ MIXON, #219783, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-342-MHT |
| ) | |
| GWENDOLYN MOSLEY, et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Upon consideration of the motion for extension of time filed by the defendants on June 23, 2006 (Court Doc. No. 16), and for good cause, it is

ORDERED that:

1. The motion for extension of time be and is hereby GRANTED.

2. The defendants be GRANTED an extension from June 23, 2006 to and including June 30, 2006 to file a supplemental special report in accordance with the directives of the order entered on June 15, 2006 (Court Doc. No. 14).

3. The plaintiff be GRANTED an extension to and including July 19, 2006 to file a response to the supplemental special report filed by the defendants.

DONE, this 28th day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE