In the District Court of the United State for the
Middle District of Alabama
Northen Division

Bernard M. Mixon 219783
Plaintiff
VS.
Warden Gwendolyn Mosley
Officer Steven B. Canty
Sgt. Lewis Hullet
Officer John Pryor

Defendants

Civil Action No. 2:06-CV-342 MHt

RECEIVED
2006 JUN 30 A 9:48

## Rule 7B Fed. R. Civ P Motion for Appointment of Counsel

Plaintiff Bernard Montez Mixon #219783 an Alabama State Prisoner In-mate Pursuant to § 1951 Request this Honorable Court to Appointment of Counsel to Represent him in this Case for the following Reason.

[1] The Plaintiff is unable to Afford Counsel!
[2] The Issues Involved in this Case are Complex!
[3] The Plaintiff as a Segregation In-mate has Extremely limited Access to the lawlibrary.
[4] The Plaintiff has a limited Knoweleged of the Law!

Wherefore the Plaintiff Request that the Court Grant this Motion in All Respect.

Respectfully Submitted
Bernard M. Mixon
Bernard M. Mixon 219783
Easterling Corr. Facility
200 Wallace Drive C/o AL
36017

Plaintiff ask this Honorable Court to Grant this Motion For Calling of and Interrogation of all Witness to the accidents that did Happen on and about May 27-2005 and January 10th 2006 Following Witness of the January 10th 2006 will be officer Campbell Sgt. Hagar Nurse Cynthia Garcia Captain Knox officer Willams Davis Inmate Anthony Gee 227493 Anthony Baldwin 205380

## Certificate of Servic

I hereby Certify by my own Signature that I have Sent A Proper and Correct copy of the Fore going Motion to to the united states Magistrate Judge

Honorble Susan Russ Walker
United States District Court
P.O. Box 711 Montgomery Alabama
36101-0711

Proper Address First Class Postage
Done this 28 Day June 2006

Signature Bernard M. Mixon
Bernard M. Mixon
Easterling Corr. Facility 200
Wallace Drive Clio Alabama
36017
Segregation Dorm
Cell 5 A @ Side.