In the United States District Court for the
Middle District of Alabama
Northen Division

Bernard M. Mixon 219783
Plaintiff

VS.

Warden Gwendolyn Mosley
Officer Steven B. Canty
Sgt Lewis Hullet
Officer John Pryor
Defendant's

Civil Action No= 2:06-CV-342 MHT

Affidavit In Support of the Plaintiff Motion for the Appointment of Counsel

Bernard. m. Mixon An Alabama State In-mate Prisoner being duly Sworn deposes and say.

|1| I am the Plaintiff in the above entitled case I make this motion For the Appointment of Counsel.

|2| The Complaint in this case alleges that the Plaintiff was Repeatedly Assaulted on Diffrent Date's by Diffrent's officer's why other's watched and fail to interview

|3| It Fail that warden Gwendolyn Mosley Investigation was unReliable and unTure.

|4| this is A Complex case because it contains several Different Legal Claims

|5| this case involved medical treatment from E.C.F Health Care unit

|6| the Plaintiff has demanded A Jury trial, and this case will Require discovery of documents and depositions of witness including outher officer's and outher In-Mate's

|7| the testimony will be In Sharp Conflict since Plaintiff Alleges that the defendant's voilated his Eight Amendment Right's to be Protected from outher officer's Assaulting Plaintiff

(1)

|8| the Plaintiff has only a Six Grade of Education in School but no legal Education!!

|9| the Plaintiff is in Segregation for the Reason I was wrote Several Disciplinary from the Defendant's

|10| the Plaintiff is in Segregation And Has no ~~Access~~ limited Access to the Law libery as Set forth by memorandum of law Submitted with this motion these facts with the legal Merit of the Plaintiff Claims Support Appointment of Counsel to Represent the Plaintiff

Wherefore the Plaintiff Motion for the Appointment of Counsel Should be Granted.

Name Bernard Montez Mixon 219783

Sworn to befor me this 15 Day of June 2006

_____
Bernard M. Mixon

_____
Notary Public

Ex. 6-7-2010

Page (2)