IN the United States District Court For the Middle District OF Alabama Northon Divison

Bernard M. Mixon 219783
Plaintiff
VS.
Gwendolyn Mosley
Officer Steven B. Canty
Sgt. Lewis Hulett
Officer John Pryor
Defendant's

RECEIVED
2006 JUN 30 A 9:44
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

Civil Action No. 2:06-CV-342 MHT

## Motion For Calling and Interrogation of Witness

Come now the Plaintiff Bernard M. Mixon an Alabama Inmate by and thourgh himself Pursuant to Rule 614 A. Fed R Evid Calling witness For Cause and State the Following on and about May 27 2005 May 27 2005 Plaintiff was Repeatedly Assaulted with A Baton and Kicks to the Head by Officer Steven B. Canty so Plaintiff ask with Respect that the Court Put all witness under Interrogation   LT Mary Lee Captain Kennth Sconyers Sgt. Nathanie Lawson Sgt Woods officer Ivey Mental Health L.P.N Ms Becky Flowers officer McKinnis officer Daron Fayson all to be Call For Witness and All Put under A lie Detector test for the Plaintiff Clams Mai 27-2005   on and about January 10th Plaintiff was Assaulted by officer John Pryor Repeatedly with A Segregation tray then later Escorted to Health Care unit For treatment when leaving Health unit For Fiscal treatment Sgt Lewis Hulett Sgt Hagar Escorted Plaintiff Bernard M. Mixon out the Health Care unit when Sgt Hulett Push Plaintiff to the Ground and Repeatedly beat Inmate Bernard M. Mixon Head Against the Side Walk.

Plaintiff ask this Honorable Court to Grant this Motion For Calling of and Interrogation of All Witness to the accidents that did Happen on and about May 27-2005 and January 10th 2006 Following Witness of the January 10th 2006 will be officer Campbell Sgt. Hagar Nurse Cynthia Garcia Captain Knox officer Williams Davis Inmate Anthony Gee 227493 Anthony Baldwin 205380

## Certificate of Servic

I here by Certify by my own Signature that I have Sent A Proper and Correct Copy of the Fore going Motion to to the united States Magistrate Judge

Honorble Susan Russ Walker
United States District Court
P.O. Box 711 Montgomery Alabama
36101-0711

Proper Address First Class Postage
Done this 28 Day June 2006

Signature Bernard M. Mixon
Bernard M. Mixon
Easterling Corr. Facility 200
Wallace Drive Clio alabama
36617
Segregation Dorm
Cell 5 A @ Side.