IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BERNARD MONTEZ MIXON, #219783, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-342-MHT |
| | ) | |
| GWENDOLYN MOSLEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for calling and interrogation of witnesses filed by the plaintiff on June 30, 2006 (Court Doc. No. 20), in which the plaintiff requests that this court enter an order compelling that witnesses submit to lie detector tests, and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

DONE, this 7th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE