IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BERNARD MONTEZ MIXON** | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) |
| | )   2:06-CV-342-MHT |
| **STATE OF ALABAMA, ET AL.** | ) |
| | ) |
| Defendant(s). | ) |
| | ) |
| | ) |

**MOTION FOR LEAVE OF COURT
TO FILE SUPPLEMENT TO SPECIAL REPORT**

Come now the Defendants, Gwendolyn Mosley, Lewis Hulett, Steve Canty and John Pryor, by and through counsel, to request leave of court to supplement their special report. As grounds, the Defendants state:

1. Upon a routine review of pending case files, counsel discovered that the Defendant's argument of the applicability of the immunity defenses raised in their pleadings was omitted by error from the Special Report.

2. It was not the intent of the Defendants to waive the defenses of immunity and they will be prejudiced if not allowed to cure the clerical error.

3. The supplementation of the Special Report would not prejudice the Plaintiff.

Wherefore, the premises considered, the Defendants ask leave of court to supplement their Special Report to include the erroneously omitted argument concerning their immunity defenses.

Respectfully submitted on this the 20th day of July, 2007.

           TROY KING
           Attorney General

           /s/ Jack Wallace, Jr.
           Jack Wallace, Jr.
           Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 - fax

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 20th day of July, 2007, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

    Bernard Montez Mixon, AIS 219783
    Donaldson Correctional Facility
    100 Warrior Lane
    Bessemer, AL 35023

           /s/ Jack Wallace, Jr.
           Jack Wallace, Jr.
           Assistant Attorney General