**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **BERNARD MONTEZ MIXON** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | 2:06-CV-342-MHT |
| **STATE OF ALABAMA, ET AL.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW, *Gwendolyn Mosley, Lewis Hulett, Steve Canty and John Pryor*, Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    X    This party is an individual, or

    X    This party is a governmental entity (in official capacities), or

    X    There are no entities to be reported, or

        The following entities and their relationship to the party are hereby reported:

Reportable Entity                                Relationship to Party

_____   _____

_____   _____

_____   _____

_____   _____

Respectfully submitted,

TROY KING
Attorney General

/s/ *Jack Wallace, Jr.*
Jack Wallace, Jr.
Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 – fax

# CERTIFICATE OF SERVICE

I hereby certify that I have, this the 22nd day of February, 2008, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Bernard Montez Mixon, AIS 219783
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

/s/ *Jack Wallace, Jr.*
Jack Wallace, Jr.
Assistant Attorney General