IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNARD MONTEZ MIXON, # 219783, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv342-MHT |
| ) | (WO) |
| GWENDOLYN MOSLEY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On March 13, 2009, the magistrate judge filed a recommendation (Doc. # 32) in this case to which no timely objections have been filed.  Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge is adopted and that:

1. Defendants' motion for summary judgment (Doc. # 31) is granted.

2. Judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by his complaint.

DONE, this the 24th Day of April, 2009.

　　　　　　　　　　　　　　　/s /   Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE